IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CASA SYSTEMS, INC., *et al.*[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 24- 10695(KBO)<br><br>Joint Administration Requested |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**NOTICE IS HEREBY GIVEN** that Akin Gump Strauss Hauer & Feld LLP and Blank Rome LLP hereby appear as counsel to an ad hoc group of holders of the Superpriority Term Loans[2] and Stub Term Loans (collectively, the "Ad Hoc Group") in the above-captioned Chapter 11 Cases, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code section 1109(b), that the names of the undersigned representatives be added to the mailing list maintained by the clerk of court in the above-captioned Chapter 11 Cases, and that the clerk of court and all other parties in interest in this case provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned Chapter 11 Cases, to all of the persons listed directly below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the *Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 3].

| | | |
|---|---|---|
| Stanley B. Tarr<br>Lawrence R. Thomas III<br>Jordan L. Williams<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com<br>jordan.williams@blankrome.com | Phillip C. Dublin<br>Melanie A. Miller<br>**AKIN GUMP STRAUSS<br>HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>pdublin@akingump.com<br>melanie.miller@akingump.com | Kevin M. Eide<br>**AKIN GUMP STRAUSS<br>HAUER & FELD LLP**<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>Telephone: (202) 887-4000<br>keide@akingump.com |

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned Debtors or property of the Debtors' estates.

**NOTICE IS FURTHER GIVEN** that this *Request for Notices and Other Papers Pursuant to Federal Rule of Bankruptcy Procedure 2002* shall not be deemed or construed to be a waiver of any substantive or procedural right of the Ad Hoc Group, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against the Ad Hoc Group in this or any related case or where any proceeding is to be initiated by complaint against the Ad Hoc Group in accordance with applicable non-bankruptcy law, service shall be made on the Ad Hoc Group in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between the Ad Hoc Group, the Debtors or any third party; or (f) any other rights, claims, actions, defenses, to which the Ad Hoc Group is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, the Ad Hoc Group expressly reserves.

Dated: April 3, 2024  
Wilmington, Delaware

**BLANK ROME LLP**

 /s/ *Stanley B. Tarr*  
Stanley B. Tarr (DE No. 5535)  
Lawrence R. Thomas III (DE No. 6935)  
Jordan L. Williams (DE No. 7128)  
1201 N. Market Street, Suite 800  
Wilmington, Delaware 19801  
Telephone:    (302) 425-6400  
Facsimile:     (302) 425-6464  
Email:           stanley.tarr@blankrome.com  
                    lorenzo.thomas@blankrome.com  
                    jordan.williams@blankrome.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**  
Philip C. Dublin (*pro hac vice* forthcoming)  
Melanie A. Miller (*pro hac vice* forthcoming)  
One Bryant Park  
Bank of America Tower  
New York, NY 10036-6745  
Telephone: (212) 872-1000  
Email:    pdublin@akingump.com  
             melanie.miller@akingump.com

-and-

Kevin M. Eide (*pro hac vice* forthcoming)  
Robert S. Strauss Tower  
2001 K Street, N.W.  
Washington, DC 20006-1037  
Telephone: (202) 887-4000  
Email:    keide@akingump.com

*Counsel to the Ad Hoc Group*