IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*,[1] | Case No. 24-10695 (KBO) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for Lumine Group US Holdco Inc. ("Lumine") and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| William S. Sugden<br>Leah Fiorenza McNeill<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile:  (404) 881-7700<br>Email: will.sugden@alston.com<br>         leah.mcneill@alston.com | L. Katherine Good (No. 5101)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: kgood@potteranderson.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

11427995v.1

transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Lumine including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Lumine is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Lumine expressly states otherwise, Lumine does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

*Remainder of page intentionally left blank*

11427995v.1

| | |
|---|---|
| Dated: April 3, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ L. Katherine Good*<br>L. Katherine Good (No. 5101)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br><br>– and –<br><br>William S. Sugden<br>Leah Fiorenza McNeill<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7700<br>Email: will.sugden@alston.com<br>          leah.mcneill@alston.com<br><br>*Counsel for Lumine Group US Holdco Inc.* |

11427995v.1