# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*, [1] | Case No. 24-10695 (KBO) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of William S. Sugden of Alston & Bird LLP to represent Lumine Group US Holdco Inc. in the above-captioned cases and any and all related adversary proceedings.

Dated:  April 3, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767).  The Debtors' service address is 100 Old River Road, Andover, MA 01810.

IMPAC 11428024v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: April 3, 2024        */s/ William S. Sugden*
　　　　　　　　　　　　　　　William S. Sugden
　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　One Atlantic Center
　　　　　　　　　　　　　　　1201 West Peachtree Street, Suite 4900
　　　　　　　　　　　　　　　Atlanta, GA 30309-3424
　　　　　　　　　　　　　　　Telephone: (404) 881-7000
　　　　　　　　　　　　　　　Facsimile: (404) 881-7700
　　　　　　　　　　　　　　　Email: will.sugden@alston.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

IMPAC 11428024v.1