**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*,[1] | Case No. 24-10695 (KBO) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

You are receiving this notice (the "<u>Cure Notice</u>") because you may be a Counterparty to an executory contract or unexpired lease of the Debtors that may be assumed and assigned to the Cloud/RAN Purchaser or as otherwise contemplated in the Cloud/RAN Sale Transaction (each, a "<u>365 Contract</u>"). If you fail to respond to this Cure Notice, you shall be deemed to have consented to the assumption by the Debtors and assignment to the Cloud/RAN Purchaser of the 365 Contract.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On April 3, 2024, the Debtors filed a motion [Docket No. 42] (the "<u>Cloud/RAN Sale Motion</u>"),[2] pursuant to sections 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, and 6006 of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rules</u>"), seeking entry of an order (the "<u>Cloud/RAN Sale Order</u>") approving the sale of the Debtors' Cloud/RAN Assets to Lumine Group Holdco Inc. (the "<u>Cloud/RAN Purchaser</u>"), free and clear of all liens, claims and encumbrances (such transaction, the "<u>Cloud/RAN Sale Transaction</u>").

The Debtors may assume and assign to the Cloud/RAN Purchaser one or more of those executory contracts and unexpired leases listed on **Exhibit A** annexed hereto (collectively, the "<u>Potentially Assigned Agreements</u>" and each, a "<u>Potentially Assigned Agreement</u>"), pursuant to section 365 of the Bankruptcy Code.

Each of the 365 Contracts that may be assumed and assigned in connection with the Cloud/RAN Sale Transaction and the Debtors' calculation of the Cure Amounts with respect thereto are set forth on **Exhibit A** hereto. The Cure Amounts are the only amounts proposed to be paid upon the assumption and assignment of the 365 Contracts.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Cloud/RAN Sale Motion.

The inclusion of any contract or lease on **Exhibit A** shall not constitute or be deemed a determination or admission by the Debtors that such contract or other document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).  If you disagree with the proposed Cure Amounts, you must file an objection in accordance with the instructions below.

## Objections

**A. Cure Objections**

Any objection to the potential assumption, assignment, or designation of a 365 Contract identified on **Exhibit A**, the subject of which objection is the Debtors' proposed Cure Amounts, if any, must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules, (iii) state, with specificity, the legal and factual basis thereof, including, what Cure Amounts the objecting party believes are required, (iv) include any appropriate documentation in support thereof, (v) be filed with the Court by no later than **April 17, 2024 at 4:00 p.m. (prevailing Eastern Time)**, and (vi) served on (a) Casa Systems, Inc., 100 Old River Road, Andover, MA 01810; (Attn: Timothy Rodenberger (timothy.rodenberger@casa-systems.com)); (b) proposed counsel to the Debtors, Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Patrick Venter (pventer@sidley.com) and Julia Philips Roth (julia.roth@sidley.com)); proposed co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, DE 19801 (Attn.: Joseph Barry (jbarry@ycst.com) and Joseph M. Mulvihill (jmulvihill@ycst.com)); (c) counsel to the Ad Hoc Group, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Philip C. Dublin (pdublin@akingump.com), Kevin Eide (keide@akingump.com) and Melanie A. Miller (melanie.miller@akingump.com); (d) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn.: Jane M. Leamy and Malcolm M. Bates (jane.m.leamy@usdoj.gov and malcolm.m.bates@usdoj.gov)); (e) counsel to any statutory committee that has been appointed in the chapter 11 cases; and (f) counsel to the (f) counsel to the Cloud/RAN Purchaser, Alston & Bird LLP, 1201 West Peachtree Street, Suite 4900, Atlanta, GA 30309-3424, Attn:  Aaron Dixon (aaron.dixon@alston.com) and Charlie Yates (charlie.yates@alston.com) (collectively, the "Objection Notice Parties").

**IF NO ASSIGNMENT OBJECTION IS TIMELY FILED WITH RESPECT TO A 365 CONTRACT: (I) THE COUNTERPARTY TO SUCH 365 CONTRACT SHALL BE DEEMED TO HAVE CONSENTED TO THE ASSUMPTION BY THE DEBTORS AND ASSIGNMENT TO THE PURCHASER OF THE 365 CONTRACT, AND BE FOREVER BARRED FROM ASSERTING ANY OBJECTION WITH REGARD TO SUCH ASSUMPTION AND ASSIGNMENT (INCLUDING, WITHOUT LIMITATION, WITH RESPECT TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY THE PURCHASER); (II) ANY AND ALL DEFAULTS UNDER THE 365 CONTRACT AND ANY AND ALL PECUNIARY LOSSES RELATED THERETO SHALL BE DEEMED CURED AND COMPENSATED PURSUANT TO SECTION 365(B)(1)(A) AND (B) OF THE BANKRUPTCY CODE UPON PAYMENT OF THE CURE AMOUNT SET FORTH IN THE APPLICABLE POTENTIAL ASSUMPTION AND ASSIGNMENT NOTICE FOR**

**SUCH 365 CONTRACT; AND (III) THE COUNTERPARTY SHALL BE FOREVER BARRED FROM ASSERTING ANY OTHER CLAIMS RELATED TO SUCH 365 CONTRACT AGAINST THE DEBTORS AND THEIR ESTATES OR THE PURCHASER, OR THE PROPERTY OF ANY OF THEM, THAT EXISTED PRIOR TO THE ENTRY OF THE ORDER RESOLVING THE CURE OBJECTIONS AND THE SALE ORDER (AS DEFINED BELOW).**

**B. Adequate Assurance Objections**

Any objection to adequate assurance is preserved and can be submitted in writing, in a manner consistent with the procedures set forth above with respect to cure objections, on or prior to **April 17, 2024 at 4:00 p.m. (prevailing Eastern Time).**

### Cure Objection Hearing

Cure Objections that cannot be resolved by the parties will be heard by the Court **on a date to be determined.**[3]

[*Remainder of Page Intentionally Left Blank.*]

---

[3] Once the date of the Cloud/RAN Sale Hearing is confirmed by the Court, a supplemental notice of such hearing shall be provided.

Dated: April 3, 2024
Wilmington, Delaware

/s/ *Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry (Del. Bar No. 4221)<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Timothy R. Powell (Del. Bar No. 6894)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>         jmulvihill@ycst.com<br>         tpowell@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Stephen E. Hessler (*pro hac vice* pending)<br>Patrick Venter (*pro hac vice* pending)<br>Margaret R. Alden (*pro hac vice* pending)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: shessler@sidley.com<br>         pventer@sidley.com<br>         malden@sidley.com<br><br>Ryan L. Fink (*pro hac vice* pending)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Email: ryan.fink@sidley.com<br><br>Julia Philips Roth (*pro hac vice* pending)<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>Email: julia.roth@sidley.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |

4

**Exhibit A**

**365 CONTRACTS**

**Exhibit A - 365 Contracts**

| Counterparty Name | CASA Legal Entity | Document Title | Effective Date | Cure Amount |
|---|---|---|---|---|
| Altran ACT | Casa Systems, Inc. | Teaming Agreement | 1/25/2021 | - |
| Altran Act S.A.S | Casa Systems, Inc. | License Agreement | 12/24/2019 | - |
| Altran Act S.A.S. | Casa Systems, Inc. | License Agreement | 4/3/2020 | - |
| Altran Act S.A.S. | Casa Systems, Inc. | Addendum no.2 to Amendment #2 to License Agreement | 6/19/2020 | - |
| Amazon Web Services Inc. | Casa Systems, Inc. | AWS Enterprise Agreement | 4/15/2021 | - |
| Aricent Holdings Luxembourg S.a.r.l. | Casa Systems, Inc. | Master Software License Agreement | 2/11/2013 | - |
| Aricent Holdings Luxembourg S.a.r.l. | Casa Systems, Inc. | Master Software License Agreement | 2/11/2013 | - |
| Aricent Holdings Luxembourg, S.a.r.l. | Casa Systems, Inc. | Amendment no.1 To Master Software License Agreement | 3/30/2017 | - |
| Aricent Holdings Luxembourg, S.a.r.l. | Casa Systems, Inc. | Amendment no. 2 To Master Software License Agreement | 3/21/2019 | - |
| Aricent Technologies (Holdings) Limited | Casa Systems, Inc. | Evaluation Agreement | 10/11/2022 | - |
| CBRS Alliance | Casa Systems, Inc. | Membership Agreement | 8/5/2016 | - |
| EMC Corporation | Casa Systems, Inc. | Master Product Test Agreement | 4/14/2023 | - |
| GONGJIN ELECTRONIC (HONG KONG)LIMITED | Casa Systems, Inc. | AGREEMENT | 4/22/2022 | - |
| Google LLC | Casa Systems, Inc. | Strategic Partnership Memorandum of Understanding | 8/8/2022 | - |
| Hewlett Packard Enterprise Company | Casa Systems, Inc. | HPE OpenNFV Application Partner Program Agreement | | - |
| Hewlett Packard Enterprise Company | Casa Systems, Inc. | HPE Teaming Agreement | | - |
| Hewlett Packard Enterprise Company | Casa Systems, Inc. | ISV Reseller Agreement | 11/20/2020 | - |
| Hewlett Packard Enterprise Company | Casa Systems, Inc. | Amendment #1 | 6/21/2021 | - |
| Hewlett Packard Enterprise Company | Casa Systems, Inc. | Amendment #2 | 11/16/2022 | - |
| Hewlett Packard Enterprise Company | Casa Systems, Inc. | Software License and Distribution Agreement | 11/20/2020 | - |
| Hewlett-Packard France | Casa Systems, Inc. | Proof of Concept | 1/3/2022 | - |
| ipoque GmbH | Casa Systems, Inc. | SOFTWARE LICENSE AGREEMENT | 1/1/2021 | - |
| Lenovo Global Technology HK Ltd | Casa Systems, Inc. | Reseller Agreement | 4/26/2022 | - |
| Lenovo Global Technology HK Ltd. | Casa Systems, Inc. | Product Supplier Security Agreement | 4/26/2022 | - |
| Mocana Corporation | Casa Systems, Inc. | EMBEDDED SOFTWARE LICENSE AGREEMENT | 4/25/2013 | - |
| Orange Innovation Network | Casa Systems, Inc. | Proof of Concept | 1/1/2021 | - |
| Orange SA | Casa Systems, Inc. | Remote Access Agreement | 5/1/2014 | - |
| Qualcomm Incorporated | Casa Systems, Inc. | First Amendment to LTE Smallcell Patent License Agreement | 10/1/2022 | - |
| Qualcomm Incorporated | Casa Systems, Inc. | Patent License Agreement | 8/23/2017 | - |
| Qualcomm Incorporated | Casa Systems, Inc. | Patent License Agreement | 8/23/2017 | - |
| Qualcomm Technologies Inc. | Casa Systems, Inc. | Master Software Agreement | 10/24/2017 | 198,198.46 |
| Qualcomm Technologies Inc. | Casa Systems, Inc. | Amendment To Master Software Agreement | 3/8/2022 | - |
| R&S Cybersecurity ipoque GmbH | Casa Systems, Inc. | SOFTWARE LICENSE AGREEMENT | 2/1/2018 | - |
| RADISYS CORPORATION | Casa Systems, Inc. | SOFTWARE LICENSE AGREEMENT | 7/21/2015 | - |
| RadiSys Corporation | Casa Systems, Inc. | PRODUCT ORDER AGREEMENT | 9/30/2020 | - |
| RadiSys Corporation | Casa Systems, Inc. | QuicklStart Services Agreement | 5/10/2016 | - |
| RadiSys Corporation | Casa Systems, Inc. | QuicklStart Services Agreement | 10/25/2017 | - |
| Red Hat Inc. | Casa Systems, Inc. | Partnership Agreement | 8/5/2021 | - |
| Red Hat, Inc | Casa Systems, Inc. | Partner acceptance agreement | 7/20/2021 | - |
| Red Hat, Inc. | Casa Systems, Inc. | AMENDMENT ONE : TO EMBEDDED PRODUCT RIDER | 6/14/2022 | - |
| SEKO WORLDWIDE, LLC | Casa Systems, Inc. | MASTER SERVICES AGREEMENT | 3/31/2022 | - |
| Shenzhen Gongjin Electronics Co. , Ltd. | Casa Systems, Inc. | Development and Supply Agreement | 9/12/2018 | - |
| Shenzhen Gongjin Electronics Co., Ltd. | Casa Systems, Inc. | Master Development and Supply Agreement | 11/15/2018 | - |
| SHENZHEN GONGJIN ELECTRONICS CO.,LTD | Casa Systems, Inc. | AGREEMENT | 4/22/2022 | - |
| STARHUB CABLE VISION LTD | Casa Systems, Inc. | PROFESSIONAL SERVICES AGREEMENT | 9/15/2015 | - |
| STARHUB CABLE VISION LTD | Casa Systems, Inc. | PROFESSIONAL SERVICES AGREEMENT | 11/22/2013 | - |
| Telenor Sverige AB | Casa Systems, Inc. | Agreement on Responsible Business Conduct | 6/19/2014 | - |
| VERIZON SOURCING LLC | Casa Systems, Inc. | MASTER SOFTWARE LICENSE, MAINTENANCE, AND SERVICES AGREEMENT | 12/17/2018 | - |
| VERIZON SOURCING LLC | Casa Systems, Inc. | CPE AND MANAGED SERVICES AGREEMENT | 9/29/2020 | - |
| Verizon Sourcing LLC | Casa Systems, Inc. | Letter Agreement | 12/21/2021 | - |
| Verizon Sourcing LLC | Casa Systems, Inc. | Letter Agreement | 4/17/2022 | - |
| VERIZON SOURCING LLC | Casa Systems, Inc. | GENERAL PURCHASE AGREEMENT | 9/23/2022 | - |
| YTL Communications Sdn Bhd | Casa Systems, Inc. | LETTER OF INTENT | 3/18/2020 | - |
| YTL COMMUNICATIONS SDN BHD | Casa Systems, Inc. | Supplemental Letter of Intent | 5/5/2020 | - |
| YTL COMMUNICATIONS SDN BHD | Casa Systems, Inc. | Second Supplemental Letter of Intent | 5/5/2020 | - |
| YTL Communications Sdn. Bhd | Casa Systems, Inc. | Acceptance Test Plan | 5/5/2020 | - |
| YTL Communications Sdn. Bhd | Casa Systems, Inc. | Acceptance Test Plan | 5/5/2020 | - |
| YTL Communications Sdn. Bhd | Casa Systems, Inc. | Support and Maintenance Agreement | | - |
| YTL Communications Sdn. Bhd. | Casa Systems, Inc. | Letter of Intent | 5/5/2020 | - |
| YTL Communications Sdn. Bhd. | Casa Systems, Inc. | LETTER OF INTENT | 6/23/2016 | - |
| Intel Corporation | Casa Systems, Inc. | Equipment Test Plan Agreement | 8/26/2022 | - |
| Intel Corporation | Casa Systems, Inc. | Remote Access Service Terms and Conditions Agreement | 8/3/2020 | - |
| Intelsat US LLC | Casa Systems, Inc. | Master Purchase Agreement | 6/29/2022 | - |
| Intelsat US LLC | Casa Systems, Inc. | Support Services Agreement | 7/8/2021 | - |
| Red Hat, Inc | Casa Systems, Inc. | Remote Access Service Terms and Conditions Agreement | 8/3/2020 | - |
| Spirent Communications | Casa Systems, Inc. | Software License Agreement | | - |