# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CASA SYSTEMS, INC., *et al.*, | ) Case No. 24-10695 (KBO) |
| Debtors.[1] | ) (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain unaffiliated beneficial holders and/or investment advisors or managers of beneficial holders of Superpriority Term Loans[2] and Stub Term Loans (the "Ad Hoc Group"), by and through their undersigned counsel, hereby submit this verified statement (the "Verified Statement"), in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (the "Debtors"), and respectfully state as follows.

1. The Ad Hoc Group engaged Akin Gump Strauss Hauer & Feld LLP ("Akin") on November 15, 2023 and Blank Rome LLP ("Blank Rome") on April 1, 2024 to represent it in connection with a potential restructuring transaction.

2. As of the date of this Verified Statement, Akin and Blank Rome represent only the Ad Hoc Group. Akin and Blank Rome do not represent or purport to represent any other entities in connection with the Chapter 11 Cases. Akin and Blank Rome do not represent the Ad Hoc Group as a "committee" (as such term is employed under title 11 of the United States Code and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 3].

the Bankruptcy Rules) and do not undertake to represent the interests of, and are not fiduciaries for, any creditor, party in interest or other entity other than the Ad Hoc Group. In addition, the Ad Hoc Group does not represent or purport to represent any other entities in connection with the Chapter 11 Cases.

3. Akin and Blank Rome have been advised by the individual members of the Ad Hoc Group that such individual members of the Ad Hoc Group either hold claims or manage accounts that hold claims against the Debtors' estates arising out of the Superpriority Term Loans and/or the Stub Loans. In accordance with Bankruptcy Rule 2019, a list of the names, addresses and the "nature and amount of all disclosable economic interests" held as of April 2, 2024 in relation to the Debtors by each member of the Ad Hoc Group, as represented to Akin and Blank Rome, is attached hereto as **Exhibit A**.

4. The information set forth on **Exhibit A**, which is based on information provided by the applicable members of the Ad Hoc Group, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose. Akin and Blank Rome do not make any representation regarding the validity, amount, allowance or priority of such claims and reserve all rights with respect thereto. Neither Akin nor Blank Rome owns, nor has ever owned, any claims against or interests in any of the Debtors except for claims for services rendered to the Ad Hoc Group.

5. Nothing contained in this Verified Statement (including **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases.

6. Akin and Blank Rome reserve the right to amend and/or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: April 5, 2024

Respectfully submitted,

By: */s/ Stanley B. Tarr*
**BLANK ROME LLP**
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas (DE No. 7128)
Jordan L. Williams (DE No. 7128)
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: stanley.tarr@blankrome.com
   lorenzo.thomas@blankrome.com
   jordan.williams@blankrome.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin
Melanie A. Miller
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
   mmiller@akingump.com

- and -

Kevin M. Eide
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4534
Email: keide@akingump.com

*Counsel to the Ad Hoc Group*