# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CASA SYSTEMS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10695 (KBO)<br><br>(Jointly Administered)<br><br>Hearing Date: April 26, 2024 at 9:30 a.m. (ET)<br>Obj. Deadline: April 19, 2024 at 4:00 p.m. (ET)<br><br>Ref. Docket Nos. 6, 8, 12-17, 40, 76-78, 99-100, 102-104 & 108 |

## OMNIBUS NOTICE OF FIRST DAY PLEADINGS AND FINAL HEARING THEREON

**PLEASE TAKE NOTICE** that, on April 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed, among others, the following first day pleadings (collectively, the "First Day Pleadings") with the United States Bankruptcy Court for the District of Delaware (the "Court"):

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Creditors, and (C) Redact Certain Personal Identification Information, (II) Waiving the Requirement to File a List of Equity Security Holders, and (III) Granting Related Relief [Docket No. 6]

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 8]

3. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving Proposed Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (IV) Granting Related Relief [Docket No. 12]

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Enter Into New Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 13]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

31512642.1

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Critical Vendor Claims, 503(b)(9) Claims, Lien Claims, and Foreign Vendor Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 14]

6. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain and Administer Their Existing Customer Contracts and Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 15]

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 16]

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs and (II) Granting Related Relief [Docket No. 17]

9. Debtors' Motion for Entry of an Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Adequate Protection to Secured Lender, (III) Modifying Automatic Stay, and (IV) Granting Related Relief [Docket No. 40]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on April 5, 2024 (the "First Day Hearing"), after which the Court entered certain orders granting the relief requested in the First Day Pleadings on an interim basis [Docket Nos. 76, 77, 78, 99, 100, 102, 103, 104 & 108] (collectively, the "Interim Orders"). Concurrently herewith, you are being served with the Interim Orders.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and any of the related Interim Orders are available, free of charge, from the website of the Court appointed claims agent, Epiq Corporate Restructuring, LLC, online at http://www.casa-systems.com/.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of any orders approving the interim relief set forth in the Interim Orders on a final basis must be filed on or before **April 19, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the following parties: (i) the Debtors, 100 Old River Road, Andover, MA 01810; (ii) proposed counsel to the Debtors, (a) Sidley Austin LLP, 787 Seventh Ave, New York, New York 10019, Attn: Steven E. Hessler, Esq. (shessler@sidley.com), Patrick Venter, Esq (pventer@sidley.com), and Margaret R. Alden (malden@sidley.com) and (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, Delaware 19801, Attn: Joseph Barry, Esq. (jbarry@ycst.com) and Joseph M. Mulvihill, Esq. (jmulvihill@ycst.com); (iii) proposed counsel to the Ad Hoc Group, (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Philip

C. Dublin (pdublin@akingump.com), Kevin Eide (keide@akingump.com), and Melanie A. Miller (melanie.miller@akingump.com), and (b) Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801, Attn: Stanley B. Tarr (stanley.tarr@blankrome.com); (iv) proposed counsel to the Prepetition Agents, Paul Hastings LLP, 200 Park Avenue, New York, NY 10036, Attn: Alex Cota (alexcota@paulhastings.com) and Sam Lawand (samlawand@paulhastings.com); (v) proposed counsel to the Committee, if any; and (vi) the Office of the U.S. Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov) and Malcom M. Bates (malcom.m.bates@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE FIRST DAY PLEADINGS ON A FINAL BASIS IS SCHEDULED FOR **APRIL 26, 2024 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

31512642.1

Dated: April 5, 2024
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> Joseph Barry (Del. Bar No. 4221) <br> Joseph M. Mulvihill (Del. Bar No. 6061) <br> Timothy R. Powell (Del. Bar No. 6894) <br> 1000 North King Street <br> Rodney Square <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: jbarry@ycst.com <br>         jmulvihill@ycst.com <br>         tpowell@ycst.com <br><br> *Proposed Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP** <br> Stephen E. Hessler (admitted *pro hac vice*) <br> Patrick Venter (admitted *pro hac vice*) <br> Margaret R. Alden (admitted *pro hac vice*) <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Telephone: (212) 839-5300 <br> Facsimile: (212) 839-5599 <br> Email: shessler@sidley.com <br>         pventer@sidley.com <br>         malden@sidley.com <br><br> Ryan L. Fink (admitted *pro hac vice*) <br> One South Dearborn <br> Chicago, Illinois 60603 <br> Telephone: (312) 853-7000 <br> Facsimile: (312) 853-7036 <br> Email: ryan.fink@sidley.com <br><br> Julia Philips Roth (admitted *pro hac vice*) <br> 1999 Avenue of the Stars <br> Los Angeles, California 90067 <br> Telephone: (310) 595-9500 <br> Facsimile:  (310) 595-9501 <br> Email: julia.roth@sidley.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* |

31512642.1