# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CASA SYSTEMS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10695 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 18, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| 04/18/2024 | 151 | Notice of Appearance. Filed by The Official Committee of Unsecured Creditors of Casa Systems, Inc., et al.. (Hurst, David) (Entered: 04/18/2024) |
|---|---|---|

X _____
Laurie Heggan

Dated: April 18, 2024
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 18th day of April 2024, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

| Served Via First class mail | Served Via First class mail |
|---|---|
| DELAWARE TRUST COMPANY<br>C/O: PAUL HASTINGS LLP<br>ATTN: ALEX COTA & MARIA GRABIS<br>200 PARK AVENUE<br>NEW YORK NY 10166 | FEDERAL COMMUNICATIONS COMMISSION<br>45 L STREET NE<br>WASHINGTON DC 20554 |
| **Served Via First class mail** | **Served Via First class mail** |
| FIDELITY COMMUNICATIONS<br>ATTN: CHRISTOPHER DYREK, PRESIDENT / CEO<br>11422 SCHENK DR.<br>MARYLAND HEIGHTS MO 63043 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| **Served Via First class mail** | **Served Via First class mail** |
| SCRATCH MARKETING MEDIA LLC<br>84 SHERMAN STREET, 3RD FLOOR<br>ATTN: LORA KRATCHOUNOVA, CEO<br>CAMBRIDGE MA 02140 | SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON DC 20549 |
| **Served Via First class mail** | **Served Via First class mail** |
| THE BROADBAND FORUM<br>ATTN: CRAIG THOMAS, CEO<br>5177 BRANDIN COURT<br>FREMONT CA 94538 | UNITED STATES CELLULAR CORPORATION<br>ATTN: LAURENT THERIVEL, PRESIDENT / CEO<br>8410 W BRYN MAWR AVE, SUITE 700<br>CHICAGO IL 60631-3486 |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| QUALCOMM TECHNOLOGIES INC<br>5775 MOREHOUSE DRIVE<br>ATTN: ANN CHAPLIN, GC<br>SAN DIEGO CA 92121<br>ACHAPLIN@QUALCOMM.COM | CAROLINE REICHERT<br>C/O: VLADECK, RASKIN & CLARK, P.C.<br>ATTN: ANNE L. CLARK, MP<br>111 BROADWAY, SUITE 1505<br>NEW YORK NY 10006<br>ACLARK@VLADECK.COM |

**Served Via First class mail and Electronic mail**

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO THE AD HOC GROUP)
ATTN: ALAN D. FELD
2300 N. FIELD ST, SUITE 1800
DALLAS TX 75201-2481
AJFELD@AKINGUMP.COM

**Served Via First class mail and Electronic mail**

ROHDE AND SCHWARZ GERMANY
MUEHLDORFSTRASSE 15
ATTN: ANDREAS PAULY, EVP
MUNICH 81671
GERMANY
ANDREAS.PAULY@ROHDE-SCHWARZ.COM

**Served Via First class mail and Electronic mail**

LINKEDIN
1000 W MAUDE AVE
ATTN: BLAKE LAWIT, GC
SUNNYVALE CA 94085
BLAWIT@LINKEDIN.COM

**Served Via First class mail and Electronic mail**

DOUBLETREE BY HILTON BOSTON/ANDOVER
ATTN: BONNIE MURRAY, MANAGER
123 OLD RIVER ROAD
ANDOVER MA 01810
BONNIE.MURRAY2@HILTON.COM

**Served Via First class mail and Electronic mail**

SANMINA
ATTN: JON FAUST, BRIAN WSZOLEK
2700 NORTH FIRST STREET
SAN JOSE CA 95134
brian.wszolek@sanmina.com

**Served Via First class mail and Electronic mail**

WORLDCOM EXCHANGE INC
43 NORTHWESTERN DRIVE
ATTN: BELISARIO ROSAS, FOUNDER/PRESIDENT
SALEM NH 03079
BROSAS@WEI.COM

**Served Via First class mail and Electronic mail**

ALPHA IR GROUP
ATTN: CHRIS HODGES, CEO
1 S. WACKER DRIVE, SUITE 2110
CHICAGO IL 60606
CHRIS.HODGES@ALPHA-IR.COM

**Served Via First class mail and Electronic mail**

BGR GOVERMENT AFFAIRS LLC
601 13TH STREET, NW
ATTN: CHELSEA BACHER MINCHEFF, GC
WASHINGTON DC 20005
CMINCHEFF@BGRDC.COM

**Served Via First class mail and Electronic mail**

STINSON LLP
(COUNSEL TO VERIZON SOURCING LLC)
ATTN: DARRELL W. CLARK, TRACEY M. OHM & RUIQIAO WEN
1775 PENNSYLVANIA AVE, NW, SUITE 800
WASHINGTON DC 20006
darrell.clark@stinson.com; tracey.ohm@stinson.com; ruiqiao.wen@stinson.com

**Served Via First class mail and Electronic mail**

EQUINITI TRUST COMPANY, LLC
ATTN: DAVID BECKER, GC
6201 15TH AVE.
BROOKLYN NY 11219
DAVID.BECKER@EQUINITI.COM

| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>(COUNSEL TO VECIMA TECHNOLOGY INC)<br>ATTN: DAVID M. FOURNIER, KENNETH A. LISTWAK &<br>HEATHER P. SMILLIE<br>1313 N. MARKET STREET<br>PO BOX 1709<br>WILMINGTON DE 19899-1709<br>david.fournier@troutman.com; ken.listwak@troutman.com;<br>heather.smillie@troutman.com | AVNET, INC.<br>ATTN: DENNIS LOSIK<br>2000 WEST CENTER DRIVE, SUITE B401<br>BELL WORKS CHICAGOLAND<br>HOFFMAN ESTATES IL 60192<br>dennis.losik@avnet.com |

| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
|---|---|
| ILLINOIS VALLEY CELLULAR, LLC<br>ATTN: DANIEL E. HOPKINS<br>295 EAST SWEDESFORD ROAD<br>WAYNE PA 19087<br>dhopkins@cellonenation.com | DELAWARE SECRETARY OF STATE<br>DIVISIONS OF CORPORATIONS, FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903<br>DOSDOC_WEB@STATE.DE.US |

| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
|---|---|
| DLA PIPER LLP (US)<br>(COUNSEL TO QUALCOMM INCORPORATED &<br>QUALCOMM TECHNOLOGIES, INC.)<br>ATTN: ERIC GOLDBERG<br>2000 AVENUE OF THE STARS<br>SUITE 400 NORTH TOWER<br>LOS ANGELES CA 90067-4735<br>eric.goldberg@us.dlapiper.com | JANITECH<br>ATTN: GEORGE BURKE, VP<br>60 PINE ST., SUITE D<br>METHUEN MA 01844-6832<br>GBURKE@NEJANITECH.COM |

| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
|---|---|
| DORSEY & WHITNEY (DELAWARE) LLP<br>(COUNSEL TO AVNET INC)<br>ATTN: ALESSANDRA GLORIOSO<br>300 DELAWARE AVENUE, SUITE 1010<br>WILMINGTON DE 19801<br>glorioso.alessandra@dorsey.com | CHARTER COMMUNICATIONS<br>ATTN: JAMAL HAUGHTON, EVP & GC<br>400 WASHINGTON BLVD.<br>STAMFORD CT 06902<br>JAMAL.HAUGHTON@CHARTER.COM |

| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>J CALEB BOGGS FEDERAL BUILING<br>ATTN: MALCOLM M. BATES, JANE M. LEAMY<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801<br>JANE.M.LEAMY@USDOJ.GOV;<br>MALCOLM.M.BATES@USDOJ.GOV | NBN CO.<br>ATTN: JANE VAN BEELEN, CLO<br>TOWER 5, LEVEL 14<br>727 COLLINS STREET<br>DOCKLANDS, VIC 3008<br>AUSTRALIA<br>JANEVANBEELEN@NBNCO.COM.AU |

| Served Via First class mail and Electronic mail | Served Via First class mail and Electronic mail |
|---|---|
| ILLINOIS VALLEY CELLULAR, LLC<br>ATTN: JONATHAN FOXMAN, PRESIDENT<br>200 RIVERFRONT DRIVE<br>MARSEILLES IL 61341<br>JDFOXMAN@CELLONENATION.COM | DORSEY & WHITNEY LLP<br>(COUNSEL AVNET INC)<br>ATTN: W. SCOTT JENKINS & MICHAEL GALEN<br>2325 E. CAMELBACK ROAD, SUITE 300<br>PHOENIX AZ 85016<br>jenkins.scott@dorsey.com; galen.michael@dorsey.com |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| SPRINT COMMUNICATIONS COMPANY L.P.<br>C/O: POLSINELLI PC<br>ATTN: JAY E. HEIDRICK, ATTORNEY<br>900 W. 48TH PLACE, SUITE 900<br>KANSAS CITY MO 64112<br>JHEIDRICK@POLSINELLI.COM | NASDAQ INC<br>ATTN: JOHN ZECCA, CLO<br>151 W. 42ND STREET<br>NEW YORK NY 10036<br>JOHN.ZECCA@NASDAQ.COM |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| T-MOBILE US INC.<br>ATTN: JONATHAN PUTMAN<br>3635 132ND AVENUE SE<br>BELLEVUE WA 98006<br>jonathan.putman1@t-mobile.com | MAXIM INTEGRATED<br>ATTN: JANENE ASGEIRSSON, SVP<br>160 RIO ROBLES<br>SAN JOSE CA 95134<br>joseph.dangelo@analog.com |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| JPMORGAN CHASE BANK, N.A.<br>LOAN & AGENCY SERVICING<br>ATTN: RYAN BOWMAN<br>131 S. DEARBORN STREET, 4TH FLOOR<br>CHICAGO IL 60603-5506<br>JPM.AGENCY.CRI@JPMORGAN.COM | JPMORGAN CHASE BANK, N.A.<br>LOAN & AGENCY SERVICING<br>ATTN: RYAN BOWMAN<br>131 S. DEARBORN STREET, 4TH FLOOR<br>CHICAGO IL 60603-5506<br>JPM.AGENCY.CRI@JPMORGAN.COM |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| SIDLEY AUSTIN LLP<br>ATTN: JULIA PHILIPS ROTH<br>555 WEST FIFTH STREET<br>LOS ANGELES CA 90013<br>julia.roth@sidley.com | GIBBONS P.C<br>(COUNSEL TO SANMINA CORPORATION)<br>ATTN: KATHARINA EARLE<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON DE 19801<br>kearle@gibbonslaw.com |

| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO THE AD HOC GROUP)<br>ATTN: KEVIN M. EIDE<br>ROBERT S. STRAUSS TOWER<br>2001 K STREET, N.W.<br>WASHINGTON DC 20006-1037<br>keide@akingump.com | POTTER ANDERSON & CORROON LLP<br>(COUNSEL TO LUMINE GROUP US HOLDCO INC.)<br>ATTN: L. KATHERINE GOOD<br>1313 N. MARKET STREET, 6TH FLOOR<br>WILMINGTON DE 19801<br>kgood@potteranderson.com |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| ELEVATION 3D LLC<br>ATTN: KENNETH KARNS, CEO<br>905 HARTFORD TURNPIKE<br>SHREWSBURY MA 01545<br>KKARNS@ELEVATIONEXHIBITS.COM | DLA PIPER LLP (US)<br>(COUNSEL TO QUALCOMM INCORPORATED &<br>QUALCOMM TECHNOLOGIES, INC.)<br>ATTN: MATTHEW SARNA<br>1201 NORTH MARKET STREET, SUITE 2100<br>WILMINGTON DE 19801<br>matthew.sarna@us.dlapiper.com |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| AVNET<br>ATTN: MICHAEL MCCOY, GC<br>2211 SOUTH 47TH STREET<br>PHOENIX AZ 85034<br>MICHAEL.MCCOY@AVNET.COM | SCTE CABLE TEC<br>140 PHILIPS ROAD<br>ATTN: MICHAEL RABES, APPOINTED DIRECTOR<br>EXTON PA 19341<br>MICHAEL.RABES@VODAFONE.COM |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| HOYNCK BV<br>ATTN: PIEKE BOOTS, MD<br>ECI 11<br>6041 MA<br>ROERMOND  6041<br>NETHERLANDS<br>P.BOOTS@HOYNCK.COM | JPMORGAN CHASE BANK<br>C/O SIMPSON THACHER & BARTLETT LLP<br>ATTN: PATRICK R. WOLFF<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>PATRICK.WOLFF@STBLAW.COM;<br>CALLIE.ROBINS@STBLAW.COM;<br>ASHLEY.JARAMILLO@STBLAW.COM |
| **Served Via First class mail and Electronic mail** | **Served Via First class mail and Electronic mail** |
| SPIRENT COMMUNICATIONS<br>ATTN: PAULA BELL, CFO, COO<br>2708 ORCHARD PARKWAY, SUITE 20<br>SAN JOSE CA 95134<br>PAULA.BELL@SPIRENT.COM | AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO THE AD HOC GROUP)<br>ATTN: PHILIP C. DUBLIN, MELANIE A. MILLER<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036-6745<br>pdublin@akingump.com; melanie.miller@akingump.com;<br>dfisher@akingump.com |

**Served Via First class mail and Electronic mail**

ABERNATHY, ROEDER, BOYD & HULLETT P.C.
(COUNSEL TO COLLIN COUNTY TAX ASSESSOR/COLLECTOR)
ATTN: PAUL M. LOPEZ, LARRY R. BOYD & EMILY M. HANH
1700 REDBUD BLVD, STE 300
MCKINNEY TX 75069
plopez@abernathy-law.com; lboyd@abernathy-law.com; ehahn@abernathy-law.com

**Served Via First class mail and Electronic mail**

SIDLEY AUSTIN LLP
ATTN: SETPHEN E. HESSLER, PATRICK VENTER, MARGARET R. ALDEN
787 SEVENTH AVENUE
NEW YORK NY 10019
pventer@sidley.com; malden@sidley.com

**Served Via First class mail and Electronic mail**

GIBBONS P.C.
(COUNSEL TO SANMINA CORPORATION)
ATTN: ROBERT K. MALONE, BRETT S. THEISEN & KYLE P. MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102
rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com

**Served Via First class mail and Electronic mail**

SIDLEY AUSTIN LLP
ATTN: RYAN L. FINK
ONE SOUTH DEARBORN STREET
CHICAGO IL 60603
ryan.fink@sidley.com

**Served Via First class mail and Electronic mail**

INSIGHT
2701 E. INSIGHT WAY
ATTN: SAM COWLEY, GC
CHANDLER AZ 85286
SAM.COWLEY@INSIGHT.COM

**Served Via First class mail and Electronic mail**

DELAWARE TRUST COMPANY
COLLATERAL AGENT
ATTN: SEAN FORONJY & DANA DUGAN
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808
SEAN.FORONJY@DELAWARETRUST.COM

**Served Via First class mail and Electronic mail**

DELAWARE TRUST COMPANY
COLLATERAL AGENT
ATTN: SEAN FORONJY & DANA DUGAN
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808
SEAN.FORONJY@DELAWARETRUST.COM;
PAT.OLEARY@CSCGFM.COM;
ERIC.MCDONALD@DELAWARETRUST.COM;
DDUGAN@DELAWARETRUST.COM

**Served Via First class mail and Electronic mail**

SALESFORCE
ATTN: SABASTIAN NILES, CLO
415 MISSION STREET, 3RD FLOOR
SAN FRANCISCO CA 94105
SNILES@SALESFORCE.COM

**Served Via First class mail and Electronic mail**

BLANK ROME LLP
(COUNSEL TO THE AD HOC GROUP)
ATTN: STANLEY B. TARR, LAWRENCE R. THOMASS III & JORDAN L. WILLIAM
1201 N. MARKET STREET, SUITE 800
WILMINGTON DE 19801
stanley.tarr@blankrome.com; lorenzo. thomas@blankrome.com; jordan.williams@blankrome.com

**Served Via First class mail and Electronic mail**

DELAWARE STATE TREASURY
820 SILVERLAKE BLVD, SUITE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

**Served Via First class mail and Electronic mail**

STREUSAND, LANDON, OZBURN & LEMMON, LLP
(COUNSEL TO DELL MARKETING LP)
ATTN: SABRINA L. STREUSAND
1801 S MOPAC EXPRESSWAY, SUITE 320
AUSTIN TX 78746
streusand@slollp.com

**Served Via First class mail and Electronic mail**

ARNOLD & PORTER KAYE SCHOLER LLP
(COUNSEL TO VECIMA TECHNOLOGY INC)
ATTN: D. TYLER NURNBERG & SARAH GRYLL
70 WEST MADISON STREET, SUITE 4200
CHICAGO IL 60602-4231
tyler.nurnberg@arnoldporter.com; sarah.gryll@arnoldporter.com

**Served Via First class mail and Electronic mail**

ALSTON & BIRD LLP
(COUNSEL TO LUMINE GROUP US HOLDCO INC)
ATTN: WILLIAM S. SUGDEN & LEAH FIORENZA MCNEILL
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET, SUITE 4900
ATLANTA GA 30309-3424
will.sugden@alston.com; leah.mcneill@alston.com

**Served Via First class mail and Electronic mail**

WHITEFORD, TAYLOR & PRESTON LLC
(COUNSEL TO VERIZON SOURCING LLC)
ATTN: WILLIAM F. TAYLOR, JR.
600 NORTH KING STREET
DELAWARE DE 19801
wtaylor@whitefordlaw.com