**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*, | Case No. 24-10695 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**GLOBAL NOTES AND**
**STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**General**

Casa Systems, Inc. ("Casa Systems") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements and should be referred to and referenced in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in

---

[1] The last four digits of Debtors' federal tax identification numbers are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The location of Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, financial advisors, and other representatives and professionals do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, financial advisors, and other representatives and professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Edward Durkin, Chief Financial Officer of Casa Systems and Authorized Signatory of the other Debtors. In reviewing the Schedules and Statements, Mr. Durkin has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' business, Mr. Durkin has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate; *provided*, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

## Global Notes and Overview of Methodology

1. **Description of the Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on April 3, 2024 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 5, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b)

[Docket No. 60].  On April 16, 2024, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Committee") [Docket No. 139]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the Debtors' asset data as of March 31, 2024, the date of the Debtors' month end closure to their balance sheet, and the Debtors' liability data is as of the close of business on the Petition Date.

2.  **Global Notes Control**.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules and Statements differ from any of the Global Notes, the Global Notes shall control.

3.  **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except to the extent required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims the Debtors may hold against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.  **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation as to the validity of any claim against any Debtors or any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.  **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c.  **Recharacterization**.  The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' business, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.

d.  **Classifications**.  The listing of (i) a claim (a) on Schedule D as "secured," or (b) on Schedule E/F as either "priority" or "unsecured priority," or (ii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims, the characterization of the structure of any transaction, and any document or instrument related to such creditor's claim.

e.  **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on an entity-by-entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses as of the Petition Date.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.  **Causes of Action**.  Despite commercially reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable directly or

derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such Claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims or causes of action.

g.      **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.      **Insiders**.  The Debtors have attempted to include all payments made within the twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider."   As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.   The Debtors have also considered the requirements of GAAP and Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insider" herein.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should be construed as, an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date. Nevertheless, the Debtors have included such individuals or entities herein out of an abundance of caution, and the Debtors reserve all rights with respect thereto.

**4. Methodology**

a. **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. Nevertheless, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor's reporting more liabilities than assets shall not constitute an admission that such Debtor was

insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. The Schedules and Statements contain unaudited information that is subject to further review and potential revisions.

b.   **Reporting Date**. The asset information provided herein, except as otherwise noted, represents the Debtors' asset data as of March 31, 2024, the date of the Debtors' month end closure to their balance sheet, and the Debtors' liability data is as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.   **Confidentiality or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential or commercially sensitive nature of certain information. Any alterations or redactions in the Schedules and Statements are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third-party, and the Debtors have provided interested parties with sufficient information to discern the nature of the listing. The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d.   **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 16] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by

---

[3] *See, e.g., Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personal Identification Information, (II) Waiving the Requirement to File a List of Equity Security Holders, and (III) Granting Related Relief* [Docket No. 100] (the "Creditor Matrix Order").

approximately 28 bank accounts, 8 of which are owned and controlled by the Debtors and 20 of which are owned by non-Debtor affiliates.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain strict records of the Intercompany Claims and can generally ascertain, trace, and account for Intercompany Transactions. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 99] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors and their non-Debtor affiliates. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.   **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f.   **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless

otherwise indicated, net book values set forth in these Schedules and Statements are presented as of the Petition Date for all assets. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights the Debtors have with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or at any time prior to or after the Petition Date.

g.    **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors translated foreign currencies to U.S. dollars using exchange rates from the Wall Street Journal as of the close of each month.

h.    **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders"). As such, outstanding liabilities may have been reduced by Court-approved postpetition payments made on account of prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.    **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j.     **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k.     **Accounts Receivable**.  The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and is calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies, day-to-day operating policies, and any applicable Court order.

l.     **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  Certain intangibles are listed in the asset schedules for the Debtors.  Such treatment may not reflect actual legal ownership.

The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such lease, including, but not limited to, the recharacterization thereof.

m.     **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).  UCC liens as of the Petition Date, if any, are listed on Schedule D.

n.     **Excluded Assets and Liabilities**.  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets,

charges, accounts, or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules. Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities. In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court. Other immaterial assets and liabilities may also have been excluded.

o.   **Undetermined Amounts**.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

p.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

q.   **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

r.   **Guarantees and Other Secondary Liability Claims**.  The Debtors exercised their commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in their secured financings, debt instruments, and other agreements. Nevertheless, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors. The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. The Debtors may

identify additional Guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

s.   **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third-party lessors for use in the daily operation of their business. Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B. Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

t.   **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

u.   **Allocation of Liabilities**. The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

v.   **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

w.   **Umbrella or Master Agreements**. Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate. The master service agreements or other ancillary documents have been listed in

Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

## Specific Schedule Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. Unless otherwise noted, the asset totals listed on the Schedules are derived from amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

1. **Schedule A/B**

   a.  **Part 1**. Casa System's Cash Management System comprises a total of 28 Bank Accounts. Of the Bank Accounts, 8 are owned and controlled by the Debtors, while the remaining 20 are owned by Non-Debtor Affiliates. The Debtors' primary cash management bank is Bank of America, N.A. Further details with respect to the Cash Management System are provided in the Cash Management Motion. The cash amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.

   b.  **Part 3**. The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables.

   c.  **Part 4**. Part 4 identifies only subsidiaries owned directly by the applicable Debtor entity. Subsidiaries owned indirectly by the Debtor entity are not listed. Ownership interests in subsidiaries, partnerships, and joint interests have been listed in Schedule A/B, Question 15 as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

   d.  **Part 7**. Actual realizable values may vary significantly relative to net book values as of the Petition Date.

   e.  **Part 8**. With the exception of any lease, property leased by the Debtors is listed in Schedule G and is not listed in Part 8 of Schedule A/B, with the exception of any leases for such property, which is listed on Schedule A/B. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

   f.  **Part 9**. Property leased by the Debtors is listed on both Part 9 of Schedule A/B and on Schedule G. Furthermore, property values are scheduled in accordance

with the Debtor's books and records, which may not comport with the legal owner of record. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date. The Debtors reserve all rights to recharacterize their interests in real property at a later date. Due to the large volume of leasehold improvements across various locations, it is neither practicable nor feasible for the Debtors to list each individually. The Debtors were unable to report FF&E as required by Schedule A/B due to their inability to distinguish impairment of leasehold improvements from impairment of other assets. As such, FF&E was combined in Part 9 as Leaseholds & Leasehold Improvements (including furniture, fixtures, and equipment).

g.    **Part 10**. Part 10 identifies the various trademarks, patents, and website domains owned and maintained by the Debtors. The Schedules may not list the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for their operations, which are easily obtainable and hold minimal value are not included.

h.    **Part 11**. The Debtors maintain approximately 24 insurance policies administered by multiple third-party insurance carriers. The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, transportation liability, cyber liability, casualty liability, fiduciary liability, and directors' and officers' liability (including tail coverage). The Debtors more fully describe such policies in the *Interim Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Enter Into New Financing Agreements in the Ordinary Course Of Business, and (II) Granting Related Relief* [Docket No. 103] (the "Insurance Order"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

## 2.  Schedule D

a.    The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred before the Petition Date.

b.    Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or

immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 3] (the "<u>First Day Declaration</u>").

c.      Schedule D does not include beneficiaries of letters of credit. Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

d.      The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

**3.  <u>Schedule E/F</u>**

a.      **Part 1**. The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1. To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

The Debtors also have not listed any tax-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for taxes as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors

reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on Part 1. Certain of such claims, however, may be subject to ongoing audits and/or the Debtors may otherwise be unable to determine with certainty the amount of the remaining claims listed on Part 1. Therefore, the Debtors have listed all such claims as contingent and unliquidated, pending final resolution of ongoing audits or other outstanding issues.

b.      **Part 2**.  The Debtors have exercised commercially reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule.  As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors.  Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts.  The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code. Additionally, certain creditors may assert mechanic's or other similar liens against the Debtors for amounts listed on Part 2.  The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor.  In addition, certain claims listed on Part 2 may potentially be entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made commercially reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, software companies, landlords, utility companies, consultants, and other service providers.  The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date.  The Debtors have excluded workers' compensation claims from the Statements because the Debtors are fully insured for and continue to honor their workers' compensation obligations in the ordinary course in accordance with the *Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs and (II) Granting Related Relief* [Docket No. 78]  (the "Wages Order").

Part 2 does not include certain balances, such as deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 does not include reserves for liabilities that may have arisen under litigation or threatened litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including, but not limited to, the right to assert objections and/or setoffs or recoupments with respect to same.

The Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will, if applicable, reflect some of that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**4. Schedule G**

a. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing, and inadvertent errors, omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

5.  **Schedule H**

   a.  The Debtors are party to various debt agreements that were executed by multiple Debtors.  The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor.  In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses.  Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties.  To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H.  In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim.  No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors.  To the extent these Global Notes include notes specific to Schedules D–G, such Global Notes also apply to the co-Debtors listed in Schedule H.  The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

6.  **Statement 3**.  As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

   a.  The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from January 3, 2024 to the Petition Date.  Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

   b.  The response to Statement 3 excludes regular salary payments and disbursements or transfers for this period, which are listed, to the extent required, on Statement 4.

   c.  The response to Statement 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are listed on Statement 11.

7.  **Statement 4**. In the ordinary course of business, certain of the Debtors' eligible employees are granted restricted stock securities of Casa Systems (the "RSUs"). The Debtors transfer

such RSUs on the vesting date.  For purposes of Statement 4, the Debtors have listed the fair market value of the RSUs as of their applicable vesting date.  The individual insiders did not receive the RSU valuation in cash.  The values described herein do not reflect the present value or current sale value of such RSU's, if any.  Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.  Since late 2022, employees of the Debtors have been subject to prohibitions on the sale of vested RSUs and such prohibitions are anticipated to continue through the duration of these chapter 11 cases.

8. **Statement 7**.  Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  While the Debtors believe they were diligent in their efforts to include all such information on Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statement 7.  The Debtors reserve all of their rights to amend or supplement their response to Statement 7.

9. **Statement 9**.  For the avoidance of doubt, Statement 9 excludes *de minimis* charitable contributions.

10. **Statement 11**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11. Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  The Debtors have therefore included some payments related to non-bankruptcy-related services on Statement 11 out of an abundance of caution. Additional information regarding the Debtors' retention of professional service firms is described more fully in individual retention applications and related orders.

    In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their postpetition lenders or other parties.

11. **Statement 16**.  The Debtors collect a limited amount of information about customers and their representatives.  Examples of the types of information collected by the Debtors include, among other things, name, mailing address, telephone number, etc.

12. **Statement 20**.  The locations listed for off-premises storage do not include cloud-based storage of electronic data.

13. **Statement 26**.  Pursuant to the requirements of Securities Exchange Act of 1934, as amended, Casa Systems files certain SEC reports.  These SEC filings contain consolidated financial information.  Additionally, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing.  The Debtors do not maintain detailed records tracking such disclosures.

14. **Statement 30**.  Refer to the Methodology section regarding all payments to insiders.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      Casa Systems, Inc.

United States Bankruptcy Court for the:      District of Delaware

Case number (If known):      24-10695 (KBO)

☐ Check if this is an amended filing

<u>Official Form 206Sum</u>

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................................................

   $ _____ Undetermined

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................................

   $ _____ 77,561,149.72*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................................

   $ _____ 77,561,149.72*

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $ _____ 183,036,270.94*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................................

   $ _____ 773,250.00*

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .....................................

   **+** $ _____ 27,915,079.41*

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 211,724,600.35*

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name   Casa Systems, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)   24-10695 (KBO)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 840.01

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $ 5,123,165.91 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 None | | $ 0.00 |
|---|---|---|
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 5,124,005.92

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 None | $ 0.00 |
|---|---|
| 7.2 | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 See Attached Rider                                    $      8,484,034.25

8.2                                                          $

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                      $      8,484,034.25

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐   No. Go to Part 4.

☑   Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11. Accounts receivable**

| | face amount | — | doubtful or uncollectible accounts | = | ...... → | | |
|---|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 2,676,832.23 | — | 0.00 | = | ...... → | $ | 2,676,832.23 |
| 11b. Over 90 days old: | 409,241.85 | — | 27,687.53 | = | ...... → | $ | 381,554.32 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $      3,058,386.55

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐   No. Go to Part 5.

☑   Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | | $    0.00 |
| 14.2 | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of ownership:

| | | | |
|---|---|---|---|
| 15.1 See Attached Rider | % | | $   Undetermined |
| 15.2 | % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | | $    0.00 |
| 16.2 | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.        $    Undetermined

*Plus Undetermined Amounts

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Raw Materials | MM / DD / YYYY | $ 4,300,472.66 | Net Book Value | $ 4,300,472.66 |
| **20. Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Goods | MM / DD / YYYY | $ 4,588,709.53 | Net Book Value | $ 4,588,709.53 |
| **22. Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 8,889,182.19

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ ___Undetermined___ Valuation method __N/A__     Current value $ ___Undetermined___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture & Fixtures | $ 228,094.63 | Net Book Value | $ 228,094.63 |
| **40. Office fixtures** | | | |
| None | $ _____ | | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Equipment & Software | $ 1,199,945.66 | Net Book Value | $ 1,199,945.66 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | | $ 0.00 |
| 42.2 | $ _____ | | $ _____ |
| 42.3 | $ _____ | | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ _____ 1,428,040.29

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor   Casa Systems, Inc.
_____
         Name

Case number (If known)  24-10695 (KBO)

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.
☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ _____ | _____ | $         0.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ _____ | _____ | $         0.00 |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ _____ | _____ | $         0.00 |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $     743,457.84 | _____ | $     703,028.22 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

$     703,028.22

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No
☑  Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No
☐  Yes

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $    Undetermined | | $    Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    Undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $    Undetermined | | $    Undetermined |
| 61. **Internet domain names and websites** | | | |
| See Attached Rider | $    Undetermined | | $    Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $    0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| None | $ | | $    0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| Proprietary Software | $    349,930.82 | Net Book Value | $    349,930.82 |
| 65. **Goodwill** | | | |
| None | $ | | $    0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$    349,930.82*

**\*Plus Undetermined Amounts**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
  - ☒ No
  - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  - ☐ No
  - ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  - ☒ No
  - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.
  - ☐ No. Go to Part 12.
  - ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    None _____ Total Face Amount — Doubtful or uncollectible Amount = → $ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    | Federal Income Tax Overpayment / Refund | Tax Year | Various | $ | Undetermined |
    |---|---|---|---|---|
    | | Tax Year | | $ | |
    | | Tax Year | | $ | |

73. **Interests in insurance policies or annuities**

    See Attached Rider                                         $  Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    None                                                       $  0.00

    **Nature of Claim** _____

    **Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    None                                                       $  0.00

    **Nature of Claim** _____

    **Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

    None                                                       $  0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    See Attached Rider                                         $  49,524,541.48

                                                               $ _____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.        $  49,524,541.48*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  - ☒ No
  - ☐ Yes

*Plus Undetermined Amounts

| Debtor | Casa Systems, Inc. | Case number (If known) | 24-10695 (KBO) |
| --- | --- | --- | --- |
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,124,005.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,484,034.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,058,386.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 8,889,182.19 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,428,040.29 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 703,028.22 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ → | | $Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 349,930.82* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 49,524,541.48* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 77,561,149.72* | + 91b. $Undetermined |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................. $ 77,561,149.72*

**\*Plus Undetermined Amounts**

Debtor Name:  Casa Systems, Inc.                                                   Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Bank of America, N.A. | Operating Account | 2013 | $2,828,701.53 |
| Bank of America, N.A. | Payroll Account | 2327 | $261,225.76 |
| Bank of America, N.A. (* RESTRICTED *) | Other Account | 1581 | $78,016.22 |
| Bank of America, N.A. (* RESTRICTED *) | Other Account | 4643 | $1,955,222.40 |
| | **TOTAL** | | **$5,123,165.91** |

Debtor Name:  Casa Systems, Inc.                                                                Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment: Benefits - Delta Dental | $32,489.84 |
| Prepayment: Benefits - Harvard Pilgram Health Care | $373,143.40 |
| Prepayment: Benefits - Optum | $101.75 |
| Prepayment: Benefits - Vision Service Plan | $2,473.76 |
| Prepayment: BOD Fees | $35,000.00 |
| Prepayment: Bonus Related - Various Employee(s) | $850,078.96 |
| Prepayment: HW / SW Maintenance - Alepo Technologies Inc | $1,143.81 |
| Prepayment: HW / SW Maintenance - Arrosoft Solutions LLC | $7,650.27 |
| Prepayment: HW / SW Maintenance - Atlassian Pty Ltd | $34,385.36 |
| Prepayment: HW / SW Maintenance - CDW | $7,055.70 |
| Prepayment: HW / SW Maintenance - Corelis | $1,984.56 |
| Prepayment: HW / SW Maintenance - Cornerstone On Demand Inc | $44,920.06 |
| Prepayment: HW / SW Maintenance - CPU Sales and Service Inc. | $117,141.99 |
| Prepayment: HW / SW Maintenance - Experlogic LLC | $2,460.96 |
| Prepayment: HW / SW Maintenance - Gitlab Inc | $23,649.17 |
| Prepayment: HW / SW Maintenance - GuidePoint Security LLC | $8,765.63 |
| Prepayment: HW / SW Maintenance - Gurock Software GmbH | $7,382.89 |
| Prepayment: HW / SW Maintenance - Insight | $12,043.25 |
| Prepayment: HW / SW Maintenance - KLogix LLC | $4,525.06 |
| Prepayment: HW / SW Maintenance - LeaseQuery LLC | $1,616.39 |
| Prepayment: HW / SW Maintenance - Maytech Communications | $10,230.31 |
| Prepayment: HW / SW Maintenance - Mojo Systems LLC | $8,505.93 |
| Prepayment: HW / SW Maintenance - Ookla LLC | $397.91 |

Debtor Name:  Casa Systems, Inc.                                                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment: HW / SW Maintenance - Payscale | $10,439.07 |
| Prepayment: HW / SW Maintenance - PTC Inc | $30,880.29 |
| Prepayment: HW / SW Maintenance - QBD Systems | $1,800.00 |
| Prepayment: HW / SW Maintenance - Red Hat Inc | $28,565.57 |
| Prepayment: HW / SW Maintenance - Rhode and Schwarz, Inc. | $1,221.93 |
| Prepayment: HW / SW Maintenance - RSM US LLP | $20,710.73 |
| Prepayment: HW / SW Maintenance - Saturn Business Systems | $34,098.36 |
| Prepayment: HW / SW Maintenance - Siemens Industry Software Inc | $92,297.98 |
| Prepayment: HW / SW Maintenance - SiliconExpert Technologies Inc | $12,896.17 |
| Prepayment: HW / SW Maintenance - Smartsheet | $9,547.99 |
| Prepayment: HW / SW Maintenance - Spirent Communications | $2,018.83 |
| Prepayment: HW / SW Maintenance - TeamViewer GmbH | $3,143.11 |
| Prepayment: HW / SW Maintenance - VERTEX SMB | $2,398.78 |
| Prepayment: HW / SW Maintenance - WIPFLi LLP | $792.52 |
| Prepayment: HW / SW Maintenance - Workday | $6,768.39 |
| Prepayment: HW / SW Maintenance - Worldcom Exchange Inc | $48,754.26 |
| Prepayment: HW / SW Maintenance - Zoho Corporation | $965.21 |
| Prepayment: Insurance - CAC Specialty | $1,496,522.00 |
| Prepayment: Insurance - Legalshield | $857.71 |
| Prepayment: Insurance - MDVIP | $193.80 |
| Prepayment: Insurance - Provident Life and Accident Insurance Company | $691.16 |
| Prepayment: Insurance - Sullivan Group | $1,651,973.82 |
| Prepayment: Insurance - Unum | $28,441.32 |

Debtor Name:  Casa Systems, Inc.                                                                 Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment: Interest - Delaware Trust Company | $22,295.08 |
| Prepayment: Licenses / Subscriptions - American Express | $2,587.02 |
| Prepayment: Licenses / Subscriptions - Ariba Inc | $2,921.88 |
| Prepayment: Licenses / Subscriptions - Cisco Systems | $1,121.16 |
| Prepayment: Licenses / Subscriptions - CITA | $11,270.49 |
| Prepayment: Licenses / Subscriptions - Donnelley Financial Solutions | $4,354.51 |
| Prepayment: Licenses / Subscriptions - Glass Lewis and Company LLC | $408.47 |
| Prepayment: Licenses / Subscriptions - Hubspot Inc | $12,905.02 |
| Prepayment: Licenses / Subscriptions - Informa Tech LLC | $2,523.63 |
| Prepayment: Licenses / Subscriptions - Kyrio Inc | $3,756.83 |
| Prepayment: Licenses / Subscriptions - Netwrix Corporation | $1,520.30 |
| Prepayment: Licenses / Subscriptions - Radford Surveys | $11,934.43 |
| Prepayment: Licenses / Subscriptions - Technology Business Research Inc | $15,061.73 |
| Prepayment: Licenses / Subscriptions - Telecom Infra Project Inc | $3,651.23 |
| Prepayment: Membership Fees - ETSI | $18,235.94 |
| Prepayment: Miscellaneous - Charter | $238,381.20 |
| Prepayment: Miscellaneous - ETrade | $1,770.84 |
| Prepayment: Miscellaneous - Mobile Experts | $10,292.46 |
| Prepayment: Miscellaneous - NCC Group Software Resilience NA LLC | $957.20 |
| Prepayment: Miscellaneous - Virtual Incentives | $7,031.00 |
| Prepayment: Payroll / Employee Related | $529,586.13 |
| Prepayment: Professional Services | $1,700,000.00 |
| Prepayment: Rent - 100 Old River Road LLC | $50,819.58 |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment: Sales & Use Tax - New Jersey | $25,705.00 |
| Prepayment: Sales & Use Tax - State of Texas | $281,184.67 |
| Prepayment: Services - Diligent Corporation Inc | $2,226.61 |
| Prepayment: Tax Related | $448,405.88 |
| **TOTAL** | **$8,484,034.25** |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Casa Systmes Canada Ltd. | 100% | N/A | Undetermined |
| Casa Systems B.V. | 100% | N/A | Undetermined |
| Casa Properties LLC | 100% | N/A | Undetermined |
| Casa Technologies Limited | 100% | N/A | Undetermined |
| Casa Systems Securities Corporation | 100% | N/A | Undetermined |
| Casa Systems SAS | 100% | N/A | Undetermined |
| Casa Technologies Pty Ltd | 100% | N/A | Undetermined |
| Guangzhou Casa Communications Ltd | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00 + Undetermined Amounts |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| General Machinery & Equipment | $430,398.60 | Net Book Value | $409,860.35 |
| Internal Equipment | $243,003.98 | Net Book Value | $228,374.69 |
| Loaner Equipment | $70,055.26 | Net Book Value | $64,793.18 |
| | | **TOTAL** | **$703,028.22** |

Debtor Name:  Casa Systems, Inc.                                                                 Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Building Lease:<br>100 Old River Road<br>Andover, MA | Building Lease | Undetermined | N/A | Undetermined |
|  |  |  | **TOTAL** | $0.00 |
|  |  |  |  | + Undetermined Amounts |

Debtor Name:  Casa Systems, Inc.                                                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Australia<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>App. #: 2020294626<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - Australia<br>Title: Methods and Apparatus for Recovering Network Association Information<br>App. #: 2020219107<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - China<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>App. #: 2020800577563<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - China<br>Title: Methods and Apparatus for Recovering Network Association Information<br>App. #: 2023110632844<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - China<br>Title: Methods and Apparatus for Recovering Network Association Information<br>Patent #: 2020800268771<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - China<br>Title: Scalable Evolved Packet Core<br>Patent #: 201880024581.9<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - EU<br>Title: Dynamic Sharing of Ofdma and Atdma Signals<br>App. #: 18764954.6<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - EU<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>App. #: 20735803.7<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - EU<br>Title: Methods and Apparatus for Recovering Network Association Information<br>App. #: 20753130.2<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - EU<br>Title: Scalable Evolved Packet Core<br>Patent #: 18754647.8<br>Status: Validated | Undetermined | N/A | Undetermined |
| Patent - France<br>Title: Scalable Evolved Packet Core<br>Patent #: 18754647.8<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - Germany<br>Title: Scalable Evolved Packet Core<br>Patent #: 18754647.8<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - Japan<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>App. #: 2023-187071<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - Japan<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>Patent #: 2021-574742<br>Status: Granted | Undetermined | N/A | Undetermined |

Debtor Name:  Casa Systems, Inc.                                                                                  Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - Japan<br>Title: Methods and Apparatus for Recovering Network Association Information<br>App. #:<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - Japan<br>Title: Methods and Apparatus for Recovering Network Association Information<br>Patent #: 2021-545478<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - Japan<br>Title: Scalable Evolved Packet Core<br>Patent #: 2019-566042<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - Patent Cooperation Treaty<br>Title: 5G Small Cell Time Synchronized Networking<br>App. #: PCT/US2022/049534<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - Patent Cooperation Treaty<br>Title: Femtocells for Wireless Communication Coverage<br>App. #: PCT/US2023/078658<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - Patent Cooperation Treaty<br>Title: Systems, Apparatus, Articles of Manufacture, and Methods for Processing Wireless Data Using Baseband Gateways<br>App. #: PCT/US2023/015083<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - United Kingdom<br>Title: Scalable Evolved Packet Core<br>Patent #: 18754647.8<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: 5G Small Cell Time Synchronized Networking<br>App. #: 17/985062<br>Status: Published | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Dynamic Sharing of Ofdma and Atdma Signals<br>Patent #: 15/728916<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Femtocells for Wireless Communication Coverage<br>App. #: 18/501737<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Intelligent Node for Improving Signal Quality in a Cable Modem Network<br>Patent #: 13/526284<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>App. #: 18/334563<br>Status: Allowed | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>Patent #: 16/903163<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Methods and Apparatus for Generating and Using Dynamic Profiles for Cable Transmission Systems<br>Patent #: 17/672811<br>Status: Granted | Undetermined | N/A | Undetermined |

Debtor Name:  Casa Systems, Inc.                                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent - USA<br>Title: Methods and Apparatus for Recovering Network Association Information<br>App. #: 18/356357<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Methods and Apparatus for Recovering Network Association Information<br>Patent #: 16/782978<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Methods and Apparatus for Recovering Network Association Information<br>Patent #: 17/541590<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Random Access Procedures for Distributed Access Systems<br>App. #: 63/625539<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Scalable Evolved Packet Core<br>Patent #: 15/932354<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Scalable Evolved Packet Core<br>Patent #: 17/222365<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: System and Method for Detecting Burst Noise During Quadrature Amplitude Modulation Communications<br>Patent #: 13/351699<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: System and Method for Detecting Burst Noise During Quadrature Amplitude Modulation Communications<br>Patent #: 13/670000<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: System and Method for Dynamic Profile Management In Cable Modem Systems<br>Patent #: 13/445258<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: System and Method for Reducing Interference In Ofdm Channels<br>Patent #: 15/189381<br>Status: Granted | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Systems, Apparatus, Articles of Manufacture, and Methods for Centralized Processing of Cable Interface Data<br>App. #: 63/491934<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Systems, Apparatus, Articles of Manufacture, and Methods for Configuring Base Stations Using Beam Management<br>App. #: 63/512484<br>Status: Pending | Undetermined | N/A | Undetermined |
| Patent - USA<br>Title: Systems, Apparatus, Articles of Manufacture, and Methods for Processing Wireless Data Using Baseband Gateways<br>App. #: 18/182666<br>Status: Published | Undetermined | N/A | Undetermined |

Debtor Name:  Casa Systems, Inc.                                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Australia<br>Mark: Casa Logo Image<br>Serial #: 2125051<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Australia<br>Mark: Casa Systems<br>Serial #: 2125131<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - China<br>Mark: Casa Logo Image<br>Serial #: 1552644<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - China<br>Mark: Casa Systems<br>Serial #: 1552980<br>Status: Pending | Undetermined | N/A | Undetermined |
| Trademark - China<br>Mark: Casa Systems<br>Serial #: 1552980<br>Status: Pending | Undetermined | N/A | Undetermined |
| Trademark - China<br>Mark: Casa Systems<br>Serial #: 1552980<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - EU<br>Mark: Casa Logo Image<br>Serial #: 1552644<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - EU<br>Mark: Casa Systems<br>Serial #: 1552980<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Japan<br>Mark: Casa Logo Image<br>Serial #: 1552644<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Japan<br>Mark: Casa Systems<br>Serial #: 1552980<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Madrid Protocol Only<br>Mark: Casa Logo Image<br>Serial #: A0096401<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Madrid Protocol Only<br>Mark: Casa Systems<br>Serial #: A0096400<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - United Kingdom<br>Mark: Casa Logo Image<br>Serial #: UK00003680866<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - United Kingdom<br>Mark: Casa Systems<br>Serial #: UK00003680879<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - USA<br>Mark: Casa Logo Image<br>Serial #: 88/737064<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - USA<br>Mark: Casa Systems<br>Serial #: 85/467744<br>Status: Registered | Undetermined | N/A | Undetermined |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - USA<br>Mark: Casa Systems<br>Serial #: 88/735724<br>Status: Registered | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Internet Domain: casa.systems | Undetermined | N/A | Undetermined |
| Internet Domain: casalabs.training | Undetermined | N/A | Undetermined |
| Internet Domain: casa-system.com | Undetermined | N/A | Undetermined |
| Internet Domain: Casa-systems.com | Undetermined | N/A | Undetermined |
| Internet Domain: casasystems.com | Undetermined | N/A | Undetermined |
| Internet Domain: casa-systems.eu | Undetermined | N/A | Undetermined |
| Internet Domain: casasystems.info | Undetermined | N/A | Undetermined |
| Internet Domain: Casa-systems.net | Undetermined | N/A | Undetermined |
| Internet Domain: casasystems.site | Undetermined | N/A | Undetermined |
| Internet Domain: casa-wifi.com | Undetermined | N/A | Undetermined |
| Internet Domain: casawifi.com | Undetermined | N/A | Undetermined |
| Internet Domain: network-extender3.com | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Casa Systems, Inc.                                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh | D&O Liability (Primary) | 06-582-77-25 | Undetermined |
| Beazley Insurance Company, Inc. | D&O Liability (Excess) | V34085230201 | Undetermined |
| US Specialty Insurance Company | D&O Liability (Excess) | 14-MGU-23-157783 | Undetermined |
| Swiss Re Corporate Solutions America Insurance Corp. | D&O Liability (Excess) | DOE 2001356-04 | Undetermined |
| Travelers Casualty & Surety Company of America | D&O Liability (Excess) | 106844656 | Undetermined |
| Old Republic Insurance Company | D&O Liability (Excess) | ORPRO 12 104442 | Undetermined |
| XL Specialty Insurance Company | D&O Liability (Excess) | ELU194248-23 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh | D&O Liability (Excess) | 01-801-81-81 | Undetermined |
| Chubb | D&O Liability (Excess) | G29014413 005 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh | D&O Liability (Excess) | 01-801-81-84 | Undetermined |
| Beazley Insurance Company, Inc. | Cyber & E&O Liability (Primary) | V30F9F230301 | Undetermined |
| Allied World Specialty Insurance Company | Cyber & E&O Liability (Excess) | 0312-6493 | Undetermined |
| Zurich American Insurance Company | Cyber & E&O Liability (Excess) | EOC 4351983-00 | Undetermined |
| Ascot Insurance Company | Cyber & E&O Liability (Excess) | EOXS2310001219-03 | Undetermined |
| Intact Insurance / Atlantic Specialty Insurance Company | Property, General, International Master & Umbrella Liability | 711-01-45-32-0009 | Undetermined |
| Intact Insurance / Atlantic Specialty Insurance Company | Automobile Liability | 390-00-13-48-0010 | Undetermined |
| Travelers Casualty & Surety Company of America | Employment Practices & Fiduciary Liability | 107021597 | Undetermined |
| XL Specialty Insurance Company | Commercial Crime Liability | ELU194150-23 | Undetermined |
| Chubb / Federal Insurance Company | Employed Lawyers Professional Liability | J06489242 | Undetermined |
| Chubb / Federal Insurance Company | Workplace Violence Liability | J06489771 | Undetermined |
| Great American Insurance Group | Special Crime Liability | UKA3022371.23 | Undetermined |
| Intact Insurance / OBI National Insurance Company | Worker's Compensation Liability | 406-04-21-80-0012 | Undetermined |
| Chubb / ACE American Insurance Company | Business Travel Accident Liability | ADD N11244725 | Undetermined |
| CNA Insurance Companies | Cargo Liability | 7300523 | Undetermined |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Casa Systems, Inc.                                                    Case Number:  24-10695 (KBO)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| Intercompany Receivable from Casa Communications Limited | $11,757,898.73 |
| Intercompany Receivable from NetComm Wireless Pty Ltd | $37,766,642.75 |
| **TOTAL** | **$49,524,541.48** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Casa Systems, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 24-10695 (KBO) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.1

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
ATTN: ANKIT MEHTA
GATEWAY VILLAGE - 900 BUILDING
900 W. TRADE STREET
CHARLOTTE, NC 28255-0001

**Describe the lien**
Letter of Credit No. 68120521 for the benefit of Claro Columbia

**Creditor's email address, if known**
ankit.d.mehta@bofa.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

### 2.2

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
ATTN: ANKIT MEHTA
GATEWAY VILLAGE - 900 BUILDING
900 W. TRADE STREET
CHARLOTTE, NC 28255-0001

**Describe the lien**
Letter of Credit No. 68186491 for the benefit of DND Homes LLC

**Creditor's email address, if known**
ankit.d.mehta@bofa.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 183,036,270.94

+ Undetermined Amounts

Debtor    Casa Systems, Inc.
          Name                                                    Case number (If known):  24-10695 (KBO)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
CITIBANK EUROPE PLC

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**
1 NORTH WALL QUAY
DUBLIN, IE 1
IRELAND

**Describe the lien**
UCC - Lien Claim - As provided in UCC File Number 20220378149 dated 12/15/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

　☐ Yes. The relative priority of creditors is specified on lines

---

**2.4**

**Creditor's name**
CITIBANK, N.A., ITS BRANCHES, SUBSIDIARIES AND AFFILIATES

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**
388 GREENWICH STREET
10TH FLOOR
NEW YORK, NY 10013

**Describe the lien**
UCC - Lien Claim - As provided in UCC File Number 20234101308 dated 06/07/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

　☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Casa Systems, Inc.
          Name                                                    Case number (If known):   24-10695 (KBO)

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

DELAWARE TRUST COMPANY

**Creditor's mailing address**

ATTN: SEAN FORONJY & DANA DUGAN
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Creditor's email address, if known**

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$      2,063,636.93   $     Undetermined

**Describe the lien**

Borrower under the Stub Facility

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

DELAWARE TRUST COMPANY

**Creditor's mailing address**

ATTN: SEAN FORONJY & DANA DUGAN
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Creditor's email address, if known**

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All assets of the Debtor whether now owned or acquired

$    180,972,634.01   $     Undetermined

**Describe the lien**

Borrower under the Superpriority Term Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Casa Systems, Inc. | | Case number (If known): 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.7

**Creditor's name**
DELAWARE TRUST COMPANY, AS COLLATERAL AGENT

**Creditor's mailing address**
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ ___ Undetermined   $ ___ Undetermined

**Describe the lien**
UCC - Lien Claim - As provided in UCC File Number 20235589535 dated 08/15/2023

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

### 2.8

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ ___   $ ___

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Casa Systems, Inc. | Case number (If known): | 24-10695 (KBO) |
|--------|---------------------|-------------------------|----------------|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|-------------|---------------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Casa Systems, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 24-10695 (KBO) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>19 STANIFORD ST.<br>BOSTON, MA 02114 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Income Tax Audit (2019 & 2020) | $ Undetermined | $ Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>ANAM, SRINIVASA<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unpaid Retention Bonus | $ 5,750.00 | $ 5,750.00 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>ANGLE, RICHARD<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unpaid Retention Bonus | $ 16,500.00 | $ 15,150.00 |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

| Debtor | Casa Systems, Inc. | | Case number *(if known)* 24-10695 (KBO) |
|--------|----------|--|----------------------------|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** | **Priority creditor's name and mailing address**

BEKRINE, ZOUHEIR
ADDRESS ON FILE

$ 5,500.00    $ 5,500.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address**

BENAMANAHALLI KEMPEGOWDA, SHWETHA
ADDRESS ON FILE

$ 10,750.00    $ 10,750.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6** | **Priority creditor's name and mailing address**

BERLUTI, CHRISTOPHER
ADDRESS ON FILE

$ 15,250.00    $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7** | **Priority creditor's name and mailing address**

BODDU, NAGARJUNA
ADDRESS ON FILE

$ 15,250.00    $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.8 | **Priority creditor's name and mailing address** | | $ 7,000.00 | $ 7,000.00 |
|---|---|---|---|---|

BROUGHTON, DOUGLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.9 | **Priority creditor's name and mailing address** | | $ 29,500.00 | $ 15,150.00 |
|---|---|---|---|---|

CHANDRA, MADHU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.10 | **Priority creditor's name and mailing address** | | $ 36,250.00 | $ 15,150.00 |
|---|---|---|---|---|

COLLIER III, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.11 | **Priority creditor's name and mailing address** | | $ 6,000.00 | $ 6,000.00 |
|---|---|---|---|---|

DOWDY, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | | Case number *(if known)* 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address
FAN, YANHE
ADDRESS ON FILE

$ 34,250.00    $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address
GANDHE, NIKHIL
ADDRESS ON FILE

$ 5,250.00    $ 5,250.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address
GAUDET, ERIC
ADDRESS ON FILE

$ 16,250.00    $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address
GODWIN, DYLAN
ADDRESS ON FILE

$ 12,000.00    $ 12,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number *(if known)* | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** | **Priority creditor's name and mailing address**

GOMEZ MENDEZ, ROBERTO
ADDRESS ON FILE

$ 6,750.00    $ 6,750.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.17** | **Priority creditor's name and mailing address**

GULBAS, AYSUN
ADDRESS ON FILE

$ 11,750.00    $ 11,750.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.18** | **Priority creditor's name and mailing address**

HACHEM, PAUL
ADDRESS ON FILE

$ 6,750.00    $ 6,750.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.19** | **Priority creditor's name and mailing address**

HO LEUNG, CHUN
ADDRESS ON FILE

$ 15,500.00    $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | |
|---|---|---|---|
| **2.20** | **Priority creditor's name and mailing address** | $ 7,750.00 | $ 7,750.00 |

HUANG, YUJIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| **2.21** | **Priority creditor's name and mailing address** | $ 15,750.00 | $ 15,150.00 |

HURLEY, PAMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| **2.22** | **Priority creditor's name and mailing address** | $ 9,750.00 | $ 9,750.00 |

JING, JIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| **2.23** | **Priority creditor's name and mailing address** | $ 18,750.00 | $ 15,150.00 |

KONG, HONGWEI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | | | Case number *(if known)* | 24-10695 (KBO) |
|---|---|---|---|---|---|
| | Name | | | | |

---

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.24** | **Priority creditor's name and mailing address** | | $ 14,750.00 | $ 14,750.00

KRISHNAN, SUDHIR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** | **Priority creditor's name and mailing address** | | $ 26,500.00 | $ Undetermined

LATINI, PATRICIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** | **Priority creditor's name and mailing address** | | $ 7,500.00 | $ 7,500.00

LEE, CHAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** | **Priority creditor's name and mailing address** | | $ 15,750.00 | $ 15,150.00

LEWIS, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number *(If known)* 24-10695 (KBO) |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| | 2.28 | Priority creditor's name and mailing address | | | Total claim | Priority amount |

**2.28** Priority creditor's name and mailing address
LI, LIAN
ADDRESS ON FILE

$ 10,750.00   $ 10,750.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address
LI, LING
ADDRESS ON FILE

$ 17,250.00   $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address
LU, GANG
ADDRESS ON FILE

$ 16,500.00   $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address
LY, DAVID
ADDRESS ON FILE

$ 26,500.00   $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number *(if known)* | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.32** | **Priority creditor's name and mailing address**

MAHADIK, RAHUL
ADDRESS ON FILE

$ 5,250.00    $ 5,250.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.33** | **Priority creditor's name and mailing address**

MATUSIAK, ADAM
ADDRESS ON FILE

$ 12,500.00    $ 12,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.34** | **Priority creditor's name and mailing address**

MCCOMISKIE, JOHN
ADDRESS ON FILE

$ 14,500.00    $ 14,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.35** | **Priority creditor's name and mailing address**

MEDEIROS, MARK
ADDRESS ON FILE

$ 6,500.00    $ 6,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number *(if known)* | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.36** Priority creditor's name and mailing address
MO, BIN
ADDRESS ON FILE

$ 16,750.00    $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address
PAN, BRIAN
ADDRESS ON FILE

$ 8,250.00    $ 8,250.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address
PEDRUELO, FACUNDO
ADDRESS ON FILE

$ 2,250.00    $ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.39** Priority creditor's name and mailing address
PERCIVAL, ERIC
ADDRESS ON FILE

$ 8,000.00    $ 8,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)*  24-10695 (KBO) | |

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

| 2.40 | Priority creditor's name and mailing address | | $ 13,750.00 | $ 13,750.00 |
|---|---|---|---|---|

RAJ, AKSHAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.41 | Priority creditor's name and mailing address | | $ 7,250.00 | $ 7,250.00 |
|---|---|---|---|---|

RUPANGUDI, RAMANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.42 | Priority creditor's name and mailing address | | $ 13,750.00 | $ 13,750.00 |
|---|---|---|---|---|

SEREF DIBIRDI, ESIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | | $ 10,750.00 | $ 10,750.00 |
|---|---|---|---|---|

SHETTY, ARUN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number *(if known)* | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.44** Priority creditor's name and mailing address

SINGH, PANKAJ
ADDRESS ON FILE

$ 16,250.00    $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45** Priority creditor's name and mailing address

SOON TECK ANG, GIBSON
ADDRESS ON FILE

$ 37,250.00    $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46** Priority creditor's name and mailing address

SUGA, EMIKO
ADDRESS ON FILE

$ 15,750.00    $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.47** Priority creditor's name and mailing address

SUSSMAN, SCOTT
ADDRESS ON FILE

$ 7,000.00    $ 7,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number *(if known)* 24-10695 (KBO) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

**2.48** Priority creditor's name and mailing address

SZALAI, MATE
ADDRESS ON FILE

$    5,500.00     $    5,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.49** Priority creditor's name and mailing address

THOMAS, ALICIA
ADDRESS ON FILE

$    15,500.00     $    15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.50** Priority creditor's name and mailing address

TSINGOS, HELEN
ADDRESS ON FILE

$    8,000.00     $    8,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.51** Priority creditor's name and mailing address

VAN NGUYEN, TRAI
ADDRESS ON FILE

$    5,750.00     $    5,750.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number *(if known)* | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.52** Priority creditor's name and mailing address

WAKELIN, DENISE
ADDRESS ON FILE

$ 13,000.00    $ 13,000.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.53** Priority creditor's name and mailing address

WANG, JEFFREY
ADDRESS ON FILE

$ 7,500.00    $ 7,500.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.54** Priority creditor's name and mailing address

WANG, JUN
ADDRESS ON FILE

$ 7,250.00    $ 7,250.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.55** Priority creditor's name and mailing address

WANG, YONGQIAN
ADDRESS ON FILE

$ 19,000.00    $ 15,150.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:  Unpaid Retention Bonus

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | | Case number *(if known)* | 24-10695 (KBO) |
|--------|--------------------|--|--------------------------|----------------|
| | Name | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.56 | Priority creditor's name and mailing address | | $ 7,000.00 | $ 7,000.00 |
|------|---|---|---|---|

**2.56** **Priority creditor's name and mailing address**

WEI, JIANMING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 7,000.00 — Priority amount $ 7,000.00

---

**2.57** **Priority creditor's name and mailing address**

XU, CHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 5,500.00 — Priority amount $ 5,500.00

---

**2.58** **Priority creditor's name and mailing address**

YU, XIULIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 7,250.00 — Priority amount $ 7,250.00

---

**2.59** **Priority creditor's name and mailing address**

YUAN, YANBO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 10,750.00 — Priority amount $ 10,750.00

---

| Debtor | Casa Systems, Inc. | Case number *(if known)* 24-10695 (KBO) |
|---|---|---|
| | Name | |

---

**Part 1:**  **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.60**  Priority creditor's name and mailing address
ZHANG, YUYONG
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,500.00       $ 15,150.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.61**  Priority creditor's name and mailing address
ZHOU, MO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,250.00       $ 5,250.00

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Unpaid Retention Bonus

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.62**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____       $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.63**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____       $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Casa Systems, Inc | | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>AIRSPAN NETWORKS INC.<br>C/O POLSINELLI PC<br>RUSSELL JONES JR.<br>900 W. 48TH PLACE<br>SUITE 900<br>KANSAS CITY, MO 64112 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Co-Defendant Case No. 22CV02327 | $ | Undetermined |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>CAROLINE REICHERT<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Plantiff Case No. 1:24-cv-0096-JPO | $ | Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>CHARTER COMMUNICATIONS, INC<br>C/O CHARTER COMMUNICATIONS<br>DANIEL BOGLIOLI<br>400 WASHINGTON BLVD<br>STAMFORD, CT 06902 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Co-Defendant Case No. 2:22-cv-00125-JRG | $ | Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ENTROPIC COMMUNICATIONS, LLC<br>C/O CHARTER COMMUNICATIONS<br>DANIEL BOGLIOLI<br>400 WASHINGTON BLVD<br>STAMFORD, CT 06902 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Plantiff Case No. 2:22-cv-00125-JRG | $ | Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>ILLINOIS VALLEY CELLULAR<br>C/O HOLLAND & KNIGHT LLP<br>COURTNEY WORCESTER<br>10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Plantiff Case No. 2484CV00641 | $ | Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>IPCOM, GMBH & CO. KG<br>C/O T-MOBILE US, INC.<br>SARAH KALEMERIS<br>13920 SE EASTGATE WAY<br>WA-SUNSET 2<br>BELLEVUE, WA 98005 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Plantiff Case No. 2:20-cv-00321-JRG | $ | Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>JOHN SHEN<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Plaintiff Case No. 1984-CV-03203-BLS2 | $                Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>K.MIZRA LLC<br>C/O T-MOBILE US, INC.<br>SARAH KALEMERIS<br>13920 SE EASTGATE WAY<br>WA-SUNSET 2<br>BELLEVUE, WA 98005 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Plaintiff Case No. 2:21-cv-00242 | $                Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>MIRZA R. BAIG<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Plaintiff Case No. 1984-CV-03204-BLS2 | $                Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>NEXTEL SYSTEMS, LLC<br>C/O POLSINELLI PC<br>RUSSELL JONES JR.<br>900 W. 48TH PLACE<br>SUITE 900<br>KANSAS CITY, MO 64112 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Plaintiff Case No. 22CV02327 | $                Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>NODAL TECHNOLOGIES LLC<br>C/O T-MOBILE<br>NANCI LONDON<br>6360 SPRINT PARKWAY<br>KSOPHE03-3111A<br>OVERLAND PARK, KS 66251 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Plaintiff Case No. 2:2022cv00176 | $                Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|--------|-------------------|------------------------|-----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3.12**  **Nonpriority creditor's name and mailing address**

SPRINT COMMUNICATIONS COMPANY L.P
C/O POLSINELLI PC
RUSSELL JONES JR.
900 W. 48TH PLACE
SUITE 900
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plantiff Case No. 22CV02327

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**  **Nonpriority creditor's name and mailing address**

SPRINT CORP.
C/O T-MOBILE US, INC.
SARAH KALEMERIS
13920 SE EASTGATE WAY
WA-SUNSET 2
BELLEVUE, WA 98005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Co-Defendant Case No. 2:21-cv-00242

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

SPRINT SOLUTIONS, INC
C/O POLSINELLI PC
RUSSELL JONES JR.
900 W. 48TH PLACE
SUITE 900
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plantiff Case No. 22CV02327

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

SPRINT SPECTRUM L.P
C/O T-MOBILE US, INC.
SARAH KALEMERIS
13920 SE EASTGATE WAY
WA-SUNSET 2
BELLEVUE, WA 98005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Co-Defendant Case No. 2:20-cv-00321-JRG

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**

SPRINT SPECTRUM LLC
C/O POLSINELLI PC
RUSSELL JONES JR.
900 W. 48TH PLACE
SUITE 900
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plantiff Case No. 22CV02327

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

T-MOBILE US, INC.
C/O T-MOBILE US, INC.
SARAH KALEMERIS
13920 SE EASTGATE WAY
WA-SUNSET 2
BELLEVUE, WA 98005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant Case No. 2:21-cv-00242

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

T-MOBILE USA, INC.
C/O T-MOBILE
NANCI LONDON
6360 SPRINT PARKWAY
KSOPHE03-3111A
OVERLAND PARK, KS 66251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant Case No. 2:2022cv00176

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

BARCLAYS CAPITAL, INC.
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Underwriters on Indemnification

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS, INC
C/O CHARTER COMMUNICATIONS
DANIEL BOGLIOLI
400 WASHINGTON BLVD
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

ERICSSON
C/O ERICSSON
YONN ELIAS
TORSHAMNSGATAN 23
164 83
STOCKHOLM,
SWEDEN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

MACUARIE CAPITAL (USA), INC.
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Underwriters on Indemnification

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

MORGAN STANLEY & CO., LLC
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Underwriters on Indemnification

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

NORTHLAND SECURITIES, INC.
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Underwriters on Indemnification

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

RAYMOND JAMES & ASSOCIATES
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Underwriters on Indemnification

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

REDWOOD TECHNOLOGIES, LLC
C/O DOMINION HARBOR GROUP
DAVID PRIDHAM
812 WEST MCDERMOTT DR. #1038
ALLEN, TX 75013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

SISVEL INTERNATIONAL S.A.
C/O SISVEL INTERNATIONAL S.A.
ANDREA ROMBOLA
4TH FLOOR OF IMMEUBLE CUBUS C2
2 RUE PETERNELCHEN
L-2370 HOWALD,
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

SISVEL INTERNATIONAL S.A.
C/O SISVEL INTERNATIONAL S.A.
ANDREA ROMBOLA
4TH FLOOR OF IMMEUBLE CUBUS C2
2 RUE PETERNELCHEN
L-2370 HOWALD,
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

SPECTRALICENSING GROUP LLC
C/O SPECTRALICENSING GROUP LLC
ERIK JOHNSON
2907 SHELTER ISLAND DRIVE
SUITE 105-279
SAN DIEGO, CA 92106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

STIFEL NICHOLAUS & COMPANY
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Underwriters on Indemnification

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

VALTRUS INNOVATIONS INTERNATIONAL
C/O CHARTER COMMUNICATIONS
DANIEL BOGLIOLI
400 WASHINGTON BLVD
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

VECTONE MOBILE HOLDING LIMITED
C/O ADAMS LAW LLP
SENAN BURKE
3 HERBERT STREET
DUBLIN 2, D02 CT85
IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

WILLIAM BLAIRE & CO. LLC
C/O: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JAMES CARROLL
500 BOYLSTON STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Underwriters on Indemnification

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

94-104 GLENN ST OWNER LLC
2 PARK AVE FL 14
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,716.51

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

ADP LLC
ONE ADP DRIVE MS-100
AUGUSTA, GA 30909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,198.69

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

ALTO STRATUS LLC
PO BOX 324
COLLEYVILLE, TX 76034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 384.00 |
|---|---|---|---|

AMAZON.COM
PO BOX 035184
SEATTLE, WA 98124-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☒ No |
|---|---|
| **Last 4 digits of account number** | ☐ Yes |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 557.28 |
|---|---|---|---|

AMERICAN ALARM AND COMMUNICATIONS
297 BROADWAY
ARLINGTON, MA 02474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☒ No |
|---|---|
| **Last 4 digits of account number** | ☐ Yes |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.95 |
|---|---|---|---|

AQUA LABORATORIES INC
8 INDUSTRIAL WAY
AMESBURY, MA 01913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☒ No |
|---|---|
| **Last 4 digits of account number** | ☐ Yes |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11.80 |
|---|---|---|---|

ARIBA INC
3420 HILLVIEW  AVE BUILDING 3
PALO ALTO, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☒ No |
|---|---|
| **Last 4 digits of account number** | ☐ Yes |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,283.80 |
|---|---|---|---|

ASH STREET PARTNERS
285 GEORGE ST
LEVEL 5, NSW
SYDNEY, 2000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** ☒ No |
|---|---|
| **Last 4 digits of account number** | ☐ Yes |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

AVNET
BOX 70390
CHICAGO, IL 60673-0390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Trade Payable

$ 1,684,169.99

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

BAKER AND MCKENZIE
14TH FLOOR, ONE TAIKOO PLACE, 979 KINGS ROAD
QUAARY BAY,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,871.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

BEAVER VALLEY
36150 ROUTE 187
ROME, PA 18837-8215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

BGR GOVERMENT AFFAIRS LLC
601 THIRTEENTH STREET NW ELEVENTH FLOOR SOUTH
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 90,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

BLACKLINE SYSTEMS INC
21300 VICTORY BLVD 12TH FLR
WOODLAND HILLS, CA 91185-3816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 39,449.29

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Casa Systems, Inc. | | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

BLUE JEANS NETWORK, LLC
1095 AVENUE OF THE AMERICAS
FLOOR 8
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                6,521.48

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.48** **Nonpriority creditor's name and mailing address**

BRIGHTEDGE TECHNOLOGIES INC
989 E HILLSDALE BLVD SUITE 300
FOSTER CITY, CA 94404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                2,750.23

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.49** **Nonpriority creditor's name and mailing address**

BUCKLAND SECURITY SERVICES
2 SURVEY CIRCLE UNIT 2 A
NORTH BULLERICA, MA 01862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                1,830.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.50** **Nonpriority creditor's name and mailing address**

BUREAU VERITAS CONSUMER PRODUCTS SERVICES INC
100 NORTHPOINTE PARKWAY
BUFFALO, NY 14228-1884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                1,600.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.51** **Nonpriority creditor's name and mailing address**

CABLE ONE, INC.
210 E EARLL DR
PHOENIX, AZ 85012-2626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

CABLELABS
ATTN: ACCOUNTS PAYBLE
858 COAL CREEK CIR
FACILITIES@CABLELABS.COM
LOUISVILLE, CO 80027-9750

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 606,859.75 |
|---|---|---|---|---|

Casa Communications Technology S.L.
Office 12B Polígono Vara De Quart
Valencia, 46014
SPAIN

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 3,436,973.91 |
|---|---|---|---|---|

Casa Properties LLC
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 11,022.89 |
|---|---|---|---|---|

Casa Systems B.V.
Kraijenhoffstraat 137A
Amsterdam, 1018RG

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 239,681.30 |
|---|---|---|---|---|

Casa Systems Canada Ltd.
181 Bay Street
Suite 4400
Toronto, ON M5J 2T3

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 543,320.23 |
|---|---|---|---|---|

Casa Technologies Limited
2804-07, 28Th Floor
Man Yee Building
68 Des Voeux Road Central
Hong Kong,

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 19,544.12 |
|---|---|---|---|---|

CDW
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,168.18 |
|---|---|---|---|---|

CE TECH NEW ENGLAND LLC
220 NORWOOD PARK SOUTH SUITE 206
NORWOOD, MA 02062-4688

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 677,422.96 |
|---|---|---|---|---|

CHEN, WEIDONG
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Severance Obligations

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 50.00 |
|---|---|---|---|---|

COMMONWEALTH OF MA DEPT OF FIRE SERVICES
BOILER INSPECTION PROGRAM
BOSTON, MA 02241-7599

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 121.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

D AND G ONE LLC
92 BILLERICA AVE
N BILLERICA, MA 01862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,114.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

DATASITE LLC
733 S MARQUETTE AVE SUITE 600
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,718.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

DAWNS SIGN TECH INC.
33 FLAGSHIP DR
NORTH ANDOVER, MA 01845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 650.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

DE CARDENAS, ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Severance Obligations

$ 374,365.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE
PO BOX 5509
BINGHAMTON, NY 13902-5509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80,000.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

DELL MARKETING L.P.
C/O DELL USA L.P
PO BOX 643561
PITTSBURGH, PA 15264-3561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,625.91

---

**3.69** | **Nonpriority creditor's name and mailing address**

DHL
16592 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21.85

---

**3.70** | **Nonpriority creditor's name and mailing address**

DIGITAL MEDIA INNOVATIONS LLC
11808 MIRACLE HILLS DR
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,745.00

---

**3.71** | **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL SOLUTIONS
PO BOX 842282
BOSTON, MA 02284 2282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,255.51

---

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

DOUBLETREE BY HILTON BOSTON/ANDOVER
123 OLD RIVER RD
ANDOVER, MA 01810

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 17,066.55

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

E2OPEN
9600 GREAT HILLS TRAIL SUITE 300E
AUSTIN, TX 78759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 8,785.81

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

EAGLE LEASING COMPANY
1 IRVING EAGLE PLACE
ORANGE, CT 06477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,142.08

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

ELEVATION 3D LLC
905 HARTFORD TURNPIKE
SHREWSBURY, MA 01545

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 14,858.13

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

EMPIRE CLEANING INC
669 MAIN ST SUITE #4
WAKEFIELD, MA 01880

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,260.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.77** | **Nonpriority creditor's name and mailing address**

EPICOR SOFTWARE CORPORATION
31875 SOLON RD
SOLON, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,971.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

EQUINITI TRUST COMPANY, LLC
6201 15TH AVENUE
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                23,832.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

ETRADE
PO BOX 3512
ARLINGTON, VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                875.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

FEDEX ACCOUNT 2778-6426-6
PO BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,701.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**

FEDEX ACCOUNT 6463-9884-3
P.O BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                5,962.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | | 24-10695 (KBO) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

FIDELITY
CABLE AMERICA
11422 SCHENK DR.
MARYLAND HEIGHTS, MO 63043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

FILION WAKELY THORUP ANGELETTI LLP
333 BAY ST SUITE 2500
TORONTO, ON M5H 2R2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,167.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

FLASH GLOBAL
211 WEAVER ST #1
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 26,274.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

FS.COM
6450 VIA DEL ORO
SAN JOSE, CA 95119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,177.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

GIGAMONSTER
PO BOX 7619
MARIETTA, GA 30065-1619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**
GM LAW PC
1201 WALNUT ST SUITE 2000
KANSAS CITY, MO 64106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,580.00

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**
GOVDOCS INC
PO BOX 9202
MINNEAPOLIS, MN 55480-9202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 58.66

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**
GRAINGER SUPPLY
121 MARSTON ST
LAWRENCE, MA 01841-2252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 302.73

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**
Guangzhou Casa Communications Ltd.
10Th Floor, Building F,
Gaotang Software Park, No. 15 Software Road
Tianhe District
Guangdong
Guangzhou, 510663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 16,790,170.33

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
HOYNCK BV
ECI11
MA ROERMOND, 6041
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 205,943.27

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.92** **Nonpriority creditor's name and mailing address**

HYDRA TECH INC
180 PRATTS JUNCTION RD
STERLING, MA 01564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,500.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**

ICIMS INC
101 CRAWFORDS CORNER RD.
SUITE 3-100
HOLMDEL, NJ 07733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,756.54

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

ILLINOIS VALLEY CELLULAR
200 RIVERFRONT DR
MARSEILLES, IL 61341-9541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Settlement

$ 350,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS, TX 75266-0367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,735.31

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

INDEPENDENT STOCK PLAN ADVISORS
598 WASHINGTON ST
DUXBURY, MA 02332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,100.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97 Nonpriority creditor's name and mailing address**

INSIGHT
PO BOX 731069
DALLAS, TX 75373-1069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 66,200.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98 Nonpriority creditor's name and mailing address**

INTEGRIS LLC
PO BOX 674539
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,489.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99 Nonpriority creditor's name and mailing address**

IP INFUSION
1188 EAST  ARQUES AVE
SUNNYVALE, CA 94085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,150.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 Nonpriority creditor's name and mailing address**

JACKSON LEWIS P.C
1133 WESTCHESTER AVE SUITE S125
WEST HARRISON, NY 10604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,428.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 Nonpriority creditor's name and mailing address**

JANITECH
60 PINE ST
METHUEN, MA 01844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,677.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

| | | |
|---|---|---|
| **3.102** | **Nonpriority creditor's name and mailing address**<br><br>KONICA MINOLTA PREMIER FINANCE<br>PO BOX 41602<br>PHILADELPHIA, PA 19101 1602 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,041.28 |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.103** | **Nonpriority creditor's name and mailing address**<br><br>LINKEDIN<br>2029 STIERLIN CT<br>MOUNTAIN VIEW, CA 94043 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 34,181.09 |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.104** | **Nonpriority creditor's name and mailing address**<br><br>LOT NETWORK<br>2055 E WARNER RD<br>TEMPE, AZ 85284 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 15,000.00 |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.105** | **Nonpriority creditor's name and mailing address**<br><br>LUXON COMMUNICATIONS<br>744 GOLDEN OAK COURT SUITE 5<br>SUNNYVALE, CA 94086 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 5,822.80 |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.106** | **Nonpriority creditor's name and mailing address**<br><br>MAXIM INTERGRATED<br>160 RIO ROBLES<br>SAN JOSE, CA 95134 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Royalties | $ Undetermined |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.107** **Nonpriority creditor's name and mailing address**

MERRIMACK VALLEY CORPORATION
15 AEGEAN DRIVE #3
METHUEN, MA 01844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  11,192.59

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  10,288.88

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

MOBILTECH GLOBAL SERVICES LLC
4710 MERCANTILE DRIVE
FORT WORTH, TX 76137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  17,084.17

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

NASDAQ INC
PO BOX 780200
PHILADELPHIA, PA 19178 0200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  17,565.73

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

NATIONAL QUALITY ASSURANCE
289 GREAT RD SUITE 105
ACTION, MA 01720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  14,100.70

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** | **Nonpriority creditor's name and mailing address**

NBN CO.
TOWER 5, LEVEL 14
727 COLLINS STREET
DOCKLANDS, VIC 3008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Guarantee

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**

NEPTUNE WEB INC.
955 MASSACHUSETTS AVE # 130
CAMBRDIGE, MA 02139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      125.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**

NOREL SERVICE COMPANY, INC
230 2ND AVE
WALTHAM, MA 02451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      1,186.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**

NORTHEAST ELECTRICAL DISTRIBUTORS
560 OAK STREET
BROCKTON, MA 02301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      11,329.94

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address**

OPAL BUSINESS SOLUTIONS LLC
608 E MURRAY RD SUITE 102
MCMURRAY, PA 15317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      695.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|--------|--------------------|-----------------------|----------------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

OPEN RAN POLICY COALITION
PO BOX 33664
WASHINGTON, DC 20033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,000.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

ORACLE AMERICA INC
500 ORACLE PARKWAY
REDWOOD SHORES, CA 94065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 550.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

ORBIS COMPLIANCE LLC
15105 CONCORD CIRCLE SUITE 230
MORGAN HILL, CA 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,720.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

PIQUETTE AND HOWARD ELECTRIC SERVICE LLC
222 PLAISTOW RD
PLAISTOW, NH 03865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,874.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**

PODDATURI, MOUNIKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 11.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 3,205.00 |
|---|---|---|---|
| | PROSKAUER ROSE LLP ONE INTERNATIONAL PLACE BOSTON, MA 02110-2600 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 198,198.46 |
|---|---|---|---|
| | QUALCOMM TECHNOLOGIES INC 5775 MOREHOUSE DRIVE SAN DIEGO, CA 92121-1714 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|
| | RED HAT INC 100 EAST DAVIE STREET RALEIGH, NC 27601 | ☑ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Royalties | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 33,750.00 |
|---|---|---|---|
| | ROHDE AND SCHWARZ GERMANY AUGUSTUSPLATZ 9 LEIPZIG, 04109 GERMANY | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 741.76 |
|---|---|---|---|
| | ROHDE AND SCHWARZ, INC. 6821 BENJAMIN FRANKLIN DR COLUMBIA, MD 21046 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

S AND C PROMOTIONAL SALES
105 MAPLEWOOD AVE
PO BOX 1136
GLOUCESTER, MA 01930

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,797.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

SALESFORCE
P.O BOX 203141
DALLAS, TX 75320-3141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 334,511.55

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

SANMINA
2700 N. FIRST ST
SAN JOSE, CA 95134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 921,575.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

SCRATCH MARKETING + MEDIA LLC
84 SHERMAN ST
CAMBRIDGE, MA 02140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 152,400.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

SCTE CABLE TEC
140 PHILIPS RD
EXTON, PA 19341-1318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67,200.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132** **Nonpriority creditor's name and mailing address**

SERVICE EXPRESS, LLC
3855 SPARKS DR. SE
GRAND RAPIDS, MI 49546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,598.07

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**

SGS VIETNAM LTD
198 NGUYEN THI MINH KHAI ST
VO THI SAU WARD
HO CHI MINH CITY,
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,106.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

SHRED-IT
2C GILL ST
WOBURN, MA 01801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 317.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**

SILKROAD TECHNOLOGY
102 WEST THIRD ST SUITE 250
WINSTON-SALEM, NC 27101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,027.34

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920-9716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

SOUND AND VISION MEDIA
372 SQUIRE RD
REVERE, MA 02151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

SPIRENT COMMUNICATIONS
27349 AGOURA RD
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 222,087.54

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

STERLING CORPORATION
20 INDUSTRIAL AVE
CHELMSFORD, MA 01824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,999.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

SUMMA NETWORKS SPAIN SL
CALLE DUQUE DE RIVAS 5
MADRID, 28012
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

THE BROADBAND FORUM
5177 BRANDIN COURT
FREMONT, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,950.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

THE HILLER COMPANIES LLC
3751 JOY SPRINGS DRIVE
MOBILE, AL 36691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,780.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**

TOWN OF ANDOVER
COLLECTOR TREASUER
P.O BOX 99
ANDOVER, MA 01810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    106,055.51

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC
100 HIGH ST SUITE 502
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,447.82

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**

TWI GROUP INC
6425 MONTESSOURI STREET
LAS VEGAS, NV 89113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    8,624.58

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**

USCC US CELLULAR
PO BOX 628430
MIDDLETON, WI 53562-8430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

VERIZON NET HEADQUARTERS
ACCOUNTS PAYABLE
PO BOX 21074
TULSA, OK 74121-1074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

VERTEX SMB
1041 OLD CASSATT ROAD
BERWYN, PA 19312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 983.05

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

W.B.MASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,900.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

WALTHAM SERVICES LLC
2170 PIEDMONT RD NE
ATLANTA, GA 30324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 649.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

WEST PUBLISHING
PO BOX 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,563.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

WHEELABRATOR HOLDCO 1 INC
90 ARBORETUM DR SUITE 310
PORTSMOUTH, NH 03801-7833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,091.19

---

**3.153** **Nonpriority creditor's name and mailing address**

WORLDCOM EXCHANGE INC
43 NORTHWESTEN DR
SALEM, NH 03079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74,044.47

---

**3.154** **Nonpriority creditor's name and mailing address**

ZOOM VIDEO COMMUNICATIONS INC
55 ALMADEN BLVD 6TH FLOOR
SAN JOSE, CA 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,021.50

---

**3.155** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.156** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ☐ Not listed.  Explain | |
| 4.2 | | Line ☐ Not listed.  Explain | |
| 4.3 | | Line ☐ Not listed.  Explain | |
| 4.4 | | Line ☐ Not listed.  Explain | |
| 4.5 | | Line ☐ Not listed.  Explain | |
| 4.6 | | Line ☐ Not listed.  Explain | |
| 4.7 | | Line ☐ Not listed.  Explain | |
| 4.8 | | Line ☐ Not listed.  Explain | |
| 4.9 | | Line ☐ Not listed.  Explain | |

| Debtor | Casa Systems, Inc. | Case number (if known) | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 773,250.00 |
| | | | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 27,915,079.41 |
| | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 28,688,329.41 |
| | | | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name: Casa Systems, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 24-10695 (KBO)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** Memorandum of Lease Dated 10/20/2023 **State the term remaining** **List the contract number of any government contract** | 100 OLD RIVER ROAD LLC C/O DND HOMES 1 GARFIELD CIRCLE UNIT 6 BURLINGTON, MA 01803 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** Commercial Lease Agreement Dated 10/20/2023 **State the term remaining** **List the contract number of any government contract** | 100 Old River Road LLC c/o Warshaw, Di Carlo & Associates, P.C. 1 Garfield Circle Unit 6 Burlington, MA 01803 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** Master Purchase Agreement Dated 09/23/2016 **State the term remaining** **List the contract number of any government contract** | ABCom Shpk Rruga "Ibrahim Rugova" Building #42, H#7, Ap#6 Njesia Bashkiake #5 Tirana 1019, ALBANIA |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** Cleaning Contract Dated 04/15/2015 **State the term remaining** **List the contract number of any government contract** | ACS, Inc. 170A Lowell Street Manchester, 03104 ENGLAND |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** Order Form and Agreement Dated 07/21/2014 **State the term remaining** **List the contract number of any government contract** | Adaptive Insights, Inc. 3350 W W. Bayshore Road Ste, 200 Palo Alto, CA 94303 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Order Form and Agreement Dated 08/09/2017 | Adaptive Insights, Inc.<br>3350 W. Bayshore Road<br>Suite 200<br>Palo Alto, CA 94303 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Order Form and Agreement Dated 06/30/2014 | Adaptive Insights, Inc.<br>3350 W, Bayshore Road<br>Suite 200<br>Palo Alto, CA 94303 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Order Form and Agreement Dated 02/27/2018 | Adaptive Insights, Inc.<br>3350 W<br>Bayshore Road<br>Suite 200<br>Palo Alto, CA 94303 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Retirement Advisory Services Agreement Dated 07/11/2018 | Advised Assets Group, LLC<br>8515 East Orchard Road<br>Greenwood Village, CO 80111 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 01/29/2016 | Ainger Communicalinns & Security Inc.<br>1741 Woodward Drive<br>Ottawa, ON K2C OPS<br>CANADA |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Acquisition Agreement Dated 03/13/2015 | Alamo Title Company<br>5599 San Felipe<br>Suite 1400<br>Attention: Paul W. "Lucky" Long<br>Houston, TX 77056 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Teaming Agreement Dated 06/10/2009 | Alcatel-Lucent US A. Inc.<br>600 - 700 Mountain Ave<br>Murray Hill, NJ 07974 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|--------|--------------------|-------------------------|----------------|
|        | Name               |                         |                |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Amendment no. 1 to Reseller Agreement Dated 11/04/2022 | Alepo Technologies Inc.<br>111 Congress Avenue<br>Suite 400<br>Austin, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Three-Party Escrow Service Agreement Dated 10/07/2022 | Alepo Technologies Inc.<br>111 Congress Ave #400<br>Austin, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement Dated 03/22/2021 | Alepo Technologies Private Limited<br>111 Congress Avenue<br>Suite 400<br>Austin, TX 78701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Separation Agreement Dated 12/13/2023 | Alfredo de Cárdenas<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement Dated 07/24/2023 | Alfredo de Cárdenas<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Retention Letter  Dated 04/21/2023 | Alfredo de Cárdenas<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement Dated 07/24/2023 | Alfredo de Cárdenas<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Separation Agreement Dated 01/01/2024 <br><br> Alfredo de Cárdenas <br> ADDRESS ON FILE |
| **2.21** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Assignment, Invention & Nondisclosure Agreement Dated 06/13/2019 <br><br> Alfredo T.de Cárdenas <br> ADDRESS ON FILE |
| **2.22** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Non-Competition and Non-Solicitation Agreement Dated 06/13/2019 <br><br> Alfredo T.de Cárdenas <br> ADDRESS ON FILE |
| **2.23** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Offer Letter  Dated 07/10/2019 <br><br> Alfredo T.de Cárdenas <br> ADDRESS ON FILE |
| **2.24** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Master Purchase Agreement Dated 10/15/2015 <br><br> Algona Municipal Utilities <br> 104 West Call Street <br> Algona, IA 50511 |
| **2.25** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Support Services Agreement Dated 10/20/2015 <br><br> Algona Municipal Utilities <br> 104 West Call Street <br> Algona, IA 50511 |
| **2.26** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Reseller Agreement Dated 05/02/2021 <br><br> Allot Communications Inc. <br> 1500 District Avenue <br> Burlington, MA 01803 |

Debtor    Casa Systems, Inc.                                          Case number (if known):    24-10695 (KBO)
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest** Software License Agreement Dated 09/12/2016 **State the term remaining** **List the contract number of any government contract** | Altera Corporation 101 Innovation Drive San Jose, CA 95134 |
| **2.28** | **State what the contract or lease is for and the nature of the debtor's interest** Evaluation Agreement Dated 02/22/2018 **State the term remaining** **List the contract number of any government contract** | Altice USA One Court Square West Long Island City New York, NY 11101 |
| **2.29** | **State what the contract or lease is for and the nature of the debtor's interest** National Security Agreement Dated 07/26/2017 **State the term remaining** **List the contract number of any government contract** | Altice USA, Inc. One Court Square West Long Island City New York, NY 11101 |
| **2.30** | **State what the contract or lease is for and the nature of the debtor's interest** Teaming Agreement Dated 01/25/2021 **State the term remaining** **List the contract number of any government contract** | Altran ACT 96 avenue Charles de Gaulle Neuilly-sur-Seine Paris, 92200 FRANCE |
| **2.31** | **State what the contract or lease is for and the nature of the debtor's interest** License Agreement Dated 12/24/2019 **State the term remaining** **List the contract number of any government contract** | Altran Act S.A.S 96 avenue Charles de Gaulle Neuilly-sur-Seine Paris, 92200 FRANCE |
| **2.32** | **State what the contract or lease is for and the nature of the debtor's interest** License Agreement Dated 04/03/2020 **State the term remaining** **List the contract number of any government contract** | Altran Act S.A.S. 96 avenue Charles de Gaulle Neuilly-sur- Seine, 92200 FRANCE |
| **2.33** | **State what the contract or lease is for and the nature of the debtor's interest** Addendum no.2 to Amendment #2 to License Agreement Dated 06/19/2020 **State the term remaining** **List the contract number of any government contract** | Altran Act S.A.S. 96 avenue Charles de Gaulle Neuilly-sur-Seine, 92200 FRANCE |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AWS Enterprise Agreement Dated 04/15/2021<br><br>Amazon Web Services Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Master Agreement Dated 05/09/2014<br><br>American Cybersystems, Inc.<br>2400 Meadowbrook Parkway<br>Duluth, GA 30096 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Account Agreement Dated 12/23/2011<br><br>American Express Company, Corporate Services Operations<br>AESC-P<br>20022 North 31st Ave<br>Ave, Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Account Application Dated 06/07/2012<br><br>American Express Company, Corporate Services Operations<br>AESC-P<br>20022 North 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guaranty of Payment Agreement Dated 05/10/2012<br><br>American Express Corporate Services<br>20022 North 31st Avenue<br>Phoenix, AZ 85027 |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Global Data Protection Authorization and Direction Dated 03/14/2012<br><br>American Express Corporate Services<br>AESC-P<br>20022 North 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement Dated 11/28/2011<br><br>American Express Travel  Related Services Company, Inc.<br>5000 Atrium Way<br>Attn: Contracts Department<br>Mount Laurel, NJ 08054 |

Debtor   Casa Systems, Inc.
_____
Name

Case number (if known):   24-10695 (KBO)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Data Protection Authorization and Direction Dated 11/30/2011<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br>5000 Atrium Way<br>Attn: Contracts Department<br>Mount Laurel, NJ 08054 |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Work Services Agreement Dated 11/30/2011<br><br>American Express Travel Related Services Company, Inc.<br>Travel Group Service Center<br>20022 North 31st Avenue<br>Attention: Corporate Card Unit<br>Phoenix, AZ 85027 |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Transfer Agency and Registrar Services Agreement Dated 11/13/2017<br><br>American Stock Transfer & Trust Company, LLC<br>6201 15th Avenue<br>Attention: Relationship Management<br>Brooklyn, NY 11219 |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Standard Form Apartment Lease Dated 07/15/2009<br><br>Andover Portland Ave Assoc LLC<br>9 Travers Street<br>Haverhill, MA 01830 |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Agreement Dated 03/13/2014<br><br>Anedis Management GmbH<br>Am Spieglerberg 10<br>Attention: Georg Brandt and Tilo Heinrich<br>Neunburg v. W., 92431<br>GERMANY |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Software License Agreement Dated 12/06/2022<br><br>ANSYS International LLC<br>2600 ANSYS Drive<br>Canonsburg, PA 15317 |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Software License Agreement Dated 08/13/2018<br><br>APES Technology Co, LTD<br>6F No.1 Sec 1 Dunhu S. Rd<br>Songshan Dist<br>Taipei, 105<br>TAIWAN |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Product Development and Manufacturing Agreement Dated 04/01/2015<br><br>Applied Optoelectronics, Inc.<br>Mor Allon<br>13115 Jess Pirtle Boulevard<br>Sugar Land, TX 77478 |
| **2.49** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Re-Work Agreement Dated 02/25/2021<br><br>Applied Optoelectronics, Inc.,<br>Mor Allon<br>13115 Jess Pirtle Boulevard<br>Sugar Land, TX 77478 |
| **2.50** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Software License Agreement Dated 02/11/2013<br><br>Aricent Holdings  Luxembourg S.a.r.l.<br>61, rue de Rollingergrund<br>L-2440<br>Luxembourg,<br>LUXEMBOURG |
| **2.51** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Software License Agreement Dated 02/11/2013<br><br>Aricent Holdings Luxembourg S.a.r.l.<br>61, rue de Rollingergrund<br>L-2440<br>Luxembourg,<br>LUXEMBOURG |
| **2.52** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment no. 2 To Master Software License Agreement Dated 03/21/2019<br><br>Aricent Holdings Luxembourg, S.a.r.l.<br>2, rue edward steichen<br>L-2540<br>Luxembourg,<br>LUXEMBOURG |
| **2.53** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment no.1 To Master Software License Agreement Dated 03/30/2017<br><br>Aricent Holdings Luxembourg, S.a.r.l.<br>61, rue de Rollingergrund<br>L-2440<br>Luxembourg,<br>LUXEMBOURG |
| **2.54** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Evaluation Agreement Dated 10/11/2022<br><br>Aricent Technologies (Holdings) Limited<br>3rd floor, A Block, B - Wing IT1-IT2<br>Airoli Knowledge Park, Thane- Belapur Road<br>Airoli, Navi Mumbai<br>Mumbai City, Maharashtra, 400708<br>INDIA |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Arista 3rd Party Transceiver Unlock Agreement Dated 03/11/2018 | Arista Networks, Inc.<br>5453 Great America Pkwy<br>Santa Clara, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement Dated 03/30/2013 | Armstrong Utilities, Inc.<br>One Armstrong Place<br>Butler, PA 16001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement Dated 02/23/2022 | Armstrong Utilities, Inc.<br>One Armstrong Place<br>Butler, PA 16001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement Dated 04/30/2013 | Armstrong Utilities, Inc.<br>One Armstrong Place<br>Butler, PA 16001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Proof of Concept Memorandum of Understanding Dated 11/28/2022 | AT&T  Comunicaciones Digitales, S. de R.L. de C.V<br>Domicile: Torre Diana<br>Rio Lerma 232, 20th floor<br>Cuauhtémoc<br>Mexico City C.P., 06500<br>MEXICO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Support Services Agreement Dated 01/01/2021 | Avago Technologies International Sales Pte. Limited<br>1 Yishun Avenue 7<br>Singapore, 768923<br>SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Software License Agreement Dated 03/31/2022 | Avago Technologies International Sales Pte. Limited<br><br> c/o Broadcom<br>1320 Ridder Park Drive<br>Attn: Legal Department - Contracts Manager<br>San Jose, CA 95131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | | Case number (if known): 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 01/01/2021<br><br>Avago Technologies International Sales Pte. Limited.<br>1 Yishun Avenue 7<br>Singapore, 768923<br>SINGAPORE |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Memorandum of Understanding Dated 02/14/2020<br><br>BAI Communications Pty Limited<br>Level 10, Tower A<br>799 Pacific Highway<br>Chatswood, NSW 2067<br>AUSTRALIA |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Letter Agreement Dated 11/02/2016<br><br>Barclays Capital Inc.<br>745 7TH AVE<br>NEW YORK, NY 10019 |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Subcontract Agreement<br><br>Barcom Technology Solutions<br>435 Isom Rd<br>St 202<br>San Antonio, TX 78216 |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Subcontract Agreement Dated 11/10/2013<br><br>Barcom Technology Solutions<br>435 Isom Rd.<br>Suite 228<br>San Antonio, TX 78216 |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Manufacturing Services Agreement Dated 01/16/2016<br><br>BENCHMARK ELECTRONICS, INC<br>3000 Technology Drive<br>Attn: Chief Financial Officer<br>Angleton, TX 77515 |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | License Agreement Dated 12/29/2016<br><br>BlackLine System, Inc.<br>21300 Victory Blvd.<br>12th Floor<br>Woodland hills, CA 91367 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
| --- | --- | --- | --- |
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Collaboration Agreement Dated 11/17/2016<br><br>Blu-Castle Iberia SL<br>C/Sancho Davila 11<br>Bajo C<br>Madrid, 28028<br>SPAIN |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease Agreement<br><br>Blue Street Capital LLC<br>17011 Beach Blvd #710<br>Huntington Beach, CA 92647 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Order Form Dated 08/30/2023<br><br>BlueJeans<br>3098 Olsen Drive<br>2nd Floor<br>San Jose, CA 95128 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Consulting Agreement Dated 12/01/2010<br><br>Bonnie Gray-Matourek<br>ADDRESS ON FILE |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment #2 Dated 07/13/2023<br><br>Brian LeBlanc<br>ADDRESS ON FILE |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Consulting Agreement Dated 11/06/2023<br><br>Brian Porter<br>ADDRESS ON FILE |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | End-User License Agreement for Use Dated 05/01/2016<br><br>Brittenford Systems, Inc.<br>12359 Sunrise Valley Dr<br>Suite 130<br>Reston, VA 20191 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Reseller Agreement Dated 07/22/2008 | Broadband Networks AG<br>In der Luberzen 19<br>Urdorf, 8902<br>SWITZERLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Support Services Agreement Dated 07/01/2011 | Broadband Networks AG<br>Luberzen 19<br>Urdor, 8902<br>SWITZERLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Subcontract Agreement Dated 01/29/2016 | Broadband Technical Services<br>40 Iveagh Dr<br>Keswick, ON L4P 3X3<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement Dated 11/27/2015 | Broadcom Corporation<br>5300 California Avenue<br>Irvine, CA 92617 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement Dated 03/17/2004 | Broadcom Corporation<br>16215  Alton Parkway<br>Irvine, CA 92619 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Support Services Agreement Dated 01/20/2014 | Broadcom Corporation<br>5300 California Avenue<br>Irvine, CA 92617 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement Dated 09/24/2012 | Broadcom Corporation<br>5300 California Avenue<br>Irvine, CA 92617 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Financial Planning Client Agreement Dated 12/17/2012 | Brooks Macdonald Financial Consulting Limited<br>111 Park Street<br>Mayfair<br>London, W1K 7JL<br>UNITED KINGDOM |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Month-to-Month Rental Agreement Dated 12/24/2015 | Brooks Properties I, LLC<br>9 Red Roof Lane<br>Salem, NH |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Amendment to Lease Dated 12/18/2020 | Brooks Properties I, LLC<br>9 Red Roof Lane<br>Salem, NH 03079 |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease Dated 01/01/2015 | Brooks Properties I, LLC<br>9 Red Roof Lane<br>Salem, NH 03079 |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Month-to-Month Rental Agreement Dated 04/12/2017 | Brooks Properties I, LLC<br>9 Red Roof Lane<br>Salem, NH |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Right of First Offer Agreement Dated 02/23/2023 | Brooks Properties I, LLC<br>Suite 104A<br>94-104 Glenn Street<br>Lawrence, MA |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Tenant Estoppel Certificate Dated 01/01/2015 | Brooks Properties I, LLC<br>9 Red Roof Lane<br>Salem, NH 03079 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 04/26/2010<br><br>Bruce R. Evans<br>ADDRESS ON FILE |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Amendment to Reseller Agreement Dated 08/18/2020<br><br>Cable  Access Technology, Inc.<br>Room 313 Pacific Centre<br>Quintin Paredes St<br>Binondo<br>Manila,<br>PHILIPPINES |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Reseller Agreement Dated 11/20/2015<br><br>Cable Access Technology Inc<br>Room 313 Pacific Centre<br>Quintin Paredes St<br>Binondo<br>Manila,<br>PHILIPPINES |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Second Amendment to Reseller Agreement Dated 11/14/2023<br><br>Cable Access Technology, Inc.<br>Room 312 Pacific Centre<br>Quintin Paredes Street<br>Binondo<br>Manila,<br>PHILIPPINES |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to Evaluation Agreement Dated 08/22/2018<br><br>Cable America C/O Don Crawford<br>17300 Superior Rd.<br>St. Robert, MO 65584 |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 09/27/2018<br><br>Cable One, Inc.<br>210 E. Earil Drive<br>Phoenix, AZ 85012 |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 09/24/2018<br><br>Cable One, Inc.<br>210 E. Earil Drive<br>Phoenix, AZ 85012 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Visiting/Contributing Engineer Agreement Dated 01/07/2011<br><br>Cable Television Laboratories, Inc<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | License Agreement Dated 04/07/2005<br><br>Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Contributing Engineer Agreement Dated 07/24/2012<br><br>Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Remote PHY Specification Development Project Dated 04/17/2014<br><br>Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027 |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Open Source Project Contributor Agreement Dated 02/06/2015<br><br>Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Docsis License Agreement Dated 11/15/2012<br><br>Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Contributing Engineer Agreement Dated 07/26/2016<br><br>Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Contribution Agreement Dated 04/17/2014 | Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027- 9750 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Digital Certificate Authorization Agreement Dated 09/28/2017 | Cable Television Laboratories, Inc.<br>858 Coal Creek Circle<br>Louisville, CO 80027-9750 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Project Participation Agreement | CableLabs<br>10 New England Business Center Dr.<br>Andover, MA 01810 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Manufacturer Master Agreement Dated 07/08/2008 | CableLabs<br>10 New England Business Center Dr.<br>Andover, MA 01810 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Support Services Offer Letter Dated 11/04/2014 | Cablevision Argentina<br>Cabievision S.A.<br>Hornos 690<br>Buenos Aires,<br>ARGENTINA |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Software License and Maintenance Agreement Dated 06/14/2016 | Cadence Design Systems, Inc.<br>2655 Seely Avenue<br>San Jose, CA 95134-1937 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Memorandum of Understanding Dated 10/27/2020 | Calix, Inc.<br>2777 Orchard Parkway<br>San Jose, CA 95134 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
| --- | --- | --- | --- |
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 07/24/2023 | Carmen Pombeiro<br>ADDRESS ON FILE |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 07/24/2023 | Carmen Pomberio<br>ADDRESS ON FILE |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Confidentiality Agreement Dated 01/11/2024 | Caron & Bletzer, PLLC<br>1 Library Lane<br>Kingston,, NH 03848 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Assignment Agreement Dated 03/31/2015 | CBRE, Inc.<br>2100 McKinney Avenue<br>Suite 700<br>Dallas, TX 75201 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Membership Agreement Dated 08/05/2016 | CBRS Alliance<br>3855 SW 153rd Drive<br>Beaverton, OR 97003 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Legal & Regulatory Services Agreement Dated 01/01/2021 | CCH Incorporated<br>2700 Lake Cook Road<br>Riverwoods, IL |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Letter Agreement Dated 06/10/2022 | Charter Communications Operating, LLC<br>12405 Powerscourt Drive<br>St. Louis, MO 63131 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 01/01/2019<br><br>Charter Communications Operating, LLC<br>12405 Powerscourt Drive<br>St. Louis, MO 63131 |
| **2.119** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Order Form Dated 11/14/2018<br><br>China Telecom<br>28/F., Everbright Centre<br>108 Gloucester Road<br>Wanchai<br>Hong Kong,<br>CHINA |
| **2.120** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Level Agreement  Dated 04/28/2022<br><br>China Telecom<br>28/F. Everbright Centre<br>108 Gloucester Road<br>Wanchai,<br>HONG KONG |
| **2.121** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER FORM Dated 04/28/2022<br><br>China Telecom<br>28/F. Everbright Centre<br>108 Gloucester Road<br>Wanchai,<br>HONG KONG |
| **2.122** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Renewal Order Form Dated 01/15/2024<br><br>CIMS, Inc.<br>101 Crawfords Corner Road<br>Suite 3-100<br>Holmdel, NJ 0773 |
| **2.123** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE AGREEMENT Dated 01/01/2013<br><br>CIP OLD RIVER LLC<br>One Boston Place<br>23rd Floor<br>Boston, MA 02108 |
| **2.124** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT Dated 05/31/2013<br><br>CIP Old River LLC<br>One BostonPlace<br>23rd Floor<br>Boston, MA 02108 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Account Receivable Purchase Agreement Dated 12/03/2012 | Citibank Europe plc <br> 1 North Way Quay <br> Dublin, <br> IRELAND |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Account Receivable Purchase Agreement | Citibank Europe plc <br> 1 North Wall Quay <br> Dublin, <br> IRELAND |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Support Services Agreement Dated 03/17/2020 | City West Cable & Telephone Corp. <br> 248 3 Ave W <br> Prince Rupert, BC V8J 1L1 <br> CANADA |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Training Agreement Dated 10/16/2020 | Clarity Media Group <br> 555 17th Street <br> Denver, CO 80202 |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Support Services Agreement Dated 08/24/2015 | CLARO S.A. <br> Rua Florida <br> Cidade Monroes <br> Sao Paulo, 1.970 <br> BRAZIL |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Professional Services Subcontract Agreement Dated 04/25/2016 | Clearcable <br> Suite 145 <br> 7 Innovation Drive <br> Dundas, ON <br> CANADA |
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Amendment to Professional Services Subcontract Agreement Dated 05/01/2018 | Clearcable Networks <br> Suite 145 <br> 7 Innovation Drive <br> Dundas, ON <br> CANADA |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Order Form & Contract Dated 08/26/2013 | Cloudbilt, Inc.<br>3201 International Airport Drive<br>Suite 100<br>Charlotte, NC 28208 |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Services Agreement Dated 08/26/2013 | Cloudbilt, Inc.<br>3201 International Airport Drive<br>Suite 100<br>Charlotte, NC 28208 |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Support Services Agreement Dated 01/31/2017 | Coldwater Board of Public Utilities<br>1 Grand Street<br>Coldwater, MI 49036 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 01/24/2017 | Coldwater Board of Public Utilities<br>1 Grand Street<br>Coldwater, MI 49036 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 09/01/2023 | Colin S Kincaid<br>ADDRESS ON FILE |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Offer Letter  Dated 09/01/2023 | Colin S Kincaid<br>ADDRESS ON FILE |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 09/01/2023 | Collin Kincaid<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2">■   <b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Agreement Dated 06/07/2013 | Combined Conditional Access Development and Support, LLC<br>9605 Scranton Road<br>Suite 700<br>Attention: Bridget Kimball<br>San Diego, CA 92121 |
|---|---|---|---|
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Agreement Dated 06/07/2013 | Combined Conditional Access Development and Support, LLC<br>9605 Scranton Road<br>Suite 700<br>San Diego, CA 92121 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Visiting Engineer Agreement Dated 06/03/2016 | Comcast Cable Communications Management, LLC<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2838 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Visiting Engineer Agreement Dated 06/03/2016 | Comcast Cable Communications Management, LLC<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2838 |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Specification License Agreement Dated 03/18/2013 | Comcast Cable Communications Management, LLC<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Visiting Engineer Agreement Dated 12/22/2015 | Comcast Cable Communications Management, LLC<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2838 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Visiting Engineer Agreement Dated 12/22/2015 | Comcast Cable Communications Management, LLC<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2838 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Vendor Services Agreement Dated 09/10/2013<br><br>Comcast Cable Communications Management, LLC__<br>One Comcast Center<br>1701 JFK Boulevard<br>Attn: Senior VP & General Counsel<br>Philadelphia, PA 19103-2838 |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Sales Order Form Dated 01/03/2024<br><br>Comcast Enterprise<br>479 Wood River Dr Unit B<br>Ketchum, ID 83340 |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Global Reseller Agreement Dated 03/31/2010<br><br>Compagnie Financiere Alcatel-Lucent<br>54, rue la Boetie<br>Paris, 75008<br>FRANCE |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Sales Order Form Dated 08/22/2012<br><br>Concur Technologies, Inc.<br>18400 N.E. Union Hill Road<br>Attention: Chief Legal Officer<br>Redmond, WA 98052 |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Business Services Agreement Dated 11/30/2011<br><br>Concur Technologies, Inc.<br>18400 N.E. Union Hill Road<br>Attention: Chief Legal Officer<br>Redmond, WA 98052 |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | License Agreement Dated 09/20/2014<br><br>Conditional Access  Licensing, LLC<br>One Comcast  Center<br>Philadelphia, PA 19103-2838 |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Video on Demand Privacy and Encryption License Agreement Dated 06/04/2013<br><br>Conditional Access Licensing, LLC<br>One Comcast Center<br>Philadelphia, PA 19103-2838 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment no.1 to PKE VOD Video Encryption License Agreement Dated 08/02/2016<br><br>Conditional Access Licensing, LLC<br>One Comcast Center<br>Philadelphia, PA 19103-2838 |
| **2.154** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment No. 1 to License Agreement Dated 07/02/2014<br><br>Conditional Access Licensing, LLC<br>One Comcast Center<br>Philadelphia, PA 19103-2838 |
| **2.155** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 09/19/2023<br><br>Connect Holding II LLC d/b/a Brightspeed<br>PO Box 1330<br>Fayetteville, NC 28302-1330 |
| **2.156** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Support Services Agreement Dated 01/15/2014<br><br>Consolidated Smart Systems<br>620 West 135th Street<br>Gardena, CA 90248 |
| **2.157** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Electricity Supply Agreement- Fixed Price Solutions Dated 08/09/2020<br><br>Constellation NewEnergy, Inc.<br>Läkkisepäntie 21 00620<br>Helsinki,<br>FINLAND |
| **2.158** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Electricity Supply Agreement - Fixed Price Solutions Dated 11/16/2018<br><br>Constellation NewEnergy, Inc.<br>5 Westbrook Corporate Ctr Ste 920<br>Westchester, IL 60154 |
| **2.159** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | License of Coverity Software Products Dated 01/06/2010<br><br>Coverity Inc.<br>PO Box 49162<br>San Jose, CA 95151-9162 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Reseller Agreement | Cox Communications<br>6205-B Peachtree-Dunwoody Road<br>Attn: Sr. Vice President, Supply Chain<br>Atlanta, GA 30328 |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Supply Agreement Dated 02/17/2017 | CoxCom, LLC<br>6205-B Peachtree-Dunwoody Road<br>Attn: Sr. Vice President, Supply Chain<br>Atlanta, GA 30328 |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Repurchase Plan | Credit Suisse Securities (USA) LLC<br>11 Madison Avenue<br>3rd Floor<br>New York, NY 10010 |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 12/11/2015 | CSC Holdings, LLC<br>1111 Stewart Avenue<br>Bethpage<br>New York, NY 11714 |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement Dated 12/11/2015 | CSC Holdings, LLC<br>1111 Stewart Avenue<br>Bethpage<br>New York, NY 11714 |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Subscription Agreement Dated 10/10/2018 | CVM Solutions LLC<br>5 Westbrook Corporate Ctr Ste 920<br>Westchester, IL 60154 |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 12/03/2018 | Daniel S. Mead<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement Dated 01/29/2014 | Data Access Datapatch, Inc<br>40 Eisenhower Drive<br>Suite 101<br>Attn: Vitaly Dekhtievsky - General Manager<br>Paramus, NJ 07652-1404 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 09/01/2021 | Datasite LLC<br>733 S. Marquette Ave<br>Minneapolis, MN 55402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Proof of Concept Dated 01/03/2022 | Dell Products<br>Innovation House<br>Cherrywood Science & Technology Park<br>Attn: Dell Legal Department<br>Cherrywood, Dublin 18,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Proof of Concept Dated 01/01/2021 | Dell Products<br>70 Sir John Rogerson's Quay<br>Attn: Dell Legal Department<br>Dublin,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranteed Rated Premium Agreement Dated 01/01/2023 | Dental Service of Massachusetts, Inc.<br>465 Medford Street<br>Boston, MA 02129 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Disclosure Form Dated 04/13/2017 | Deployment Technologies Inc.<br>51 S. Broadway Salem<br>Salem, NH NH 03079 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Subcontract Agreement Dated 06/10/2016 | Deployment Technologies,  Inc.<br>51 S Broadway<br>PO Box 806<br>Salem, NH 03079 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Casa Systems, Inc.                                    Case number (if known)   24-10695 (KBO)
          Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest** — Addendum to the Master Service Agreement  Dated 03/03/2020 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DigiCert, Inc. <br> 2801 NORTH THANKSGIVING WAY <br> LEHI, UT 84043 5596 |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest** — Letter of Understanding Dated 02/19/2020 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Digi-Key Electronics <br> 701 Brooks Avenue South <br> Thief River Falls, MN 56701 |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest** — Service Agreement Dated 05/30/2019 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Diligent Corporation <br> 111 West 33rd St. <br> 16th Floor <br> New York, NY 10120 |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest** — Service Agreement Amendment Dated 05/30/2021 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Diligent Corporation <br> 111 West 33rd St. <br> 16th Floor <br> New York, NY 10120 |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest** — WRITTEN AUTHORIZATION TO PREPARE OR TRANSMIT ELECTRONIC EXPORT INFORMATION <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Dimerco Express (U.S.A.) Corp. <br> 140 EASTERN AVE <br> CHELSEA, MA 02150 |
| **2.179** **State what the contract or lease is for and the nature of the debtor's interest** — Support Services Agreement Dated 05/15/2013 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DNA Ltd. <br> t Lakkisepantie 21 <br> Helsinki, 00620 <br> FINLAND |
| **2.180** **State what the contract or lease is for and the nature of the debtor's interest** — Master Purchase Agreement Dated 05/06/2013 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DNA Ltd. <br> t Lakkisepantie 21 <br> Helsinki, 000620 <br> FINLAND |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Pricing Model for DNA Dated 05/01/2014<br><br>DNA Welho<br>Läkkisepäntie 21 00620<br>Helsinki,<br>FINLAND |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Subcontract Agreement<br><br>DTS TECHNICAL INC.<br>202 Parr Blvd.<br>Suite 202<br>Attn: Michael Doucet<br>Bolton, ON L7E 4G9<br>CANADA |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employee Stock Plan Services Agreement Dated 04/04/2018<br><br>E*TRADE Financial Corporate Services,<br>4005 Windward Plaza<br>Alpharetta, GA 30005 |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Offer Letter  Dated 03/14/2022<br><br>Edward Durkin<br>ADDRESS ON FILE |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 07/23/2023<br><br>Edward Durkin<br>ADDRESS ON FILE |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Release Agreement Dated 07/11/2023<br><br>Edward Durkin<br>ADDRESS ON FILE |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 07/24/2023<br><br>Edward Durkin<br>ADDRESS ON FILE |

Debtor    Casa Systems, Inc.
Name

Case number (if known):    24-10695 (KBO)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.188** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Support Services Agreement Dated 09/21/2015<br><br>embedUR systems, Inc<br>42808 Christy St.<br>Suite 102<br>Fremont, CA 94538 |
| **2.189** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 09/18/2015<br><br>embedUR Systems, Inc.<br>42808 Christy St.<br>Suite 102<br>Fremont, CA 94538 |
| **2.190** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Product Test Agreement Dated 04/14/2023<br><br>EMC Corporation<br>176 South Street<br>Hopkinton,, MA 01748 |
| **2.191** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 04/15/2021<br><br>Enea Software AB<br>Jan  Stenbecks Torg 17<br>P.O Box 1033<br>Kista, SE-164 21<br>SWEDEN |
| **2.192** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Collaboration Agreement Dated 02/05/2021<br><br>Ericsson AB<br>SE-164 80<br>Stockholm,<br>SWEDEN |
| **2.193** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Collaboration Agreement Dated 12/09/2022<br><br>Ericsson AB<br>SE-164 80<br>Stockholm,<br>SWEDEN |
| **2.194** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Teaming Agreement Dated 07/09/2014<br><br>Ericsson Inc.<br>Telefonaktiebolaget LM Ericsson Torshamnsgatan 21<br>Kista Stockholm, 164 83<br>SWEDEN |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment No. 1 Statement of Work Dated 12/15/2016 | Ernst & Young LLP<br>200 Ciarendon Street<br>Boston, MA 02116-5072 |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment No. 2 to Statement of Work Dated 12/15/2016 | Ernst & Young LLP<br>200 Clarendon Street<br>Boston, MA 02116-5072 |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | License and Non-Disclosure Agreement Dated 02/10/2015 | European Telecommunications Standards Institute, as DVB Custodian<br>Route des Lucioles<br>Sophia Antipolis Cedex, FR-06921<br>FRANCE |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 01/01/2015 | Ezentis Tecnologfa, S.L.U.<br>Calle Federico Mompou 5<br>Edificio 2<br>Madrid, 28050<br>SPAIN |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Vendor Disclosure Form Dated 06/05/2005 | f Liberty Global, Inc.<br>12300 Liberty Boulevard<br>Englewood, CO 80112 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment to Consulting Agreement Dated 04/01/2023 | Facundo Pedruelo<br>Las Heras 1679<br>Departmento F<br>Banfield<br>Buenos Aires, 1828<br>ARGENTINA |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Power Of Attorney Dated 08/11/2018 | Fast Dispatch, Inc. |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
| --- | --- | --- | --- |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Partner Program Agreement Dated 03/23/2018<br><br>Federated Wireless Inc<br>3865 Wilson Boulevard<br>Suite 200<br>Arlington, VA 22203 |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALTA/ACSM Land Title Survey Update Dated 01/20/2015<br><br>Feldman land Surveyors<br>112 Shawmut Avenue<br>4th Floor<br>Boston, MA 02118 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Pricing Amendment<br><br>Flash Global<br>333 Route 46West<br>Suite 200<br>Mountain Lakes, NJ 07046 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Services Agreement Dated 09/16/2014<br><br>Flash Global Logistics, Inc<br>333 Route 46West<br>Suite 200<br>Mountain Lakes, NJ 07046 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Agreement Dated 03/07/2012<br><br>Freedom Ring Communications L.L.C,  d/b/a BayRing Communications<br>359 Corporate Drive<br>Portsmouth, NH 03801 |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Agreement Dated 03/07/2012<br><br>Freedom Ring Communications L.L.C. d/b/a BayRing Communications<br>359 Corporate Drive<br>Portsmouth, NH 03801 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 03/10/2014<br><br>Galasso Trucking<br>2 Galasso Place<br>Maspeth, NY |

Debtor   Casa Systems, Inc.
Name

Case number (if known):   24-10695 (KBO)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Seperation Agreement Dated 08/10/2018 | Gary D. Hall<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 03/03/2015 | GBT US LLC d/b/a American Express Global Business Travel<br>GBT US LLC d/b/a American Express Global Business Travel<br>666 3rd Ave<br>New York, NY 10017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement Dated 08/30/2018 | Gemtek Technology Co., Ltd<br>No.15-1<br>Zhonghua Road<br>Hsinchu Industrial Park<br>Hukou, Hsinchu,<br>TAIWAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Payment Agreement Dated 09/05/2018 | Gemtek Technology Co., Ltd.<br>No.15-1<br>Zhonghua Road<br>Hsinchu Industrial Park<br>Hukou, Hsinchu,<br>TAIWAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Evaluation Agreement Dated 05/08/2018 | General Communications Inc.<br>1001 Northway Drive<br>Suite 100<br>Anchorage, AK 99508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 07/24/2023 | Gibson Ang<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 07/24/2023 | Gibson Ang<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Commercial Lease Dated 04/01/2022 | GLA Properties, LLC<br>5412 W. Plano Pkwy<br>Plano, TX |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form and Agreement Dated 04/22/2021 | Glass, Lewis & Co., LLC<br>255 California Street<br>Suite 1100<br>San Francisco, CA 94111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form and Agreement Dated 01/23/2023 | Glass, Lewis & Co., LLC<br>255 California Street<br>Suite 1100<br>San Francisco, CA 94111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT Dated 04/22/2022 | GONGJIN ELECTRONIC (HONG KONG)LIMITED<br>FLAT A/B 13/F LEAHANDER CENTRE<br>28# WANG WO TSAI STREET<br>TSUEN WAN,<br>HONG KONG |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 07/24/2023 | Goodwin Procter LLP<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Service Dated 12/27/2023 | Goodwin Procter LLP<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 07/24/2023 | Goodwin Procter LLP<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Casa Systems, Inc. | | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Indemnification Agreement Dated 07/24/2023 | Goodwin Procter LLP <br> ADDRESS ON FILE |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Strategic Partnership Memorandum of Understanding Dated 08/08/2022 | Google LLC <br> 1600 Amphitheatre Parkway <br> Mountain View, CA 94043 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Master Services Agreement Dated 03/13/2023 | Grant Management Associates <br> P.O. Box 246 <br> Durham, CA 95938 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Managed Services Agreement Dated 04/21/2017 | Great Eastern Resort Management Inc. <br> 1822 RESORT DR <br> Mc Gaheysville, VA 22840 |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Custodial Account Agreement Dated 08/20/2018 | Great-West Trust Company, LLC <br> 8525 E Orchard Rd <br> Englewood, CO 80111 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Client Services Agreement Dated 12/16/2011 | GreenPages, Inc. <br> 33 Badgers Island West <br> Attn: Project Management Office <br> Kittery, ME 03904-1601 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Support Services Agreement Dated 05/04/2017 | Hammer Fiber Optic Investments LTD. <br> 311 Broadway <br> Point Pleasant Beach, NJ 08742 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Purchase Agreement Dated 05/03/2017 | Hammer Fiber Optic Investments, LTD. 311 Broadway Point Pleasant Beach, NJ 08742 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment One to Evaluation Agreement Dated 03/18/2013 | Harron Communications L.P 70 East Lancaster Avenue Frazer, PA 19087 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Two to Evaluation Agreement Dated 02/03/2017 | Harron Communications L.P 70 East Lancaster Avenue Frazer, PA 19087 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Binding Letter of Intent Dated 10/20/2021 | Hartel Commercial Real Estate 230 Jones Rd STE 6 Falmouth, MA 2540 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | PPO Employer Agreement | Harvard  Pilgrim Health Care, Inc c/o HPHC Sales Department 1 Wellness Way Canton, MA 02021 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Rate Contract Dated 01/01/2024 | Harvard Pilgrim Health Care 1 Wellness Way Canton, MA 02021 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal GP to Sales force Integration Dated 01/26/2012 | Harvest Solutions 303 Wyman Street Suite 300 Waltham, MA 02451 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Casa Systems, Inc.
_____
Name

Case number (if known):   24-10695 (KBO)
_____

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Agreement for Service Dated 12/27/2023<br><br>Harvey L. Tepner<br>ADDRESS ON FILE |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 12/26/2013<br><br>Hathway Cable and Datacom Limited<br>802, 8th Floor, Interface-11<br>Link Road<br>Malad West<br>Mumbai City, Maharashtra, 400064<br>INDIA |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment #2 Dated 11/16/2022<br><br>Hewlett Packard Enterprise Company<br>6280 America Center Drive<br>San Jose, CA 95002 |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Software License and Distribution Agreement Dated 11/20/2020<br><br>Hewlett Packard Enterprise Company<br>6280 America Center Dr<br>Attn: General Counsel<br>San Jose, CA 95002 |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ISV Reseller Agreement Dated 11/20/2020<br><br>Hewlett Packard Enterprise Company<br>6280 America Center Drive<br>San Jose, CA 95002 |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment #1 Dated 06/21/2021<br><br>Hewlett Packard Enterprise Company<br>6280 America Center Drive<br>San Jose, CA 95002 |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HPE OpenNFV Application Partner Program Agreement<br><br>Hewlett Packard Enterprise Company<br>3000 Hanover Street<br>Palo Alto, CA 94304 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.244** | HPE Teaming Agreement<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Hewlett Packard Enterprise Company<br>6280 America Center Drive<br>San Jose, CA 95002 |
| **2.245** | Proof of Concept Dated 01/03/2022<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Hewlett-Packard France<br>4 rue Paul<br>Lafargue<br>Puteaux, 92800<br>FRANCE |
| **2.246** | PPO Employer Agreement<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | HPHC Insurance Company, Inc.<br>c/o HPHC Sales Department<br>1 Wellness Way<br>Canton, MA 02021 |
| **2.247** | Scope of Work Dated 10/01/2022<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | HUB International<br>55 E Jackson Blvd<br>Chicago, IL 60604 |
| **2.248** | Scope of Work Dated 10/03/2022<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | HUB International<br>55 E Jackson Blvd<br>Chicago, IL 60604 |
| **2.249** | AUTOMATIC ROLLOVER SERVICES AGREEMENT Dated 01/20/2022<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | HUB Retirement and Wealth<br>300 Ballardvale Street<br>Wilmington, MA 01887 |
| **2.250** | Lease Agreement Dated 09/06/2011<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | IKON Financial Services<br>1738 Bass Road<br>Macon, GA 31210 |

| Debtor | Casa Systems, Inc. | | Case number (if known): 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.251** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 02/24/2021 | Illinois Valley Cellular 2-I, LLC<br>200 Riverfront Drive<br>Marseilles, IL 61341 |
| **2.252** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Incom Conferencing Agreement Dated 01/24/2018 | InComm Conferencing, Inc.<br>208 Harristown Road<br>Suite #202<br>Glen Rock, NJ 07452 |
| **2.253** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Speaking Project Dated 07/08/2014 | Infonetics Research Inc.<br>695 Technology Parkway<br>Suite 200<br>Campbell, CA 95008 |
| **2.254** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Remote Access Service Terms and Conditions Agreement Dated 08/03/2020 | Intel Corporation<br>2200 Mission College Blvd<br>Santa Clara, CA 95054-1549 |
| **2.255** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Test Plan Agreement Dated 08/26/2022 | Intel Corporation<br>2200 Mission College Blvd<br>Santa Clara, CA 95054-1549 |
| **2.256** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Memorandum of Understanding Dated 05/22/2019 | Intel Corporation<br>2200 Mission College Blvd<br>Santa Clara, CA 95054 |
| **2.257** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Limited Source Code License Agreement Dated 07/08/2017 | Intel Corporation<br>2200 Mission College Blvd<br>SantaClara, CA 95054 |

Debtor    Casa Systems, Inc.
_____
          Name

Case number (if known):  24-10695 (KBO)
_____

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.258** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Use Software License Agreement Dated 04/26/2021<br><br>Intel Corporation<br>2200 Mission College Boulevard<br>Santa Clara, CA 95054 |
| **2.259** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Memorandum of Understanding Dated 03/22/2020<br><br>Intel Corporation<br>2200 Mission College Blvd<br>Santa Clara, CA 95054-1549 |
| **2.260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Memorandum of Understanding Dated 05/22/2019<br><br>Intel Corporation<br>2200 Mission College Blvd.<br>SantaClara, CA 95054 |
| **2.261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment No.1 to Memorandum of Understanding Dated 03/22/2020<br><br>Intel Corporation<br>2200 Mission College Blvd.<br>SantaClara, CA 95054 |
| **2.262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 06/29/2022<br><br>Intelsat US LLC<br>7900 Tysons One Place<br>McLean, VA 22102-5972 |
| **2.263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 07/08/2021<br><br>Intelsat US LLC<br>7900 Tysons One Place<br>McLean, VA 22102-5972 |
| **2.264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Partner Agreement Dated 07/01/2012<br><br>Interactive Digital Technologies<br>No.38-1<br>Wugong 5th Rd.<br>Wugu District<br>New Taipei City, 24890<br>TAIWAN |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.265** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Support Services Agreement Dated 05/10/2012 <br><br> Interactive Digital Technologies Inc No.38-1 Wugong 5th Rd. Wugu District New Taipei City, 24890 TAIWAN |
| **2.266** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Master Purchase Agreement Dated 07/28/2016 <br><br> Interop Technologies LLC 13500 Powers Court Fort Myers, FL 33912 |
| **2.267** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Subscription Agreement Dated 05/02/2014 <br><br> Intralinks Inc. 150 East 42nd Street New York, NY 10017 |
| **2.268** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Memorandum of Understanding Dated 02/12/2019 <br><br> Intraway R&D S.A Paraguay 2141, Zona Franca Aguada Park, Edificio 1 piso 4, oficina 408 Montevideo, REPUBLICA ORIENTAL DE URUGUAY |
| **2.269** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Master Re-marketing Agreement Dated 05/17/2018 <br><br> Inventory Management Partners LLC 15 Union Street Lawrence, MA 01840 |
| **2.270** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Limited License Agreement Dated 01/30/2018 <br><br> Inverse Inc. 100 Old River Road Andover, MA 01810 |
| **2.271** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Amendment No. 6 to ZebOS Software License Agreement for Hardware OEMs Dated 12/27/2013 <br><br> IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to ZebOS Software License Agreement for Hardware OEMs Dated 10/24/2011 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 2 to Evaluation and Development Agreement Dated 03/09/2016 | IP Infusion Inc. 3965 Freedom Circle Suite 200 Santa Clara, CA 95054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 4 to ZebOS Software License Agreement for Hardware OEMs Dated 06/18/2012 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.1 to Evaluation and Development Agreement Dated 06/08/2012 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 5 to ZebOS Software License Agreement for Hardware OEMs Dated 09/26/2013 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Evaluation and Development Agreement Dated 02/26/2016 | IP Infusion Inc. 3965 Freedom Circle Suite 200 Santa Clara, CA 95054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 8 to ZebOS Software License Agreement for Hardware OEMs Dated 09/16/2016 | IP Infusion Inc. 3965 Freedom Circle Suite 200 Santa Clara, CA 95054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Casa Systems, Inc.
Name

Case number (if known):   24-10695 (KBO)

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 to ZebOS Software License Agreement for Hardware OEMs Dated 03/22/2012 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement Dated 05/11/2011 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 9 to ZebOS Software License Agreement for Hardware OEMs Dated 07/15/2019 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 10 to ZebOS Software License Agreement for Hardware OEMs Dated 07/15/2019 | IP Infusion Inc. 3965 Freedom Circle Suite 200 Santa Clara, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 7 to ZebOS Software License Agreement for Hardware OEMs Dated 03/03/2016 | IP Infusion Inc. 3965 Freedom Circle Suite 200 Santa Clara, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No 1 to ZebOS Software License Agreement for Hardware OEMs Dated 06/16/2011 | IP Infusion Inc. 1188 East Arques Avenue Sunnyvale, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT Dated 01/01/2021 | ipoque GmbH Augustusplatz 9 Leipzig, 04109 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Cleansing Agreement Dated 03/17/2023 — J.P. Morgan Securities LLC, 383 Madison Avenue, New York, NY 10179 |
| **2.287** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Repurchase Agreement Dated 10/06/2021 — J.P. Morgan Securities LLC, 383 Madison Avenue, 7th Floor, Attention: Sanjeet Dewal, New York, NY 10179 |
| **2.288** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Indemnification Agreement Dated 04/26/2010 — Jason E. Glass, ADDRESS ON FILE |
| **2.289** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Seperation Agreement  Dated 03/17/2023 — Jerry Guo, ADDRESS ON FILE |
| **2.290** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Assignment Invention & Non-Disclosure Agreement  Dated 04/29/2003 — Jerry Guo, ADDRESS ON FILE |
| **2.291** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Amended and Restates Non-Competition & Non-Solicitation Agreement Dated 04/26/2010 — Jerry Guo, ADDRESS ON FILE |
| **2.292** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Employment Agreement  Dated 11/17/2017 — Jerry Guo, ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 04/26/2010 | Jerry Guo<br>ADDRESS ON FILE |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Consulting Services Agreement Dated 01/01/2016 | Jinsei2 LLC<br>1610 Wynkoop Street<br>Suite 550<br>Attn: Mike LaJoie or Mike Hayashi<br>Denver, CO 80202 |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Security Agreement Dated 12/20/2016 | JP Morgan Chase Bank<br>383 Madison Avenue<br>New York, NY 10179 |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amended and Restated Fee Letter Dated 03/14/2023 | JPMorgan Chase Bank, N.A<br>383 Madison Avenue<br>New York, NY 10179 |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Second Amended and Restated Fee Letter Dated 06/06/2023 | JPMorgan Chase Bank, N.A.<br>383 Madison Avenue<br>New York, NY 10179 |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Agreement Dated 08/26/2014 | Kabel Deutschland Vertrieb und Service GmbH<br>BetastraBe 6-8<br>Unterfohring, 85774<br>GERMANY |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Purchase Framework Agreement Dated 06/30/2010 | Kabel Deutschland Vertrieb und Service GmbH & Co.KG<br>BetastraBe 6-8<br>Unterfoehring, 85774<br>GERMANY |

| Debtor | Casa Systems, Inc. | | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.300** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Framework Agreement Dated 07/28/2014 | Kabel Deutschland Vertrieb und Service GmbH & Co.KG BetastraBe 6-8 Unterfoehring, 85774 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.301** | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement for FY2014 Credit Arrangement and KDG FY2014 Pricing Summary Dated 09/25/2014 | Kabel Deutschland Vertrieb und Service GmbH & Co.KG BetastraBe 6-8 Unterfoehring, 85774 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.302** | State what the contract or lease is for and the nature of the debtor's interest | Quality and Environmental Management Agreement Dated 01/30/2012 | KATHREIN-Werke KG ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.303** | State what the contract or lease is for and the nature of the debtor's interest | Advantage Lease Agreement  Dated 01/11/2023 | Konica Minolta Business Solutions U.S.A., Inc 411 Newark Pompton Turnpike Wayne, NJ 07470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.304** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Removal Authorization Dated 01/12/2023 | Konica Minolta Business Solutions U.S.A., Inc 411 Newark Pompton Turnpike Wayne, NJ 07470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.305** | State what the contract or lease is for and the nature of the debtor's interest | Order Agreement  Dated 01/11/2023 | Konica Minolta Business Solutions U.S.A., Inc 411 Newark Pompton Turnpike Wayne, NJ 07470 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.306** | State what the contract or lease is for and the nature of the debtor's interest | Evaluation Agreement Dated 04/03/2017 | KTE Teletronik |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Act of contractual obligations discharge Ne1  to the Support Service Agreement Dated 07/02/2012 | Kyivski Telekomunikatsiyni Merezhi LLC<br>12-a Dontsya Str.<br>Kyiv, 03126<br>UKRAINE |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 06/01/2012 | Kyivski Telekomunikatsiyni Merezhi LLC,<br>12-a Dontsya Str.<br>Kyiv, 03126<br>UKRAINE |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Hosting Services Terms and Conditions Dated 06/25/2014 | Lambda Solutions<br>110 West Hastings Street<br>2nd Floor<br>Vancouver, BC V6B 1GB<br>CANADA |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Evaluation Agreement Dated 03/11/2013 | LatinoAmericana Trading LLC<br>14176 SW<br>148th Ave.<br>Miami, FL 33196 |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Evaluation Agreement Dated 05/15/2012 | LatinoAmericana Trading LLC<br>14176 SW<br>148th Ave.<br>Miami, FL 33196 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UCC Financing Statement Amendment | Lease Corporation of America<br>CT Lien Solutions<br>Glendale, CA 91209-9071 |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Reseller Agreement Dated 04/26/2022 | Lenovo Global Technology HK Ltd<br>23/F, Lincoln House<br>Taikoo Place<br>979 King's Road<br>Quarry Bay,<br>HONG KONG |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Product Supplier Security Agreement Dated 04/26/2022 <br><br> Lenovo Global Technology HK Ltd. <br> 23/F, Lincoln House <br> Taikoo Place <br> 979 King's Road <br> Quarry Bay, <br> HONG KONG |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Joint Venture Agreement <br><br> Liberty Global B.V. <br> Boeing Avenue 53 <br> Schiphol Rijk, 1119 PE <br> THE NETHERLANDS |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPORT AND MAINTENANCE AGREEMENT Dated 01/01/2014 <br><br> Liberty Global Services B.V <br> Boeing Avenue S3 <br> Schiphol  Rijk <br> Amsterdam, 1119 PE <br> NETHERLANDS |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Contract Separation Agreement Dated 10/10/2013 <br><br> Liberty Global Services B.V <br> Boeing Avenue 53 <br> Schiphol-Rijk, 1119 PE <br> NETHERLANDS |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Master Purchase Agreement Dated 10/10/2013 <br><br> Liberty Global Services B.V. <br> Boeing Avenue 53 <br> Schiphol - Rijk, 1119 PE <br> NETHERLANDS |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPORT AND MAINTENANCE AGREEMENT Dated 03/31/2016 <br><br> Liberty Global Services B.V. <br> Boeing Avenue 53 <br> Schiphol Rijk <br> Amsterdam, 1119 PE <br> NETHERLANDS |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Contract Separation Agreement Dated 10/10/2013 <br><br> Liberty Global Services B.V. <br> Boeing Avenue 53 <br> Schiphol-Rijk, 1119 PE <br> NETHERLANDS |

| Debtor | Casa Systems, Inc. | Case number (if known):  24-10695 (KBO) |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTAL AGREEMENT Dated 01/05/2017 | LIBERTY GLOBAL SERVICES B.V. Boeing Avenue 53 Schiphol-Rijk, 1119PE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement Dated 05/14/2019 | Liberty Global Services B.V. Boeing Avenue 53 Schiphol-Rijk, 1119 PE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT AND MAINTENANCE AGREEMENT Dated 01/01/2015 | Liberty Global Services B.V. Boeing Avenue S3 Schiphol Rijk Amsterdam, 1119 PE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Contract Separation Agreement Dated 10/10/2013 | Liberty Global Services B.V. Boeing Avenue 53 Schiphol-Rijk, 1119 PE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Contract Separation Agreement Dated 10/10/2013 | Liberty Global Technology Services B.V. Boeing Avenue 53 Schiphol Rijk, 1119 PE THE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Understanding Dated 12/17/2012 | Liberty of Puerto Rico, LLC Boeing Avenue 53 Schiphol Rijk, 1119 PE THE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Order Form and Agreement Dated 01/17/2022 | LinkedIn Corporation 1000 W. Maude Avenue Sunnyvale, CA 94085 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|--------|--------------------|----------------------------------------|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Agreement for Multi-Media Services Dated 10/09/2014 | Linzer Productions<br>36 Lakeview Rd.<br>Wayland, MA |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Proposal for the Asset Database Automation Dated 06/15/2017 | LiquidHub Inc.<br>500 East Swedesford Road<br>Suite 300<br>Wayne, PA 19087 |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment to Consulting Agreement Dated 04/01/2023 | Lucas Obredor<br>ADDRESS ON FILE |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Non-Competition & Non-Solicitation Agreement Dated 12/06/2016 | Lucy Xie<br>ADDRESS ON FILE |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Separation Agreement Dated 11/09/2022 | Lucy Xie<br>ADDRESS ON FILE |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement  Dated 11/17/2023 | Lucy Xie<br>ADDRESS ON FILE |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amended and Restates Non-Competition & Non-Solicitation Agreement Dated 04/25/2010 | Lucy Xie<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 04/26/2010 | Lucy Xie<br>ADDRESS ON FILE |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Assignment, Invention & Nondisclosure Agreement Dated 12/06/2016 | Lucy Xie<br>ADDRESS ON FILE |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Seperation Agreement  Dated 12/31/2022 | Lucy Xie<br>ADDRESS ON FILE |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Agreement Dated 10/16/2023 | Lumen Technologies Service Group LLC<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 10/31/2015 | Management Data Systems International INC.<br>6225 Shiloh Road<br>Alpharetta, GA 30005 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Marketwired - VPD Agreement Dated 11/12/2014 | Marketwire Inc.<br>100 N. Sepulveda Boulevard<br>Suite 325<br>El Segundo, CA 90245 |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Proof of Concept Dated 01/03/2022 | Mavenir Systems GmbH<br>1700 International Parkway<br>Richardson, TX 75081 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.342** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Proof of Concept Dated 01/03/2022 | Mavenir Systems GmbH<br>1700 International Parkway<br>Richardson, TX 75081 |
| **2.343** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Proof of Concept Dated 01/01/2021 | Mavenir Systems Limited<br>1700 International Parkway<br>Richardson, TX 75081 |
| **2.344** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIA Document A107tm - 2007 Dated 06/03/2015 | Mc Guiness Group<br>660 Main Street<br>Woburn, MA 01801 |
| **2.345** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Cover Sheet Dated 08/27/2014 | McGladery LLP<br>80 City Square<br>Boston, MA 02129 |
| **2.346** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Standard Form of Agreement Dated 06/03/2015 | McGuiness Group<br>660 Main Street<br>Woburn, MA 01801 |
| **2.347** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIA Document A107tm-2007 Dated 07/24/2014 | McGuinness Group<br>660 Main Street<br>Contact: Deanne McGuinness<br>Woburn, MA 01801 |
| **2.348** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 03/04/2019 | M-Communications, LLC<br>2500 Trade Center Drive<br>Evans, GA 30809 |

Debtor    Casa Systems, Inc.
Name

Case number (if known):  24-10695 (KBO)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 09/30/2011<br><br>Mediacom LLC<br>100 Crystal Run Road<br>Middletown, NY 10941 |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 03/28/2016<br><br>Mediacom LLC<br>1 Mediacom Way<br>Mediacom Park<br>New York, NY 10918 |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Acceptance Certificate to the Services Agreement Dated 12/31/2016<br><br>Megatrade Distribution LLC<br>31-33 Smolenska str.<br>Kiev, 03005<br>UKRAINE |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Agreement No. M-125 Dated 09/28/2016<br><br>Megatrade Distribution LLC<br>31-33 Smolenska str.<br>Kiev, 03005<br>UKRAINE |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Supply Contract No MGT/CASA 07-22-15 Dated 07/22/2015<br><br>Megatrade Distribution LLC<br>31-33 Smolenska str.<br>Kiev, 03005<br>UKRAINE |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Additional Agreement Dated 08/23/2017<br><br>Megatrade Distribution, Limited Liability Company<br>31-33 Smolenska str.<br>Kiev, 03005<br>UKRAINE |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Acceptance certificate to the Service Agreement Dated 12/30/2016<br><br>Megatrade Distribution, LLC<br>31-33 Smolenska str.<br>Kiev, 03005<br>UKRAINE |

| Debtor | Casa Systems, Inc. | | Case number (if known): | 24-10695 (KBO) |
|--------|-------------------|---|------------------------|----------------|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.356** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Agreement No. M-127 Dated 12/22/2016<br><br>Megatrade Distribution, LLC<br>31-33 Smolenska str.<br>Kiev, 03005<br>UKRAINE |
| **2.357** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Non Solicitation and Non-Interference Agreement Dated 07/10/2023<br><br>Michael Glickman<br>ADDRESS ON FILE |
| **2.358** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 08/01/2023<br><br>Michael Glickman<br>ADDRESS ON FILE |
| **2.359** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Offer Letter  Dated 07/17/2023<br><br>Michael Glickman<br>ADDRESS ON FILE |
| **2.360** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 08/01/2023<br><br>Michael Glickman<br>ADDRESS ON FILE |
| **2.361** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 11/29/2018<br><br>Michael T. Hayashi<br>ADDRESS ON FILE |
| **2.362** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Teaming Agreement Dated 12/15/2020<br><br>Micro D International Inc.<br>10/F MDi Corporate Center<br>39th Street corner<br>10th Ave.<br>Taguig, Metro Manila,<br>PHILIPPINES |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest — Software License Agreement Dated 02/23/2016 <br> State the term remaining <br> List the contract number of any government contract | Microsemi Communications, Inc. <br> 4721 Calle Carga <br> Camarillo, CA 93012 |
| **2.364** State what the contract or lease is for and the nature of the debtor's interest — License Agreement Dated 04/18/2016 <br> State the term remaining <br> List the contract number of any government contract | Microsemi Semiconductor ULC <br> 400 March Road <br> Ottawa, ON K2K 3H4 <br> CANADA |
| **2.365** State what the contract or lease is for and the nature of the debtor's interest — AUTOMATIC ROLLOVER SERVICES AGREEMENT Dated 01/20/2022 <br> State the term remaining <br> List the contract number of any government contract | Millennium Trust Company ,LLC <br> 2001 Spring Road, Suite 700 <br> Oak Brook, IL 60523 |
| **2.366** State what the contract or lease is for and the nature of the debtor's interest — Professional Services Subcontract Agreement Dated 05/24/2016 <br> State the term remaining <br> List the contract number of any government contract | MOBIA Technology  Innovations <br> 340 Wrialn Ave. Unit 13 <br> Dartmouth, NS B3B 0B3 <br> CANADA |
| **2.367** State what the contract or lease is for and the nature of the debtor's interest — EMBEDDED SOFTWARE LICENSE AGREEMENT Dated 04/25/2013 <br> State the term remaining <br> List the contract number of any government contract | Mocana Corporation <br> 350 Sansome  Street <br> Suite 1010 <br> Attn: Legal Department <br> San Francisco, CA 94104 |
| **2.368** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT Dated 06/01/2017 <br> State the term remaining <br> List the contract number of any government contract | Momentum Telecom, Inc. <br> 380 Montclair Road <br> Suite 400 <br> Attention; Chief Financial Officer <br> Birmingham, AL 35213 |
| **2.369** State what the contract or lease is for and the nature of the debtor's interest — Membership Agreement Dated 02/01/2016 <br> State the term remaining <br> List the contract number of any government contract | MuLTEfire Alliance <br> 5177 Brandin Ct <br> Fremont, CA 94538 |

Debtor    Casa Systems, Inc.                                          Case number (if known):   24-10695 (KBO)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.370** Benefits Agreement Dated 10/20/2023<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MyHealthMath, Inc.<br>One Monument Way<br>15 Free St. Suite 250<br>Portland, ME |
| **2.371** Proposal<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Nagravision S.A.<br>22 Route De Geneve<br>Cheseaux, CH, 1033<br>SWITZERLAND |
| **2.372** Listing Agreement Dated 12/15/2016<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Nasdaq Stock Market LLC<br>151 W. 42nd Street<br>New York City, NY 10036 |
| **2.373** Master Purchase Agreement Dated 08/21/2012<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | National Cable Television Cooperative, Inc.<br>11200 Corporate Avenue<br>Lenexa, KS 66219 |
| **2.374** Proof of Concept Agreement Dated 11/17/2023<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | nbn co limited<br>ABN 86 136 533 741of Level 14<br>Tower 5<br>727 Collins Street<br>Docklands VIC, 3005<br>AUSTRALIA |
| **2.375** Consulting Agreement Dated 12/06/2023<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Neal Devin Jones<br>ADDRESS ON FILE |
| **2.376** Reseller Agreement Dated 06/02/2022<br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Nearby Computing S.L.<br>Travessera de Gràcia, 18 3º 3ª<br>Barcelona, 08021<br>SPAIN |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Consultancy Agreement Dated 12/08/2022 | Net Comm Wireless Pty Ltd |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Evaluation Agreement Dated 10/07/2011 | NETCSYS Corporation 14141 SW 119th Avenue Miami, FL |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Teaming Agreement Dated 05/26/2020 | NETSIA, INC 2880 Lakeside Drive Suite Number 247 Santa Clara, CA 95054 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 02/01/2022 | NFWare, Inc. 1250 Borregas Ave. #30 Sunnyvale, CA 94089 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Interim Agreement Dated 12/02/2015 | Node-H GmbH (Node-H) St.-Martin-Str. 57 Munich, 81669 GERMANY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | Amending Agreement No. 8 Dated 12/01/2022 | Northforge Innovations Inc. 72 Rue Laval 3rd floor Gatineau, QC J8X 3H3 CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | Amending Agreement No.7 Dated 12/01/2017 | Northforge Innovations Inc. 72 Rue Laval 3rd Floor Gatineau, QC J8X 3H3 CANADA |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Amending Agreement No.6  Dated 10/22/2021 | Northforge Innovations Inc. 72 Rue Laval 3rd Floor Gatineau, QC J8X 3H3 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Services Dated 12/01/2017 | Northforge Innovations Inc. 72 Rue Laval 3rd Floor Gatineau, QC J8X 3H3 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Northside Carting Service Agreement Dated 03/27/2015 | Northside Carting, Inc. 210 Holt Rd North Andover, MA 1845 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 5 to Loan Evaluation Agreement dated 8th May, 2020 Dated 05/10/2021 | NOWO Alameda dos Oceanos Lt. 2.11.01 E Edf. Parque das  Nagbes Lisbon, 1998-035 PORTUGAL |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Purchase Agreement Dated 03/29/2013 | Numericable 10 rue Albert Einstein Champs sur Marne, 77420 FRANCE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Support Services Agreement Dated 03/29/2013 | Numericable 10 rue Albert Einstein Champs sur Marne, 77420 FRANCE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Subcontract Agreement Dated 03/16/2016 | Onvaris  GmbH Breitfeldweg 12 Krombach, 63829 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.391** | State what the contract or lease is for and the nature of the debtor's interest | Blackline Connector Proposal Dated 06/23/2017 | Opal Business Solutions<br>608 E Mcmurray Rd Ste B1<br>Mcmurray, PA 15317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.392** | State what the contract or lease is for and the nature of the debtor's interest | Software License and Support Agreement Dated 11/27/2017 | OpenCon Systems Inc.<br>377 Hoes Lane<br>Piscataway, NJ 08854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.393** | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement Dated 09/29/2017 | Openet Telecom Inc.<br>1886 Metro Center Drive<br>Suite 310<br>Reston, VA 20190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.394** | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 11/02/2018 | Openet Telecom Sales Ltd.<br>6 Beckett Way<br>Park West Business Park<br>Dublin, D12<br>IRELAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.395** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Test Plan Agreement Dated 10/11/2011 | Opticomm<br>448 Victoria Road<br>Malaga, Perth, WA 6090<br>AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.396** | State what the contract or lease is for and the nature of the debtor's interest | Proof of Concept Dated 01/03/2022 | Orange<br>Orange Gardens<br>44 avenue de la République<br>Châtillon Cedex, 92326<br>FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.397** | State what the contract or lease is for and the nature of the debtor's interest | Proof of Concept Dated 01/03/2022 | Orange<br>Orange Gardens<br>44 avenue de la République<br>Châtillon Cedex, 92326<br>FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Proof of Concept Dated 01/01/2021 <br><br> Orange Innovation Network <br> Orange Gardens <br> 44 avenue de la République <br> Châtillon Cedex, 92326 <br> FRANCE |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Remote Access Agreement Dated 05/01/2014 <br><br> Orange SA <br> Orange Labs Networks - 38 <br> rue du  General Leclerc <br> Issy-Les-Moulineaux, 92794 <br> FRANCE |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Support Services Agreement Dated 12/29/2011 <br><br> Osage Municipal Telecommunication Utilities <br> 720 Chestnut St <br> Osage, IA 50461 |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PayScale Curo Agreement Dated 10/01/2023 <br><br> Payscale, Inc. <br> 113 Cherry St <br> Suite 96140 <br> Seattle, WA 98104 |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Compensation Consulting Independence Review <br><br> Pearl Meyer & Partners, LLC <br> 93 Worcester Street <br> Suite 100 <br> Wellesley, MA 02481 |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Indemnification Agreement Dated 09/05/2023 <br><br> Philip Paro <br> ADDRESS ON FILE |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Indemnification Agreement Dated 09/05/2023 <br><br> Philip Paro <br> ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | | Case number (if known): 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 01/13/2015 <br><br> Platinum Electrical Contracting Inc <br> 478 Wild Avenue <br> Staten Island, NY 10314 |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Terms and Conditions Dated 03/14/2018 <br><br> Plexus  Corp. <br> One Plexus Way <br> Neenah, WI 54956 |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Amendment No.1 to Reseller Agreement Dated 05/19/2022 <br><br> Power & Telephone Supply Co. <br> 200 Keough Drive <br> Piperton, TN |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Reseller Agreement Dated 12/09/2021 <br><br> Power & Telephone Supply Co. <br> 200 Keough Drive <br> Piperton, TN |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Subcontract Agreement Dated 03/12/2014 <br><br> Precision Vai'ey Communications of VT LLC <br> 333 River St <br> Springfield, VT 05156 |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 11/07/2015 <br><br> Professional  Teleconcepts, LLC <br> 5132 State Highway 12 <br> Norwich, NY 13815 |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Software License Agreement Dated 12/31/2018 <br><br> PT Sampoerna Telekomunikasi Indonesia <br> Samperna Strategic Square <br> NorthTower, 16th Floor <br> Jl. Jenderal Sudirman Kav 45--46 <br> Jakarta, 12930 <br> INDONESIA |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Software Maintenance and Upgrade Services Agreement #23 Dated 05/29/2015 | Pulse Ltd.<br>Vorzel settlement<br>11 Okruzhna str.<br>Kyivska oblast, Irpin, 08296<br>UKRAINE |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Contract No 8847K-I Dated 05/31/2013 | Pulse Ltd.<br>17-21 Baggovutivska Str.<br>Kiev, 04107<br>UKRAINE |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 06/14/2013 | Pulse Ltd.<br>17-21 Baggovutivska Str.<br>Kiev, 04107<br>UKRAINE |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Software Maintenance and Upgrade Services Agreement #21 Dated 06/01/2014 | Pulse Ltd.<br>17-21 Baggovutivska Str.<br>Kiev, 04107<br>UKRAINE |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Purchase and Sale Agreement | Q Old River Property LLC<br>301 Commerce Street<br>32nd floor<br>Fort Worth, TX 76102 |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Purchase and Sale Agreement | Q Old River Property LLC<br>301 Commerce Street<br>32nd floor<br>Fort Worth, TX 76102 |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Quitclaim Deed Dated 03/13/2015 | Q Old River Property LLC<br>301 Commerce Street<br>32nd floor<br>Fort Worth, TX 76102 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Second Amendment to Purchase and Sale Agreement Dated 03/06/2015 | Q Old River Property LLC<br>301 Commerce Street<br>32nd floor<br>Fort Worth, TX 76102 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | First Amendment to Purchase and Sale Agreement Dated 02/27/2015 | Q OLD RIVER PROPERTY, LLC<br>301 Commerce Street<br>32nd floor<br>Fort Worth, TX 76102 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Second Amendment to Purchase and Sale Agreement Dated 02/06/2015 | Q OLD RIVER PROPERTY, LLC<br>301 Commerce Street<br>32nd Floor<br>Fort Worth, TX 76102 |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Acquisition Agreement Dated 03/13/2015 | Q Old River Property, LLC  c/o Q Investments<br>301 Commerce Street<br>32nd Floor<br>Attention: Thomas F. Ellis<br>Fort Worth, TX 76102 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Purchase and Sale Agreement | Q Old River Property, LLC<br><br>c/o Q Investments<br>301 Commerce Street<br>32nd Floor<br>Attention: Thomas F. Ellis III<br>Fort Worth, TX 76102 |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | First Amendment to LTE Smallcell Patent License Agreement Dated 10/01/2022 | Qualcomm Incorporated<br>301 Commerce Street<br>32nd Floor<br>Attention: Thomas F. Ellis III<br>Fort Worth, TX 76102 |
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Patent License Agreement Dated 08/23/2017 | Qualcomm Incorporated<br>5775 Morehouse Drive<br>San Diego, CA 92121-1714 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | Patent License Agreement Dated 08/23/2017 | Qualcomm Incorporated<br>5775 Morehouse Drive<br>San Diego, CA 92121-1714 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment To Master Software Agreement Dated 03/08/2022 | Qualcomm Technologies Inc.<br>5775 Morehouse Drive<br>San Diego, CA 92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Software Agreement Dated 10/24/2017 | Qualcomm Technologies Inc.<br>5775 Morehouse Drive<br>San Diego, CA 92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT Dated 02/01/2018 | R&S Cybersecurity ipoque GmbH<br>Augustusplatz 9<br>Leipzig, 04109<br>GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT Dated 07/21/2015 | RADISYS CORPORATION<br>5435 NE Dawson Creek Drive<br>Hillsboro, OR 97124 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | QuicklStart Services Agreement Dated 10/25/2017 | RadiSys Corporation<br>5435 NE Dawson Creek Dr.<br>Hillsboro, OR 97124 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | QuicklStart Services Agreement Dated 05/10/2016 | RadiSys Corporation<br>5435 NE Dawson Creek Dr.<br>Hillsboro, OR 97124 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT ORDER AGREEMENT Dated 09/30/2020 | RadiSys Corporation<br>8900 NE Walker Road<br>Suite 130<br>Hillsboro, OR 97006 |
| **2.434** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Translation Service Agreement Dated 07/14/2014 | Red & Blue International , LLC<br>125 CambridgePark Drive<br>Ste.301<br>Cambridge, MA 02140 |
| **2.435** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Partnership Agreement Dated 08/05/2021 | Red Hat Inc.<br>100 East Davie Street<br>Raleigh, NC 27601 |
| **2.436** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Partner acceptance agreement Dated 07/20/2021 | Red Hat, Inc<br>100 E Davie Street<br>Raleigh, NC 27604 |
| **2.437** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Remote Access Service Terms and Conditions Agreement Dated 08/03/2020 | Red Hat, Inc<br>100 East Davie Street<br>Raleigh, NC 27601 |
| **2.438** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT ONE : TO EMBEDDED PRODUCT RIDER Dated 06/14/2022 | Red Hat, Inc.<br>100 East Davie Street<br>Raleigh, NC 27601 |
| **2.439** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Service Agreement | Red Tail Solutions Inc.<br>112 Turnpike Road<br>Suite 201<br>Westborough, MA 01581 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Consulting Agreement  Dated 10/13/2023 | Richard Sharpe<br>ADDRESS ON FILE |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Amendment #4 to Consulting Agreement  Dated 03/27/2023 | Robert Wadsworth<br>ADDRESS ON FILE |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 07/01/2019 | Rochester Network Supply<br>1319 Research Forest<br>Macedon, NY 14502 |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 11/15/2018 | Rochester Network Supply<br>1319 Research Forest<br>Macedona, NY 14502 |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 10/30/2020 | Rochester Network Supply<br>1319 Research Forest<br>Macedon, NY 14502 |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 07/24/2023 | Rod Gilbert<br>ADDRESS ON FILE |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 07/24/2023 | Rod Gilbert<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** — Service Agreement Dated 04/01/2020<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RVM Enterprise, Inc.<br>525 Washington Blvd<br>25th Floor<br>Jersey City, NJ 07310 |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** — Purchase Commitment Letter<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Saigon tourist Cable Television Co., LTD.<br>31-33 Dinh Cong Trang street<br>district 1<br>Hochiminh city,<br>VIETNAM |
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** — Order Form Dated 01/22/2024<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Salesforce, Inc.<br>Salesforce Tower<br>415 Mission Street, 3rd Floor<br>San Francisco, CA 94105 |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** — Order Form and Agreement Dated 10/16/2012<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | salesforce.com, inc.<br>P.O BOX 203141<br>DALLAS, TX 75320-3141 |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** — Indemnification Agreement Dated 11/20/2023<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Sanjay Kaul<br>ADDRESS ON FILE |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** — Indemnification Agreement Dated 11/20/2023<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Sanjay Kaul<br>ADDRESS ON FILE |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** — Employment Agreement  Dated 04/11/2023<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Sanjay Kaul<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MATERIAL LIABILITY AGREEMENT<br>Dated 10/28/2014<br><br>Sanmina<br>2700 North First street<br>San Jose, CA 95134 |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement Dated 12/21/2021<br><br>Sanmina Corporation<br>2700 North First Street<br>San Jose, CA 95134 |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARENT GUARANTY AGREEMENT<br><br>Sanmina Corporation<br>2700 North First Street<br>San Jose, CA 95134 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment No. 1 to Letter Agreement<br>Dated 12/01/2022<br><br>Sanmina Corporation<br>2700 North First Street<br>San Jose, CA 95134 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Offer Letter  Dated 12/04/2023<br><br>Santanu Dasgupta<br>ADDRESS ON FILE |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated<br>01/02/2024<br><br>Santanu Dasgupta<br>ADDRESS ON FILE |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated<br>01/02/2024<br><br>Santanu Dasgupta<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MATERIAL LIABILITY AGREEMENT Dated 06/25/2009 | Santron Corporation <br> 4 Turnpike Rd <br> Ipswich, MA 1938 |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Hourly Rates Agreement Dated 01/01/2020 | Schwartz Hannum PC <br> II Chestnut Street <br> Andover, MA 01810 |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Hourly Rates Agreement Dated 01/01/2019 | Schwartz Hannum PC <br> II Chestnut Street <br> Andover, MA 01810 |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Hourly Rates Agreement Dated 01/01/2021 | Schwartz Hannum PC <br> II Chestnut street <br> Andover, MA 01810 |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Employment Agreement  Dated 04/28/2021 | Scott Bruckner <br> ADDRESS ON FILE |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Indemnification Agreement Dated 03/13/2023 | Scott Bruckner <br> ADDRESS ON FILE |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Consulting Agreement Dated 04/04/2022 | Scott Bruckner <br> ADDRESS ON FILE |

Debtor    Casa Systems, Inc.                                                Case number (if known):    24-10695 (KBO)
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 07/30/2014 | SCSK Coporation<br>3-2-20<br>Toyosu<br>Koto-ku, Tokyo,<br>JAPAN |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT N0.1 TO RESELLER AGREEMENT Dated 07/30/2016 | SCSK Corporation<br>3-2-20 Toyosu<br>Koto-ku, Tokyo,<br>JAPAN |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO.2 TO RESELLER AGREEMENT Dated 02/16/2016 | SCSK Corporation<br>3-2-20<br>Toyosu<br>Koto-ku, Tokyo,<br>JAPAN |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXPO 2015 HEADLINER PARTNERSHIP AGREEMENT | SCTE<br>140 Philips Rd.<br>ATTN: Accounts Receivable Department<br>Exton, PA 19341 |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT Dated 03/31/2022 | SEKO WORLDWIDE, LLC<br>1100 Arlington Heights Road<br>Suite 600<br>Attn: Vice President, Legal<br>Itasca, IL 60143 |
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 06/28/2021 | Sekom Uetisim Sistemleri Sanayi ve Ticaret A.S.<br>Kizilirmak Mah.1450. Sokak No:3 Kat15<br>70 Nolu Bagimsiz Boium Carikaya<br>Ankara,<br>TURKEY |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Health & Welfare Administration Statement of Work Dated 01/01/2024 | Sentinel Benefits Group, LLC<br>100 Quannapowitt Parkway<br>Suite 300<br>Wakefield, MA 01880 |

Debtor  Casa Systems, Inc.
_____
Name

Case number (if known):  24-10695 (KBO)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Open License and Purchase Agreement Dated 09/12/2019<br><br>Serbia  Broadband d.o.o<br>Bulevar Peka Dapcevica 19<br>Belgrade, 11000<br>SERBIA |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES CONTRACT Dated 09/12/2023<br><br>SGS VIETNAM LTD<br>8thFloor. 198 Nguyen Thi Minh Khai St<br>District 3<br>HCMC (Ho Chi Minh City),<br>VIETNAM |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 08/15/2018<br><br>Shaun N. McCarthy<br>ADDRESS ON FILE |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT ONE TO EVALUATION AGREEMENT Dated 08/12/2015<br><br>Shaw Cable systems<br>G.P. 2441 - 37<br>Avenue NE<br>Calgary, AB T2E6Y7<br>CANADA |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Development and Supply Agreement Dated 09/12/2018<br><br>Shenzhen Gongjin Electronics Co. , Ltd.<br>B401 - 403 4F Baiying Building<br>Nanshan Dist.<br>Shenzhen, Guangdong, 518067<br>CHINA |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Development and Supply Agreement Dated 11/15/2018<br><br>Shenzhen Gongjin Electronics Co., Ltd.<br>B401-403 4F Baiying Building, No.1019<br>Nanhai Road.<br>Nanshan Dist.<br>Shenzhen, Guangdong, 518067<br>CHINA |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT Dated 04/22/2022<br><br>SHENZHEN GONGJIN ELECTRONICS CO.,LTD<br>2F/3F/4F/5F Baiying Building<br>Nanshan Dist<br>Shenzhen, 518067<br>CHINA |

| Debtor | Casa Systems, Inc. | | Case number (if known): 24-10695 (KBO) |
|--------|--------------------|--|-----------------------------------------|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.482** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER SERVICE AGREEMENT | Shred-it<br>2C Gill St.<br>Woburn, MA 01801 |
| **2.483** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT Dated 12/17/2020 | SILICONEXPERT TECHNOLOGIES, INC.<br>245 Main Street<br>Cambridge, MA 02142 |
| **2.484** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT Dated 11/03/2022 | SiliconExpert Technologies, Inc.<br>245 Main Street<br>Cambridge, MA 02142 |
| **2.485** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Subscription Renewal Dated 02/08/2023 | Silk Road Technology, Inc.<br>311 West Monroe Street<br>Suite 402<br>Chicago, IL 60606 |
| **2.486** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT ONE TO EVALUATION AGREEMENT Dated 08/04/2014 | Sistelbanda S.A.<br>Ronda Narciso Monturiol °6<br>Office 109, Building B<br>Paterna, Valencia, 46980<br>SPAIN |
| **2.487** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Commercial License Pricing Agreement | Sistelbanda, S.A.<br>Ronda Narciso Monturiol, 6<br>Destro Building B, 103<br>Paterna, Valencia, 46980<br>SPAIN |
| **2.488** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT Dated 11/11/2016 | Sistelbanda, S.A.<br>Ronda Narciso Monturioln 6<br>Destro Building B, 103<br>Patrena, Valencia, 46980<br>SPAIN |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SERVICE AGREEMENT Dated 08/19/2005 | SNMP Research International, Inc. 3001 Kimberlin Heights Road Knoxville, TN 37920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 07/20/2005 | SNMP Research International, Incorporated 3001 Kimberlin Heights Road Knoxville, TN 37920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE DETAIL SHEET Dated 06/30/2017 | Softrax 45 Shawmut Road Canton, MA 02021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Purchase Detail Sheet Dated 06/30/2017 | SOFTRAX Corp 45 Shawmut Road Canton, MA 02021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Solium Subscription Agreement Dated 09/29/2016 | Solium Plan Managers LLC One Post Street Suite 900 San Francisco, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO EVALUATION AGREEMENT Dated 03/10/2016 | Sonifi Solutions 777 S Figueroa St #4225 Los Angeles, CA 90017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT Dated 03/22/2017 | Sprint/United Management Company P.O.Box 63670 Phoenix, AZ 85082- -3670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 06/07/2018 | Sprint/United Management Company<br>P.O. Box 63670<br>Phoenix, AZ 85082 |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Subcontract Agreement Dated 10/18/2013 | SRI Telecom, LLC<br>18405E. Petroleum Dr.<br>Baton Rouge, LA 70809 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUP ANNUITY CONTRACT No. 812659A Dated 08/20/2018 | Standard Insurance Company<br>Retirement Plans Division<br>1100 S.W. 6th Avenue<br>P.O. Box 711<br>Portland, OR 97207 |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT Dated 09/15/2015 | STARHUB CABLE VISION LTD<br>67 Ubi Avenue 1<br>#05-01 StarHub Green<br>Singapore, 408942<br>SINGAPORE |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT Dated 11/22/2013 | STARHUB CABLE VISION LTD<br>67 Ubi Avenue 1<br>#05-01<br>StarHub Green<br>Singapore, 408942<br>SINGAPORE |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 06/04/2021 | Summa Networks<br>Calle Colegiata 9 (local utopicus)<br>Madrid, 28012<br>SPAIN |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RELEASE OF CLAIMS | Suntron Corporate Headquarters<br>2401 W. Grandview Rd<br>Phoenix, AZ 85023 |

| Debtor | Casa Systems, Inc. | Case number (if known): 24-10695 (KBO) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement | Susana Reis D'Emic<br>ADDRESS ON FILE |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Evaluation Agreement Dated 08/10/2017 | Taicang T&W Electronics Co. Ltd.<br>89 Jiangnan Road<br>Ludu Town  Taicang, 215412<br>CHINA |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Reseller Agreement Dated 05/18/2021 | Tango Telecom Limited<br>Walton House<br>National Technology Park<br>Limerick, V94T2XT<br>IRELAND |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 07/06/2016 | Taqua, LLC<br>740 East Campbell Road<br>Suite 200<br>Richardson, TX 75081 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Purchase Agreement Dated 06/10/2016 | TDS Telecommunications Corporation<br>525 Junction Road<br>Madison, WI 53717 |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 04/18/2018 | Tele World Solutions, Inc.<br>43130 Amberwood Plaza<br>Suite 210<br>Attn: Legal Department<br>Chantilly, VA 20152 |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Frame Supply Agreement Dated 05/01/2009 | Tele2 Sverige AB<br>Borgarfjordsgatan 16<br>SE-164 94<br>Attention: Mr Jonas Stealing<br>Kista,<br>SWEDEN |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Subcontract Agreement Dated 04/03/2019 | Telecom Gateway, LLC<br>9300 John Hickman Pkwy<br>Suite 401<br>Frisco, TX 75035 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Consulting Agreement Dated 10/13/2023 | Telecommunications Consulting Services Group LP<br>45b  West Wilmot Street<br>Suite 201<br>Richmond Hill, ON L4B 2P3<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Support Services Agreement Dated 08/06/2020 | Telefonia Por Cable S.A .de C.V<br>Lazaro Cardenas 1694<br>Colonia del Fresno<br>Guadalajara, Jalisco, 44900<br>MEXICO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Evaluation Agreement Dated 08/20/2013 | TELEFONICA<br>Av San  Felipe No 1144<br>Surquillo, 15072<br>PERU |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | CCAP Project evaluation and acceptance procedure Dated 08/09/2013 | Telenet N.V.<br>Liersesteenweg 4<br>Malines (Mechelen), 2800<br>BELGIUM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement on Responsible Business Conduct Dated 06/19/2014 | Telenor Sverige AB<br>Garvis Carlssons Gata 3<br>Solna, 169 41<br>SWEDEN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLABORATION TERM SHEET Dated 12/31/2019 | Teleste Corporation<br>Telestenkatu 1<br>Littoinen, 20660<br>FINLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Casa Systems, Inc.

Name

Case number (if known):    24-10695 (KBO)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Open License and Purchase Agreement Dated 09/12/2019 | Teletronik AG<br>CH-6302 Zug<br>Bahnhofstrasse 10,<br>SWITZERLAND |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Reseller Agreement Dated 10/30/2020 | Teletronik AG<br>Bahnhofstrasse 10<br>Zug, CH-6302<br>SWITZERLAND |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment no. 1 to Reseller Agreement Dated 11/13/2023 | Teletronik AG<br>CH-6302 Zug<br>Bahnhofstrasse 10,<br>SWITZERLAND |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT ONE TO EVALUATION AGREEMENT Dated 06/21/2012 | TELEVISION INTERNACIONAL, S.A. DE C.V.,<br>Paricutin 550,<br>Co! Nuevo Repuebio CP<br>Monterrey, NL, 64700<br>MEXICO |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Hardware Supply, Software Licensing and Service Provision Contract Dated 11/13/2014 | Telmex Columbia S.A.<br>Sixth Notary Office de Bogota<br>Bogota,<br>COLOMBIA |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Assignment Agreement Dated 04/20/2017 | Telmex Columbia S.A.<br>Carrera 68a # 24b - 10<br>Bogota,<br>COLOMBIA |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Subcontract Agreement Dated 11/27/2013 | Terhemy Pte Ltd<br>15-5 Jalan Riang<br>Singapore, 358987<br>SINGAPORE |

Debtor    Casa Systems, Inc.                                                Case number (if known):   24-10695 (KBO)
          Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.524** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amendment to the Service Agreement Dated 02/09/2018<br><br>The Blueshirt Group, LLC<br>100 Montgomeiy Street<br>Suite 1600<br>San Francisco, CA 94104 |
| **2.525** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Order Form and Agreement Dated 09/14/2023<br><br>Thomson Reuters<br>ADDRESS ON FILE |
| **2.526** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Order Form and Agreement Dated 11/01/2022<br><br>Thomson Reuters<br>ADDRESS ON FILE |
| **2.527** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Order Form and Agreement<br><br>Thomson Reuters<br>ADDRESS ON FILE |
| **2.528** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 12/18/2014<br><br>Time Warner Cable Enterprises<br>3600 Arco Corporate Drive<br>Charlotte, NC 28273 |
| **2.529** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 10/31/2015<br><br>Time Warner Cable Enterprises LLC<br>60  Columbus Circle<br>New York, NY 10023 |
| **2.530** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 10/31/2013<br><br>Time Warner Cable Enterprises LLC 60 Columbus Circle<br>60 Columbus Circle<br>Attn: Chief Technology Officer<br>New York, NY 10023 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER. INSURANCE AGREEMENT Dated 09/27/2013<br><br>Time Warner Cable Inc.<br>550 N. Continental Blvd.<br>Attn: Contracts Administration<br>El Segundo, CA 90245 |
| **2.532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Offer Letter and Assignment Agreement and Non-Compete Dated 11/09/2020<br><br>Timothy C. Rodenberger<br>ADDRESS ON FILE |
| **2.533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 07/24/2023<br><br>Timothy Rodenberger<br>ADDRESS ON FILE |
| **2.534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Indemnification Agreement Dated 07/24/2023<br><br>Timothy Rodenberger<br>ADDRESS ON FILE |
| **2.535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO SALES AGENT AGREEMENT Dated 01/01/2018<br><br>Trektel  L.L.C.<br>7900 Oak Lane<br>Suite 400<br>Miami Lakes, FL 33016 |
| **2.536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Sales Agent Agreement Dated 06/21/2013<br><br>Trektel L.L.C.<br>9130 S. Dadeland Blvd<br>Suite 1509<br>Miami, FL 33156 |
| **2.537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO SALES AGENT AGREEMENT Dated 11/01/2019<br><br>Trektel L.L.C.<br>7900 Oak Lane<br>Suite 400<br>Miami Lakes, FL 33016 |

| Debtor | Casa Systems, Inc. | Case number (if known):   24-10695 (KBO) |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Sales Agent Agreement Dated 06/20/2011 <br><br> Trektel L.L.C. <br> 9130 S. Dadeland Blvd <br> Suite 1600 <br> Miami, FL 33156 |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGENT AGREEMENT Dated 06/21/2013 <br><br> Trektel L.L.C. <br> 9130 S. Dadeland Blvd <br> Suite 1509 <br> Miami,, FL 33156 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 06/20/2017 <br><br> True Net Communications Corp. <br> 7666 Blanding Blvd. <br> Jacksonville, FL 32244 |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SETTLEMENT AGREEMENT AND RELEASE Dated 01/21/2016 <br><br> TTM Technologies, Inc. <br> 200 East Sandpointe Ave. <br> Suite 400. <br> Santa Ana, CA 92707 |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SETTLEMENT AGREEMENT AND RELEASE Dated 01/20/2016 <br><br> TTM Technologies, Inc. <br> 200 East Sandpointe Ave. <br> Suite 400. <br> Santa Ana, CA 92707 |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT 1 TO RESELLER AGREEMENT Dated 10/18/2020 <br><br> Tulsat <br> 1221 East Houston St <br> Broken Arrow, OK 74012 |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Reseller Agreement Dated 10/10/2018 <br><br> Tulsat LLC <br> 1221  East Houston St <br> Broken Arrow, OK 74012 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.545** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO RESELLER AGREEMENT Dated 08/19/2019 | TVC Communications, LLC<br>800 Airport Road<br>Annville, PA 17003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.546** | State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement Dated 08/19/2019 | TVC Communications, LLC<br>800 Airport Road<br>Annville, PA 17003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.547** | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY EXPORT FORWARDING AGENT Dated 02/01/2022 | TWI Group, Inc.<br>4480 South Pecos Road<br>Las Vegas, NV 89121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.548** | State what the contract or lease is for and the nature of the debtor's interest | Power of Attorney Export Forwarding Agent Dated 05/10/2014 | TWI Group,Inc.<br>4480 South Pecos Road<br>LasVegas, NV 89121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.549** | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement - Unicoi Systems Inc. Dated 10/31/2012 | Unicoi Systems, Inc.<br>410 Peachtree Parkway  Building 400<br>Suite 4226<br>Cumming, GA 30041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.550** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT Dated 07/16/2018 | UNITY INVESTOR STRATEGIES L.L.C<br>70 Tennyson Drive<br>Short Hills, NJ 07078 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.551** | State what the contract or lease is for and the nature of the debtor's interest | Contract Separation Agreement Dated 10/10/2013 | Unitymedia NRW GMBH<br>Aachener Str.<br>746-750<br>Koln, 50933<br>GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEAVE SERVICES ADMINISTRATION AGREEMENT Dated 01/01/2023 | Unum Group<br>1 Fountain Square<br>Attn: Absence Management Center<br>Chattanooga, TN 37402 |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR GROUP INSURANCE | Unum Life Insurance Company of America<br>2211 Congress Street<br>Portland, ME 04122 |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Support and Maintenance Agreement Dated 08/11/2011 | UPC Broadband Holding B.V.<br>Boeing Avenue 53<br>Schiphol-Rijk, 1119 PE<br>NETHERLANDS |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Term Sheet Dated 01/23/2009 | UPC BROADBAND OPERATIONS B.V.<br>Boeing Avenue 53<br>Schiphol Rijk<br>Schiphol Rijk, 1119 PE<br>NETHERLANDS |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Contract Separation Agreement Dated 10/10/2013 | UPC Ceska Republica s.r.o.<br>Zavisova 502/5<br>Nusle, Prague,<br>CZECH REPUBLIC |
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Contract Separation Agreement Dated 10/10/2013 | UPC Polska SP. Z.O.O<br>Aleja "Solidarności" 171<br>Warszawa, 00-867<br>POLAND |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Contract Separation Agreement Dated 10/10/2013 | UPC Romania S.A.<br>1A Sergent Constantin Ghercu street<br>floors 8-10<br>district 6<br>Bucharest, 060201<br>ROMANIA |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NUMBER 1 TO EVALUATION AGREEMENT Dated 03/14/2023 | USCC Services, LLC 8410 W. Bryn Mawr Chicago, IL 60631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | Product Purchase Agreement Dated 04/03/2023 | USCC Distribution Co., LLC 8410 WestBryn Mawr Chicago, IL 60631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 3 TO EVALUATION AGREEMENT Dated 08/01/2023 | USCC Services, LLC 8410 W. Bryn Mawr Chicago, IL 60631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO EVALUATION AGREEMENT Dated 05/15/2023 | USCC Services, LLC 8410 W. Bryn Mawr Chicago, IL 60631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | Proposal and Engagement Agreement Dated 01/18/2016 | Valuation Research Corporation P.O. Box Chicago, IL 809061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | AIA Document A107tm - 2007 Dated 06/03/2015 | Vantage Builders, Inc. 204, 2nd Avenue Waltham, MA 02451 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | Standard Form of Agreement Dated 06/03/2015 | Vantage Builders, Inc. 204 2nd Avenue Waltham, MA 02451 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
| --- | --- | --- | --- |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIA Document A107tm-2007 Dated 07/24/2014<br><br>Vantage Builders, Inc.<br>204 2nd Avenue<br>Contact: Edward Silva<br>Waltham, MA 02451 |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 3 TO EVALUATION AGREEMENT Dated 12/30/2022<br><br>VECIMA NETWORKS INC.<br>717 Vanalman Avenue<br>Victoria, BC V8Z 3B8<br>CANADA |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO LOANER AGREEMENT Dated 07/20/2021<br><br>Vecima Networks Inc.<br>717 Vanalman Avenue<br>Victoria, BC V8Z 3B8<br>CANADA |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2 TO EVALUATON AGREEMENT Dated 06/03/2022<br><br>VECIMA NETWORKS INC.<br>717 Vanalman Avenue<br>Victoria, BC V8Z 3B8<br>CANADA |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO EVALUATON AGREEMENT Dated 12/16/2021<br><br>VECIMA NETWORKS INC.<br>717 Vanalman Avenue<br>Victoria, BC V8Z 3B8<br>CANADA |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Order Form  Dated 09/27/2021<br><br>Verizon Business Network Services LLC<br>2155 Louisiana Blvd<br>NE Ste 8500<br>Albuquerque, NM 87110-5483 |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL PURCHASE AGREEMENT Dated 09/23/2022<br><br>VERIZON SOURCING LLC<br>One Verizon Way<br>Basking Ridge, NJ 07020 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SOFTWARE LICENSE, MAINTENANCE, AND SERVICES AGREEMENT Dated 12/17/2018 | VERIZON SOURCING LLC<br>One Verizon Way<br>Basking Ridge, NJ 07020 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CPE AND MANAGED SERVICES AGREEMENT Dated 09/29/2020 | VERIZON SOURCING LLC<br>One Verizon Way<br>Basking Ridge, NJ 07020 |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement Dated 04/17/2022 | Verizon Sourcing LLC<br>One Verizon Way<br>Basking Ridge, NJ 07020 |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Agreement Dated 12/21/2021 | Verizon Sourcing LLC<br>One Verizon Way<br>Basking Ridge, NJ 07020 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE VERTEX INDIRECT TAX CLOUD SERVICES AGREEMENT Dated 04/30/2015 | Vertex, Inc.<br>6155 El Camino Real<br>Carlsbad, CA 92009 |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT Dated 02/08/2019 | Viasat, Inc.<br>6155 El Camino Real<br>Carlsbad, CA 92009 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 12/31/2016 | VIDEOTRON G.P.<br>612 St-Jacques Street<br>Montreal, QC H3C 4M8<br>CANADA |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Memorandum of Understanding Dated 05/11/2022<br><br>VIETNAM POSTS AND TELECOMMUNICATIONS GROUP<br>57, Huynh Thue Khang Street<br>Dong Da District<br>Hanoi,<br>VIETNAM |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Services Agreement Dated 05/13/2021<br><br>Virtua Research, Inc.<br>160 State Street<br>8th Floor<br>Boston, MA 02109 |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOVATION AGREEMENT Dated 01/18/2017<br><br>VODAFONE PROCUREMENT COMPANY S.À.R.L.<br>15, Rue Edward Steichen<br>Luxembourg, L-2540<br>LUXEMBOURG |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter of Undertaking to comply with the German Minimum Wage Act<br><br>Vodafone companies<br>The Connection<br>Newbury, RG14 2FN<br>UNITED KINGDOM |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Agency Adherence Agreement Dated 02/11/2015<br><br>Vodafone Ono S.A.U.<br>Avenida de América, 115<br>Madrid, 28042<br>SPAIN |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOVATION AGREEMENT Dated 01/18/2017<br><br>Vodafone ONO, S.A.U.<br>Avenida de America, 115<br>Madrid, 28042<br>SPAIN |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VPA ATTACHMENT AGREEMENT Dated 07/01/2016<br><br>Vodafone Procurement Company S.à r.l<br>15, Rue Edward Steichen<br>Luxembourg, L-2540<br>LUXEMBOURG |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VPC PROCUREMENT AGREEMENT Dated 02/11/2015<br><br>Vodafone Procurement Company S.à r.l.<br>15 Rue Edward Steichen<br>Luxembourg, L-2540<br>GRAND DUCHY OF LUXEMBOURG |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Professional Services Subcontract Agreement Dated 01/19/2016<br><br>Wave Star Networks Inc.<br>1 Valleybrook Drive<br>The Netherlands<br>Toronto, ON M3B2S7<br>CANADA |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 07/28/2015<br><br>WaveDivision Holdings, LLC<br>401 Parkplace Center<br>1119 PE Schiphol Rijk<br>Kirkland, WA 98033 |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Consulting Agreement  Dated 11/17/2023<br><br>Weidong Chen<br>ADDRESS ON FILE |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Separation Agreement Dated 11/17/2023<br><br>Weidong Chen<br>ADDRESS ON FILE |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Separation Agreement Dated 11/30/2023<br><br>Weidong Chen<br>ADDRESS ON FILE |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Assignment Invention & Non-Disclosure Agreement  Dated 01/23/2004<br><br>Weidong Chen<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Consulting Agreement Dated 11/17/2023 | Weidong Chen<br>ADDRESS ON FILE |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 04/26/2010 | Weidong Chen<br>ADDRESS ON FILE |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Employment Agreement  Dated 11/17/2017 | Weidong Chen<br>ADDRESS ON FILE |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Non-Competition and Non-Solicitation Agreement Dated 01/23/2004 | Weidong Chen<br>ADDRESS ON FILE |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement Dated 02/04/2016 | Weshell Technologies Inc.<br>6300 Ordan Drive<br>Mississauga, ON L5T1W6<br>CANADA |
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Indemnification Agreement Dated 12/06/2017 | William Styslinger<br>ADDRESS ON FILE |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Consulting Agreement  Dated 03/05/2012 | William Styslinger<br>ADDRESS ON FILE |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Agreement | WIN Waste Innovations of Northern New England Inc.<br>90 Arboretum Drive<br>Suite 300<br>Portsmouth, NH 03801 |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Agreement Dated 10/01/2022 | WIN Waste Innovations of Northern New England Inc.<br>90 Arboretum Drive<br>Suite 300<br>Portsmouth, NH 03801 |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Wind River Partner Program Agreement Dated 02/25/2021 | Wind River Systems Inc.<br>500 Wind River Way<br>Attn: General Counsel<br>Alameda, CA 94501 |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Software License Agreement Dated 05/26/2016 | Wind River Systems, Inc.<br>500 Wind River Way<br>Alameda, CA 94501 |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-COMMERCIAL LICENSE AGREEMENT Dated 09/08/2020 | Wind River Systems, Inc.<br>500 Wind River Way<br>Attn: Legal Department – General Counsel<br>Alameda, CA 94501 |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Purchase Agreement Dated 12/06/2018 | Windstream Supply, LLC<br>13560 Morris Road<br>Milton, GA 30004 |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Reseller Agreement | World Wide Technology, LLC<br>1 World Wide Way<br>Maryland Heights, MO 63146 |

| Debtor | Casa Systems, Inc. | Case number (if known): | 24-10695 (KBO) |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.608** State what the contract or lease is for and the nature of the debtor's interest | Contract Details Order Details Dated 02/28/2016 | Xactly Corporation 300 Park Avenue Suite 1700 San Jose, CA 95110 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.609** State what the contract or lease is for and the nature of the debtor's interest | END-USER/END USE STATEMENT for RFSoC | Xilinx Sales International Pte Ltd 5 Changi Business Park Vista Singapore, 486040 SINGAPORE |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.610** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT Dated 07/03/2014 | Xilinx. Inc. 2100 Logic Drive Attn: General Counsel San Jose, CA 95124 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.611** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO RESELLER AGREEMENT Dated 12/01/2021 | YOU CAST  COMERCIO DE EQUIPAMENTOS ELECTRONICOS LTDA Rua Carlos Escobar, 277 Bairro de Santana Sao Paulo, SP, 02013-050 BRAZIL |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.612** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO RESELLER AGREEMENT Dated 08/29/2020 | YOU CAST COMERCIO DE  EQUIPAMENTOS ELECTRONICOS LTDA. Rua Carlos Escobar, 277 Bairro de Santana Sao Paulo, SP, 02013-050 BRAZIL |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.613** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO 3 TO RESELLER AGREEMENT Dated 10/20/2023 | YOU CAST COMERCIO DE EQUIPAMENTOS ELECTRONICOS LTDA Rua Amaral Gama 103 – SL1 Bairro de Santana Sao Paulo, SP, 02018-000 BRAZIL |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.614** State what the contract or lease is for and the nature of the debtor's interest | Reseller Agreement Dated 10/01/2014 | YOU CAST COMERCIO DE EQUIPAMENTOS ELETRONICOS EIRELI Rua Carlos Escobar, 290 Bairro de Santana Sao Paulo, SP, 02013-050 BRAZIL |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Debtor | Casa Systems, Inc. | Case number (if known):  24-10695 (KBO) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Services Agreement Dated 10/01/2014 | YOU CAST COMERCIO DE EQUIPAMENTOS ELETRONICOS EIRELI<br>Rua Carlos Escobar, 290<br>Bdirro de Santana<br>Sao Paulo, SP, 02013-050<br>BRAZIL |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMS OF AGREEMENT FOR SUPPORT SERVICE Dated 08/01/2019 | YOU CAST COMERCIO DE EQUIPAMENTOS ELETRONICOS LTDA,<br>Rua Carlos Escobar, 277<br>Bairro de Santana<br>Sao Paulo, SP, 02013-050<br>BRAZIL |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF INTENT Dated 03/18/2020 | YTL Communications Sdn  Bhd<br>18th Floor, Menara YTL<br>205, Jalan Bukit Bintang<br>Kuala Lumpur, 55100<br>MALAYSIA |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Supplemental Letter of Intent Dated 05/05/2020 | YTL COMMUNICATIONS SDN BHD<br>32nd Floor<br>Menora YTL 205<br>Jalan Bukit Bintang<br>Kuala Lumpur, 55100<br>MALAYSIA |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Second Supplemental Letter of Intent Dated 05/05/2020 | YTL COMMUNICATIONS SDN BHD<br>18th Floor, Menara YTL<br>205, Jalan Bukit Bintang<br>Kuala Lumpur, 55100<br>MALAYSIA |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support and  Maintenance Agreement | YTL Communications Sdn. Bhd<br>18th Floor, Menara YTL<br>205, Jalan Bukit Bintang<br>Kuala Lumpur, 55100<br>MALAYSIA |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Acceptance Test Plan Dated 05/05/2020 | YTL Communications Sdn. Bhd<br>YTL Communications Sdn Bhd<br>Jalan Strachan off Jalan Ipoh<br>Sentul<br>Kuala Lumpur, 51100<br>MALAYSIA |

Debtor   Casa Systems, Inc.

Name

Case number (if known):   24-10695 (KBO)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Acceptance Test Plan Dated 05/05/2020 | YTL Communications Sdn. Bhd.<br>Jalan Strachan off Jalan Ipoh<br>Sentul<br>Kuala Lumpur, 51100<br>MALAYSIA |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Letter of Intent Dated 05/05/2020 | YTL Communications Sdn. Bhd.<br>19th Floor<br>One Oriental Place<br>No.1, Jalan Hangletiu<br>Kuala Lumpur, 50100<br>MALAYSIA |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF INTENT Dated 06/23/2016 | YTL Communications Sdn. Bhd.<br>LEVEL 19<br>ONE ORIENTAL PLACE, NO.1<br>JALAN HANG LEKIU<br>KUALA LUMPUR, 50100<br>MALAYSIA |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | License Agreement | YumaWorks, Inc.<br>685 Cochran St. #160<br>Attn: Legal Department<br>Simi Valley, CA 93065 |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Professional Services Subcontract Agreement | Zirrus One, LLC<br>4240 Duncan Avenue<br>St. Louis, MO 63110 |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Order Form Dated 12/15/2022 | Zoom Video Communications Inc.<br>55 Almaden Blvd.<br>6th floor<br>San Jose, CA |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Rate Plan Agreement Dated 03/31/2020 | Zoom Video Communications Inc.<br>55 Almaden Blvd<br>6th Floor<br>San Jose, CA |

**Fill in this information to identify the case:**

Debtor name    Casa Systems, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    24-10695 (KBO)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Casa Properties LLC | 100 Old River Road Andover, MA 01810 | DELAWARE TRUST COMPANY | ☑ D ☐ E/F ☐ G |
| 2.2 | Casa Systems Securities Corporation | 100 Old River Road Andover, MA 01810 | DELAWARE TRUST COMPANY | ☑ D ☐ E/F ☐ G |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor name __Casa Systems, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known) __24-10695 (KBO)__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/22/2024__
       MM / DD / YYYY

X __/s/ Edward Durkin__
Signature of individual signing on behalf of debtor

__Edward Durkin__
Printed name

__Chief Financial Officer__
Position or relationship to debtor