IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CASA SYSTEMS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10695 (KBO)<br><br>(Jointly Administered)<br><br>Ref: Docket No. 42 |

**ORDER APPROVING AUCTION PROCEDURES IN CONNECTION WITH THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, WITH SUCH INTERESTS TO ATTACH TO THE PROCEEDS, (II) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES IN CONNECTION THEREWITH, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO THE PURCHASER, AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds; (II) Approving Assumption and Assignment Procedures in Connection Therewith; (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser; and (IV) Granting Related Relief* [Docket No. 42] (the "Motion") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having held status conferences regarding the Motion on April 22, 2024 (the "First Status Conference"), and April 24, 2024 (the "Second Status Conference"); and at the Second Status Conference, the Debtors having requested entry of auction procedures (the "Auction

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

Procedures") in connection with the assets that are the subject of the relief requested in the Motion; and counsel to the Debtors and the Official Committee of Unsecured Creditors having advised the Court of the status of the bidding related to the Motion; and the Court having made express reservations and other comments on the record at the First Status Conference and the Second Status Conference, which are incorporated into this Order by reference in their entirety; and after due deliberation, it is HEREBY ORDERED THAT:

1. The Auction Procedures attached hereto as Exhibit 1 are hereby approved.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: April 24th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE