IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CASA SYSTEMS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10695 (KBO)<br><br>(Jointly Administered)<br><br>**Sale Hearing:**<br>**April 26, 2024 at 9:30 a.m. (ET)** |

## NOTICE OF SUCCESSFUL BIDDER AND BACK-UP BIDDER

**PLEASE TAKE NOTICE** that, on April 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief* [Docket No. 42] (the "Cloud/RAN Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on April 24, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Approving Auction Procedures in Connection with the Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] Capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Cloud/RAN Sale Motion or the Auction Procedures Order (as defined below).

31586020.2

*Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief* [Docket No. 184] (the "Auction Procedures Order"). The Auction Procedures Order established auction procedures to govern the sale and auction of the Debtors' Cloud/RAN Assets. In accordance with the Auction Procedures Order, the Debtors commenced an auction via Zoom on April 25, 2024.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Auction Procedures Order, the Debtors hereby provide notice of the following results from the auction:

| Successful Bidder and Successful Bid | Back-Up Bidder and Back-Up Bid |
|---|---|
| Lumine Group US Holdco Inc. $32,250,000.00 | Skyvera US Holdco, LLC $32,000,000.00 |

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Cloud/RAN Sale Hearing") is currently scheduled to be held on **April 26, 2024, at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, to consider the entry of an order approving the sale of the Cloud/RAN Assets to the Successful Bidder free and clear of liens, claims, encumbrances, and other interests, to the extent permissible by law, and the assumption and assignment of certain executory contracts and unexpired leases to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that the Cloud/RAN Sale Hearing (or any portion thereof) may be adjourned by the Debtors or the Court from time to time without further notice other than by announcement in open court, on the Court's calendar, or through the filing of a notice or other document in the Debtors' chapter 11 cases.

[*Remainder of this page intentionally left blank*]

Dated: April 25, 2024
Wilmington, Delaware

*/s/ Timothy R. Powell*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry (Del. Bar No. 4221)<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Timothy R. Powell (Del. Bar No. 6894)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  jbarry@ycst.com<br>         jmulvihill@ycst.com<br>         tpowell@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Margaret R. Alden (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: shessler@sidley.com<br>         pventer@sidley.com<br>         malden@sidley.com<br><br>Ryan L. Fink (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Email: ryan.fink@sidley.com<br><br>Julia Philips Roth (admitted *pro hac vice*)<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 595-9500<br>Facsimile:  (310) 595-9501<br>Email: julia.roth@sidley.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |