**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*,[1] | Case No. 24-10695 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 21 & 22** |

**NOTICE OF FILING OF BLACKLINES OF AMENDED (I) JOINT PLAN OF
LIQUIDATION OF CASA SYSTEMS, INC. AND ITS DEBTOR AFFILIATES; AND
(II) DISCLOSURE STATEMENT FOR AMENDED JOINT PLAN OF LIQUIDATION
OF CASA SYSTEMS, INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that, on April 3, 2024, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates* [Docket No. 21] (as amended, modified, or supplemented from time to time, the "Plan") and the related *Disclosure Statement for Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates* [Docket No. 22] (as amended, modified, or supplemented from time to time the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors filed the *Amended Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates* [Docket No. 207] (the "Amended Plan") and the *Amended Disclosure Statement for Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates* [Docket No. 208] (the "Amended Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and parties in interest, attached hereto as **Exhibit 1** and **Exhibit 2**, respectively, are blacklines comparing the Amended Plan to the Plan and the Amended Disclosure Statement to the Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that, the Debtors reserve all rights to further amend, supplement, or modify the Amended Plan and the Amended Disclosure Statement.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

31586387.1

Dated: April 25, 2024
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph Barry (Del. Bar No. 4221)
Joseph M. Mulvihill (Del. Bar No. 6061)
Timothy R. Powell (Del. Bar No. 6894)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
        jmulvihill@ycst.com
        tpowell@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**SIDLEY AUSTIN LLP**
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Margaret R. Alden (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
        pventer@sidley.com
        malden@sidley.com

Ryan L. Fink (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: ryan.fink@sidley.com

Julia Philips Roth (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 595-9500
Facsimile:  (310) 595-9501
Email: julia.roth@sidley.com

*Proposed Counsel to the Debtors and Debtors in Possession*

31586387.1

2