# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*,[1] | Case No. 24-10695 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 42 |

## NOTICE OF FILING OF *REVISED PROPOSED* SALE ORDER

**PLEASE TAKE NOTICE** that on April 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief* [Docket No. 42] (the "Cloud/RAN Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order approving the Cloud/RAN Sale Motion was attached to the Cloud/RAN Sale Motion as Exhibit A (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Supplemental Notice of Cloud/RAN Sale Hearing* [Docket No. 90], a hearing (the "Hearing") to consider approval of the Proposed Order is scheduled for **April 26, 2024 at 9:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, on April 25, 2024, the Debtors held an auction for the Debtors' Cloud/RAN Assets (as defined in the Cloud/RAN Sale Motion). As set forth in the *Notice of Successful Bidder and Back-Up Bidder* [Docket No. 206] filed on April 25, 2024, the Debtors selected Lumine Group US Holdco Inc. (the "Successful Bidder") as the successful bidder.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised proposed form of order (the "Revised Proposed Order") approving the sale of the Cloud/RAN Assets to the Successful Bidder, a copy of which is attached hereto as **Exhibit A-1**.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and parties in interest, a blackline comparing the Proposed Order to the Revised Proposed Order is attached hereto as **Exhibit A-2**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the *Amendment No. 1 to Asset Purchase Agreement*.

**PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order remains subject to ongoing review and revision in all respects. The Debtors intend to seek entry of the Revised Proposed Order at the Hearing and reserve all rights to further revise the Revised Proposed Order at or prior to the Hearing.

Dated: April 26, 2024
Wilmington, Delaware

*/s/ Timothy R. Powell*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Joseph Barry (Del. Bar No. 4221)
Joseph M. Mulvihill (Del. Bar No. 6061)
Timothy R. Powell (Del. Bar No. 6894)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
     jmulvihill@ycst.com
     tpowell@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**SIDLEY AUSTIN LLP**
Stephen E. Hessler (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Margaret R. Alden (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: shessler@sidley.com
     pventer@sidley.com
     malden@sidley.com

Ryan L. Fink (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: ryan.fink@sidley.com

Julia Philips Roth (admitted *pro hac vice*)
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501
Email: julia.roth@sidley.com

*Proposed Counsel to the Debtors and Debtors in Possession*