# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CASA SYSTEMS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10695 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 42 |

## NOTICE OF FILING OF *REVISED PROPOSED* SALE ORDER

**PLEASE TAKE NOTICE** that on April 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief* [Docket No. 42] (the "Cloud/RAN Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order approving the Cloud/RAN Sale Motion was attached to the Cloud/RAN Sale Motion as Exhibit A (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Supplemental Notice of Cloud/RAN Sale Hearing* [Docket No. 90], a hearing (the "Hearing") to consider approval of the Proposed Order is scheduled for **April 26, 2024 at 9:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, on April 25, 2024, the Debtors held an auction for the Debtors' Cloud/RAN Assets (as defined in the Cloud/RAN Sale Motion). As set forth in the *Notice of Successful Bidder and Back-Up Bidder* [Docket No. 206] filed on April 25, 2024, the Debtors selected Lumine Group US Holdco Inc. (the "Successful Bidder") as the successful bidder.

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2024, the Debtors filed a *Notice of Filing of Revised Proposed Sale Order* [Docket No. 215], which had a revised proposed form of order (the "Revised Proposed Order") approving the sale of the Cloud/RAN Assets to the Successful Bidder attached thereto as Exhibit A-1.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised proposed form of order (the "Further Revised Proposed Order") noting incremental changes to the Revised Proposed Order, a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and parties in interest, a blackline comparing the Revised Proposed Order to the Further Revised Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Further Revised Proposed Order remains subject to ongoing review and revision in all respects. The Debtors intend to seek entry of the Further Revised Proposed Order at the Hearing and reserve all rights to further revise the Further Revised Proposed Order at or prior to the Hearing.

Dated: April 26, 2024
Wilmington, Delaware

*/s/ Timothy R. Powell*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry (Del. Bar No. 4221)<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Timothy R. Powell (Del. Bar No. 6894)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>      jmulvihill@ycst.com<br>      tpowell@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Margaret R. Alden (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: shessler@sidley.com<br>      pventer@sidley.com<br>      malden@sidley.com<br><br>Ryan L. Fink (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Email: ryan.fink@sidley.com<br><br>Julia Philips Roth (admitted *pro hac vice*)<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>Email: julia.roth@sidley.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |