IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*,[1] | Case No. 24-10695 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THIRD AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 26, 2024 AT 9:30 A.M. (ET)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens ) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances ) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof [D.I. 19, 4/3/24]

    Related Pleadings:

    A. Notice of Motion [D.I. 105, 4/5/24]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] **Amended items appear in bold.**

31587209.1

      Objection Deadline:    April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 24, 2024 at 4:00 p.m. (ET)

      Objections/Informal Responses:

          B.    Certification of Counsel [D.I. 173, 4/23/24]

          C.    Order [D.I. 175, 4/23/24]

      Status:    An order has been entered. No hearing is required.

2. Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures; (B) Approving the Selection of the Cable Stalking Horse Purchaser; (C) Approving the Debtors' Entry Into the Cable Stalking Horse APA and Approving the Cable Bid Protections; (D) Scheduling an Auction and the Sale Hearing; (E) Approving Form and Manner of Sale Notice; (F) Approving Form and Manner of Potential Assumption and Assignment Notice; (G) Approving Form and Manner of Notice of Successful Bidder; (H) Approving Assumption and Assignment Procedures and (I) Granting Related Relief; and (II) an Order (A) Approving the Sale of the Cable Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 39, 4/3/24]

      Related Pleadings:

          A.    Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

          B.    Declaration of David S. Zubricki in Support of Debtors' Bidding Procedures Motion and Cloud/RAN Sale Motion [D.I. 47, 4/3/24]

          C.    Supplemental Notice of Motion [D.I. 107, 4/5/24]

      Objection Deadline:    April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and the U.S. Trustee to April 29, 2024 at 4:00 p.m. (ET)

      Objections/Informal Responses:

          D.    Informal Comments from the Official Committee of Unsecured Creditors.

      Status:    By agreement of the parties, this matter has been adjourned to the May 3, 2024 hearing.

3.     Debtors' Motion for Entry of an Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Adequate Protection to Secured Lender, (III) Modifying Automatic Stay, and (IV) Granting Related Relief [D.I. 40, 4/3/24]

    Related Pleadings:

        A.     Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

        B.     Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

        C.     Certification of Counsel Regarding Interim Order [D.I. 98, 4/5/24]

        D.     Interim Order [D.I. 108; 4/5/24]

        E.     Omnibus Notice of Hearing [D.I. 112; 4/5/24]

    Objection Deadline:     April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 24, 2024 at 10:00 a.m. (ET)

    Objections/Informal Responses:

        F.     Informal Comments from the Official Committee of Unsecured Creditors.

    Status:     By agreement of the parties, this matter has been adjourned to the May 3, 2024 hearing.

**MATTERS WITH CERTIFICATIONS FILED**

4.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Creditors, and (C) Redact Certain Personal Identification Information, (II) Waiving the Requirement to File a List of Equity Security Holders, and (III) Granting Related Relief [D.I. 6; 4/3/24]

    Related Pleadings:

        A.     Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

        B.     Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

  C. Certification of Counsel Regarding Interim Order [D.I. 93, 4/5/24]

  D. Interim Order [D.I. 100; 4/5/24]

  E. Omnibus Notice of Hearing [D.I. 112; 4/5/24]

Objection Deadline: April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

  F. Informal Response from the Office of the United States Trustee.

  G. Informal Response from the Official Committee of Unsecured Creditors.

Additional Related Pleadings:

  H. Certification of Counsel [D.I. 186, 4/24/24]

  I. Final Order [D.I. 203, 4/25/24]

Status: An order has been entered. No hearing is required.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [D.I. 8, 4/3/24]

Related Pleadings:

  A. Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

  B. Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

  C. Interim Order [D.I. 76; 4/5/24]

  D. Omnibus Notice of Hearing [D.I. 112; 4/5/24]

Objection Deadline: April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

      E.      Informal Response from the Official Committee of Unsecured Creditors.

Additional Related Pleadings:

      F.      Certification of Counsel [D.I. 190, 4/24/24]

      G.      Final Order [D.I. 199, 4/25/24]

Status:      An order has been entered.  No hearing is required.

6.      Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving Proposed Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (IV) Granting Related Relief [D.I. 12, 4/3/24]

      Related Pleadings:

      A.      Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

      B.      Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

      C.      Certification of Counsel Regarding Interim Order [D.I. 95, 4/5/24]

      D.      Interim Order [D.I. 102; 4/5/24]

      E.      Omnibus Notice of Hearing [D.I. 112; 4/5/24]

Objection Deadline:      April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

      F.      Objection of Massachusetts Electric Company d/b/a National Grid [D.I. 130, 4/5/24]

          i.      Notice of Withdrawal of Objection of Massachusetts Electric Company d/b/a National Grid [D.I. 157, 4/19/24]

Additional Related Pleadings:

      G.      Certification of Counsel [D.I. 187, 4/24/24]

      H.      Final Order [D.I. 204, 4/25/24]

Status:      An order has been entered. No hearing is required.

7.      Debtors; Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Enter Into New Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [D.I. 13, 4/3/24]

Related Pleadings:

      A.      Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

      B.      Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

      C.      Certification of Counsel Regarding Interim Order [D.I. 96, 4/5/24]

      D.      Interim Order [D.I. 103; 4/5/24]

      E.      Omnibus Notice of Hearing [D.I. 112; 4/5/24]

Objection Deadline:      April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

      F.      Informal Response from the Office of the United States Trustee.

      G.      Informal Response from the Official Committee of Unsecured Creditors.

Additional Related Pleadings:

      H.      Certification of Counsel [D.I. 191, 4/24/24]

      I.      Final Order [D.I. 200, 4/25/24]

Status: An order has been entered. No hearing is required.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Critical Vendor Claims, 503(b)(9) Claims, Lien Claims, and Foreign Vendor Claims in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 14, 4/3/24]

   Related Pleadings:

   A. Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

   B. Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

   C. Interim Order [D.I. 77; 4/5/24]

   D. Omnibus Notice of Hearing [D.I. 112; 4/5/24]

   Objection Deadline: April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

   Objections/Informal Responses:

   E. Informal Comments from the Official Committee of Unsecured Creditors.

   Additional Related Pleadings:

   F. Certification of Counsel [D.I. 188, 4/24/24]

   G. Final Order [D.I. 197, 4/25/24]

   Status: An order has been entered. No hearing is required.

9. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain and Administer their Existing Customer Contracts and Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [D.I. 15, 4/3/24]

   Related Pleadings:

   A. Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

   B.  Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

   C.  Certification of Counsel Regarding Interim Order [D.I. 97, 4/5/24]

   D.  Interim Order [D.I. 104; 4/5/24]

   E.  Omnibus Notice of Hearing [D.I. 112; 4/5/24]

Objection Deadline:  April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

   F.  Informal comments from the Official Committee of Unsecured Creditors.

Additional Related Pleadings:

   G.  Certification of Counsel [D.I. 189, 4/24/24]

   H.  Final Order [D.I. 198, 4/25/24]

Status:  An order has been entered. No hearing is required.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [D.I. 16, 4/3/24]

Related Pleadings:

   A.  Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

   B.  Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

   C.  Certification of Counsel Regarding Interim Order [D.I. 92, 4/5/24]

   D.  Interim Order [D.I. 99; 4/5/24]

   E.  Omnibus Notice of Hearing [D.I. 112; 4/5/24]

      Objection Deadline:    April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

      Objections/Informal Responses:

          F.    Informal comments from the Official Committee of Unsecured Creditors.

      Additional Related Pleadings:

          G.    Certification of Counsel [D.I. 192, 4/24/24]

          H.    Final Order [D.I. 201, 4/25/24]

      Status:    An order has been entered. No hearing is required.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs and (II) Granting Related Relief [D.I. 17, 4/3/24]

      Related Pleadings:

          A.    Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

          B.    Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

          C.    Interim Order [D.I. 78; 4/5/24]

          D.    Omnibus Notice of Hearing [D.I. 112; 4/5/24]

      Objection Deadline:    April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to April 23, 2024 at 4:00 p.m. (ET)

      Objections/Informal Responses:

          E.    Informal comments from the Official Committee of Unsecured Creditors.

      Additional Related Pleadings:

          F.    Certification of Counsel [D.I. 193, 4/24/24]

      G.      Final Order [D.I. 202, 4/25/24]

Status:      An order has been entered. No hearing is required.

## MATTERS GOING FORWARD

12. Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; and (VI) Granting Related Relief [D.I. 23, 4/3/24]

    Related Pleadings:

        A.    Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates [D.I. 21, 4/3/24]

        B.    Disclosure Statement for Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates [D.I. 22, 4/3/24]

        C.    Notice of Motion [D.I. 38, 4/3/24]

        D.    Supplemental Notice of Motion [D.I. 106, 4/5/24]

    Objection Deadline:    April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and U.S. Trustee to April 24, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:

        E.    Informal comments from the Official Committee of Unsecured Creditors.

        F.    Informal comments from the U.S. Trustee.

    Additional Related Pleadings:

        G.    Amended Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates [D.I. 207, 4/25/24]

        H.    Amended Disclosure Statement for Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates [D.I. 208, 4/25/24]

        I.    Notice of Filing of Blacklines of Amended (I) Joint Plan of Liquidation of Casa Systems, Inc. and Its Debtor Affiliates; and (II) Disclosure Statement for Amended Joint Plan of Liquidation of Casa Systems, Inc. and Its Affiliated Debtors [D.I. 209, 4/25/24]

    J.  Certification of Counsel Regarding Revised Proposed Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement, (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation Procedures; (V) Approving the Combined Notice; and (VI) Granting Related Relief [D.I. 210, 4/25/24]

  Status:  A revised order under certification of counsel has been filed. This matter is going forward.

13. Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief [D.I. 42, 4/3/24]

  Related Pleadings:

    A.  Declaration of Edward Durkin in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 3, 4/3/24]

    B.  Declaration of Brian Whittman in Support of the Debtors' Motions to Use Cash Collateral, Approve Bidding Procedures, and Approve the Cloud/RAN Sale, and Other First Day Pleadings [D.I. 41, 4/3/24]

    C.  Notice of Cloud/RAN Sale Hearing [D.I. 44, 4/3/24]

    D.  Publication Notice of Cloud/RAN Sale Hearing [D.I. 45, 4/3/24]

    E.  Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 46, 4/3/24]

    F.  Declaration of David S. Zubricki in Support of Debtors' Bidding Procedures Motion and Cloud/RAN Sale Motion [D.I. 47, 4/3/24]

    G.  Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 85, 4/5/24]

    H.  Supplemental Notice of Cloud/RAN Sale Hearing [D.I. 90, 4/5/24]

    I.  Publication Notice of Cloud/RAN Sale Hearing [D.I. 91, 4/5/24]

    J.  Notice of Video Status Conference on April 19, 2024 at 1:00 p.m. (ET) [D.I. 121, 4/9/24]

K.      Certification of Publication of Cloud/RAN Sal Hearing [D.I. 129, 4/11/24]

L.      Declaration of Neeraj Gupta on Behalf of Skyvera US Holdco, LLC in Support of Entry of Order (I) Approving Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief [D.I. 172, 4/22/24]

M.      Notice of Video Status Conference on April 24, 2024 at 3:00 p.m. (ET) [D.I. 176, 4/23/24]

N.      Notice of Filing of Revised Skyvera APA [D.I. 178, 4/23/24]

Objection Deadline:      April 19, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and the U.S. Trustee to April 25, 2024 at noon (ET)

Objections/Informal Responses:

O.      Informal comments from the Official Committee of Unsecured Creditors.

P.      Informal comments from the U.S. Trustee.

Q.      Rights Reservation and Limited Objection of Oracle America, Inc. [D.I. 158, 4/19/24]

Additional Related Pleadings:

R.      Order Approving Auction Procedures in Connection with the Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, (II) Approving Assumption and Assignment Procedures in Connection Therewith, (III) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases to the Purchaser, and (IV) Granting Related Relief [D.I. 184, 4/24/24]

S.      Notice of Successful Bidder and Back-Up Bidder [D.I. 206, 4/25/24]

T.      **Supplemental Declaration of Brian Whittman in Support of the Debtors' Motion to Approve the Cloud/RAN Sale [D.I. 212, 4/25/24]**

U. **Declaration of Harvey L. Tepner, Independent Director of Casa Systems, Inc., in Support of the Debtors' Cloud/RAN Sale Motion [D.I. 213, 4/25/24]**

V. **Supplemental Declaration of David S. Zubricki in Support of the Debtors' Cloud/RAN Sale Motion [D.I. 214, 4/25/24]**

W. **Notice of Filing of Revised Proposed Sale Order [D.I. 215, 4/26/24]**

X. **Notice of Filing of Further Revised Proposed Sale Order [D.I. 218, 4/26/24]**

Status: This matter is going forward.

*[Signature Page Follows]*

Dated: April 26, 2024
Wilmington, Delaware

/s/ *Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry (Del. Bar No. 4221)<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Timothy R. Powell (Del. Bar No. 6894)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  jbarry@ycst.com<br>         jmulvihill@ycst.com<br>         tpowell@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Stephen E. Hessler (*pro hac vice* pending)<br>Patrick Venter (*pro hac vice* pending)<br>Margaret R. Alden (*pro hac vice* pending)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: shessler@sidley.com<br>         pventer@sidley.com<br>         malden@sidley.com<br><br>Ryan L. Fink (*pro hac vice* pending)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Email: ryan.fink@sidley.com<br><br>Julia Philips Roth (*pro hac vice* pending)<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 595-9500<br>Facsimile:  (310) 595-9501<br>Email: julia.roth@sidley.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |