**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CASA SYSTEMS, INC., *et al.*[1] | Case No. 24-10695 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 42 & 223 |

## NOTICE OF CLOSING OF CLOUD/RAN SALE TRANSACTION

On April 2, 2024, the Debtors entered into an asset purchase agreement (as amended, modified, or supplemented from time to time, the "Cloud/RAN APA")[2] for the sale of the Cloud/RAN Assets.

On April 26, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 223] (the "Sale Order") authorizing and approving entry into the Cloud/RAN APA and the Cloud/RAN Sale Transaction contemplated thereunder.

On April 29, 2024, the Closing occurred in accordance with the Cloud/RAN APA and the Sale Order.

If you would like to obtain a copy of the Cloud/RAN APA, the Sale Order, or related documents, such materials are available free of charge by: (a) accessing the Debtors' restructuring website at https://dm.epiq11.com/case/casasystems/info; or (b) making a written request (e-mail sufficient) to Epiq Corporate Restructuring, LLC, the Debtors' claims and noticing agent, at CasaSystems@epiqglobal.com. In addition, you may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://ecf.deb.uscourts.gov/.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are Casa Systems, Inc. (8867), Casa Systems Securities Corporation (1151), and Casa Properties LLC (6767). The Debtors' service address is 100 Old River Road, Andover, MA 01810.

[2] *See* Docket No. 223, Ex. 1. Capitalized terms used but not defined herein have the meanings ascribed to them in the Cloud/RAN APA or the Sale Order, as applicable.

31601788.2

Dated: April 30, 2024
Wilmington, Delaware

/s/ Timothy R. Powell
------

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry (Del. Bar No. 4221)<br>Joseph M. Mulvihill (Del. Bar No. 6061)<br>Timothy R. Powell (Del. Bar No. 6894)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  jbarry@ycst.com<br>         jmulvihill@ycst.com<br>         tpowell@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Margaret R. Alden (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: shessler@sidley.com<br>         pventer@sidley.com<br>         malden@sidley.com<br><br>Ryan L. Fink (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Email: ryan.fink@sidley.com<br><br>Julia Philips Roth (admitted *pro hac vice*)<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 595-9500<br>Facsimile:  (310) 595-9501<br>Email: julia.roth@sidley.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |